UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **EVERETT W. WHISMAN, et al.** | : | Case No. C-1-02-406 |
| | : | **Judge Beckwith** |
| Plaintiffs, | : | |
| v. | : | |
| **FORD MOTOR COMPANY et al.** | : | |
| Defendants. | : | |

## DEFENDANT FORD MOTOR COMPANY'S APPENDIX
## IN SUPPORT OF FORD'S MOTION FOR SUMMARY JUDGMENT

### INDEX TO APPENDIX

Tab 1      Dave Adams Affidavit

Tab 2      Livio Mezza Affidavit

Tab 3      Ford at-will Employment Agreements signed by Plaintiffs (Deposition Exhibits 56, 57, 64, 88, 97, 101, 102, 106, 110, 113, 121, 125, 128, 133).

Tab 4      Ford Applications signed by Plaintiffs (Deposition Exhibits 55, 63, 98, 107, 114, 132).

Tab 5      Deposition Exhibits 2, 3, 4, 89

Tab 6      <u>Barents Navigation Ltd. v. Western Overseas, Inc.</u>, 1999 U.S. Dist. LEXIS 21211 (N.D. Ohio Dec. 13, 1999).

Tab 7      <u>P.K. Lumber Co. v. Robbins</u>, 1991 Ohio App. LEXIS 519 (Montgomery Cty. Feb. 7, 1991).

Tab 8      <u>Johnson v. Norman Malone & Assoc.</u>, 1989 Ohio App. LEXIS 4798 (Summit Cty. Dec. 20, 1989).

Tab 9      <u>Andres v. Drug Emporium, Inc.</u>, 2001 Ohio App. LEXIS 3861 (Franklin Cty. Aug. 30, 2001).

Tab 10     <u>Shepard v. Griffin Servs., Inc.</u>, 2002 Ohio 2283, 2002 Ohio App. LEXIS 2298 (Montgomery Cty. May 10, 2002).

Tab 11    Leonard v. TWI Networks, Inc., 1999 Ohio App. LEXIS 1651 (Montgomery Cty. March 26, 1999).

Tab 12    Cousins Waste Control Corp. v. City of Wellston, 1995 Ohio App. LEXIS 2315 (Jackson Cty. May 26, 1995).

Tab 13    Wiltberger v. Davis, 1994 Ohio App. LEXIS 3012 (Franklin Cty. June 30, 1994).

Tab 14    Henning v. Marriott Hotel and Resorts, Inc., 1995 Ohio App. LEXIS 2119 (Montgomery Cty. May 24, 1995).

                    Respectfully submitted,

                    /s/ Jeffery L. VanWay
                    Ellen J. Garling, Trial Attorney (0043554)
                    BAKER & HOSTETLER LLP
                    65 East State Street, Suite 2100
                    Columbus, Ohio 43215
                    Phone: (614) 228-1541
                    Fax:  (614) 462-2616
                    egarling@bakerlaw.com

                    and

                    Jeffery L. VanWay (0069175)
                    BAKER & HOSTETLER, LLP
                    312 Walnut Street, Suite 3200
                    Cincinnati, Ohio  45202
                    Phone: (513) 929-3400
                    Fax: (513) 929-0303
                    jvanway@bakerlaw.com

                    Attorneys for Defendant
                    Ford Motor Company

## CERTIFICATE OF SERVICE

This shall certify that a copy of the foregoing was served upon Stephen A. Simon, Attorney for Plaintiff, 22 West Ninth Street, Cincinnati, Ohio 45202, and John Hunter, Jr., Attorney for ZF Batavia, Hunter & Schank Co., L.P.A., One Canton Square, 1700 Canton Avenue, Toledo, Ohio 43624-1378, by regular U.S. mail, postage prepaid on this 21st day of November, 2003.

/s/ Jeffery L. VanWay
Jeffery L. VanWay
BAKER & HOSTETLER, LLP
312 Walnut Street, Suite 3200
Cincinnati, Ohio 45202
Phone: (513) 929-3400
Fax: (513) 929-0303
jvanway@bakerlaw.com