UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **EVERETT W. WHISMAN, et al.** | : | Case No. C-1-2-406 |
| | : | |
| Plaintiffs, | : | Judge Beckwith |
| | : | |
| v. | : | |
| | : | |
| **FORD MOTOR COMPANY, et al.,** | : | |
| | : | |
| Defendants. | : | |

### DEFENDANT FORD MOTOR COMPANY'S NOTICE OF FILING DEPOSITION TRANSCRIPTS

Now comes Defendant, Ford Motor Company ("Defendant"), and hereby gives notice of the filing of the deposition transcripts of Dave Adams, taken on October 15, 2003, Plaintiff, Dennis R. Baker, taken on August 4, 2003, Plaintiff, Pamela J. Blanco, taken on August 22, 2003, Plaintiff, James E. Crump, taken on August 12, 2003, Plaintiff, William DeVito, taken on August 11, 2003, Plaintiff, Ted Edrington, taken on August 21, 2003, Plaintiff, Rick Ervin, taken on August 5, 2003, Karl S. Kehr, taken on March 18, 2003, Plaintiff Randall Newsome, taken on August 21, 2003, Plaintiff, Terri Parker, taken on August 21, 2003, Plaintiff Charles R. Pearce, taken on September 11, 2003, Plaintiff, Edward L. Stegmann, taken on August 22, 2003, Plaintiff, Dena M. Stevens, taken on August 22, 2003, Plaintiff, Michael Steward, taken on August 12, 2003, Plaintiff Gary Vories, taken on August 12, 2003, Michael Warden, taken on August 5, 2003, Plaintiff Everett W. Whisman, taken on August 4, 2003 and Plaintiff, E. Donald Williams, taken on August 11, 2003.

    Respectfully submitted,

/s/ Jeffery L. VanWay
Ellen J. Garling (0043554), *Trial Attorney*
BAKER & HOSTETLER LLP
65 East State Street, Suite 2100
Columbus, Ohio 43215
Phone: (614) 228-1541
Fax: (614) 462-2616

egarling@bakerlaw.com

and

Jeffery L. VanWay (0069175)
BAKER & HOSTETLER LLP
312 Walnut Street, Suite 2650
Cincinnati, Ohio 45202
Phone (513) 929-3400
Fax: (513) 929-0303
jvanway@bakerlaw.com

Attorneys for Defendant
Ford Motor Company

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2003, I electronically filed the foregoing document with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the

David M. Cook and Stephen A. Simon, Counsel for Plaintiff and Douglas Michael Morehart,

Counsel for ZF Batavia. Additionally, I hereby certify that I have sent copies of the foregoing

document via regular U.S. Mail, postage prepaid, to the following non-CM/ECF participant:

John J. Hunter, Jr.
Hunter & Schank
One Canton Square
1700 Canton Avenue
Toledo, Ohio 43624
Counsel for ZF Batavia


/s/ Jeffery L. VanWay
Jeffery L. VanWay (0069175)
BAKER & HOSTETLER LLP
312 Walnut Street, Suite 2650
Cincinnati, Ohio 45202
Phone: (513) 929-3400
Fax: (513) 929-0303
jvanway@bakerlaw.com

Attorneys for Defendant Ford Motor Company

1