# Appendix Tab 4

# Ford Employment Applications Signed by Plaintiffs
(Deposition Exhibits 55, 63, 98, 107, 114, 132)

Whisman, et al. v. Ford
1:02-CV-406
Defendant's MSJ Appendix
**TAB 4**

# Ford Application for Salaried Employment

6

**PERSONAL DATA**

Information furnished on this application is subject to verification. Misrepresentation of data could result in rejection as a candidate or subsequent dismissal if employed.

| Last Name | First Name | M.I. | Social Security Number | Are you under 18? Yes / No |
|---|---|---|---|---|
| Whisman | Everett | W. | | X (No) |

| Address (Number and Street) | City | State | Zip Code | County |
|---|---|---|---|---|
| 11046 Liming Van Thompson | Hamersville | Ohio | 45130 | Brown |

Permanent Address (If other than above): 

**Phone (Area Code and Number):** (513) 379-1902
**Best Time to Call:** afternoon
**Day (Circle):** M (T) (W) (TH) (F)

**(Alternate Phone Number):** (513) 379-1505 — any time — M (T) W (TH) F

Do you have invitations to interview at other Ford locations? ☐ Yes ☒ No
If Yes, specify: 

Only U.S. Citizens or Aliens who verify a legal authorization to work in the U.S. are eligible for employment.
Are you a U.S. Citizen or are you otherwise authorized to work in the U.S.? ☒ Yes ☐ No

Have you previously applied/worked for Ford Motor Company?
Applied: ☐ Yes ☒ No  Dates: ____ Location: ____
Worked: ☐ Yes ☒ No  Dates: ____ Location: ____
Are you willing to relocate? ☒ Yes ☐ No  Geographic Preference: ____
Geographic Limitations: None
Are you willing to travel as required? ☒ Yes ☐ No
Are you willing to work overtime as required? ☒ Yes ☐ No  Are you willing to work shifts as required? ☒ Yes ☐ No

Date available for Employment: immediately
Total Annual Salary Requirement: open

**What led you to apply at Ford? (Check one)**
Own Initiative: ☒ Write-in C  ☐ Walk-in A
Answered Ad: ☐ Write-in B  ☐ Walk-in K

**Referred By:**
☐ Agency D
☐ State Empl. Service H
☒ Company Employee L
☐ Professional Organization I
☐ Campus Recruited or Referral F
☐ Former Agency Temp. Svc. E
☐ Other J (Explain) ____

## AREAS OF WORK INTEREST

Type of Work Desired (Check one): ☒ Full-time ☐ Temporary ☐ Summer

Indicate your primary field of work interest (Check only one)

**PROFESSIONAL/TECHNICAL**
- ☐ Sales/Marketing
- ☐ Finance
- ☐ Accounting
- ☐ Systems Analyst
- ☐ Operations Research
- ☐ Computer Programming
- ☐ Purchasing
- ☐ Transportation/Traffic
- ☐ Production Control
- ☐ Plant Engineering
- ☐ Manufacturing Engrg.
- ☐ Quality Control
- ☒ Production Supervision
- ☐ Product Planning
- ☐ Product Engineering
- ☐ Technical Research
- ☐ Engineering Technician
- ☐ Product Styling
- ☐ Governmental Relations
- ☐ Legal
- ☐ Public Affairs
- ☐ Employee Relations
- ☐ Other ____

**OFFICE/CLERICAL**
- ☐ General Clerical
- ☐ Typist
- ☐ Secretary (w/shorthand)

**WORD PROCESSING**
- ☐ Typist
- ☐ Secretary (w/shorthand)

TO BE COMPLETED BY SECRETARIAL/CLERICAL APPLICANTS:
Secretarial/Clerical Skills (Words per minute) | Typing Speed | Shorthand Speed | Other Related Skills
Identify, by name, Word Processing/PC equipment you operate:

## EDUCATION

| Name, City and State of Educational Institution | Graduated? Yes / No | If No Degree, Credits Earned | Type of Degree Received or Expected (Mo./Yr.) | Major / Minor | Grade Point Major GPA | Overall GPA | Out of possible | Class Standing By Quarter Top / 2 / 3 / 4 |
|---|---|---|---|---|---|---|---|---|
| High School: Hamersville | X | 18 | | | | | | ✓ (2) |
| College or University | | | | | | | | |

Technical/GED/Other: Local & out of State numerous Foreman training Modules

What foreign languages do you: Read / Speak / Write

Did you work during your educational program? ☐ Yes ☐ No  Avg. hrs. per week ____

Ind Rel Jul 87  7  (Previous editions may NOT be used)

AN EQUAL OPPORTUNITY EMPLOYER

EXHIBIT 55  8·4·03  DmB

EWW1 0284

**WORK EXPERIENCE** — Start with present or most recent position. You may include military service and positions and volunteer work experience. (PLEASE ATTACH RESUME IF AVAILABLE)

May we contact your present employer? Yes / **No X**

| Field | Value |
|---|---|
| EMPLOYER (Present or most recent) | Dura Bag Corporation |
| ADDRESS | Richwood, Ky. |
| Position Title | Shift supervisor |
| Base Pay | $30,000.00 per year |
| Add. Compensation | None |
| Total Annual Salary | $30,000.00 |
| Dates Employed | From 12-1-87 To Present |
| Duties | Supervise 42 union employees and 9 supervisor adjusters + machine shop + maintance personnel |
| Average Number of Work Hours per Week | 56 hrs. |
| Reason for Leaving | |

| Field | Value |
|---|---|
| EMPLOYER | Jeff Wyler Dealer Group |
| ADDRESS | Cincinnati, Ohio |
| Position Title | Sales |
| Base Pay | Commission |
| Add. Compensation | Commission |
| Total Annual Salary | $27,000.00 |
| Dates Employed | From 4-86 To 12-87 |
| Duties | Sales & delivery |
| Average Number of Work Hours per Week | 50 hrs. |
| Reason for Leaving | Desperately missed manufacturing Enviorment. |

| Field | Value |
|---|---|
| EMPLOYER | General Electric Co. |
| ADDRESS | Evendale - Cincinnati, Ohio |
| Position Title | Senior Supervisor "Level 9" |
| Base Pay | |
| Add. Compensation | OT |
| Total Annual Salary | $42,000.00 |
| Dates Employed | From 10-67 To 2-86 |
| Duties | Supervised 32 Production Employees Responsible for cost, quality + delivery of hardware, conformance to housekeeping + Safety - Handling employee Labor Relations matters. Machine tools = radial drills, lathes Ect (Resume) inspectors |
| Average Number of Work Hours per Week | 60 |
| Reason for Leaving | Personal |

**ACTIVITIES AND ACHIEVEMENTS** (You may exclude those which indicate race, color, religion, sex, marital status, age or national origin, handicapped or veteran status.)

Honors (include societies and scholarships) Performance Achievements Awards - Facilities supervisor Training module

Professional and Technical Associations Attended National Training Laboratories in Hersey, Penn.

**CAREFULLY READ THE PARAGRAPH BELOW BEFORE SIGNING AND DATING THE APPLICATION**

I acknowledge that the information I have furnished is correct to the best of my knowledge and understand that falsification of this information could be grounds for disciplinary action to include retraction of employment offer or dismissal if employment has taken place. I understand that I shall not become an employee of Ford Motor Company or any of its subsidiaries until I have signed an employment agreement with final approval of the Company. I understand that my employment is not to be for any definite term and it may be terminated at any time by either myself or my employer, regardless of any personnel policies or practices adopted by the Company, and the only way that any differing commitment regarding my employment may be made is by a written agreement, signed by the vice president of the Company in charge of employee relations. My employment will be contingent upon my submitting to a physical examination to assure that I am physically able to perform the type of employment for which I am applying and such employment will be subject to verification of the information I have provided on this application and any related documents or resume. I consent to my urine sample being taken and used to determine whether I meet the Company's requirement concerning absence of recent drug use in order to be considered for employment.

I understand that it may be necessary for the Company to use consumer reporting agencies to verify such information provided by me and that any information obtained may be retained by those agencies and subsequently used in later reports. I understand that the Company chooses consumer reporting agencies with care. I understand that should use of a consumer reporting agency for verification of the information provided by me be deemed necessary, I will be contacted to complete releases to the parties from whom verification will be sought, and that I may make a written request to the Company location to which I applied for a copy of the verification report. Alternatively, I may make a written request of the consumer reporting agencies for additional information as to the nature and scope of the verification report. I understand that if the need to correct or amend any statement on the verification report arises, I may notify the Company location to which I made application. I understand that the Company will not make any unwarranted disclosure of information generated in the process of application to persons outside the Company without my consent. I understand that only U.S. citizens and aliens legally authorized to work in the U.S. are eligible for employment and that my eligibility will be subject to verification, as required by law, if I am selected for employment.

Signature _Everett Wayne Wiseman_   Date _1-31-89_

WE APPRECIATE YOUR INTEREST IN FORD MOTOR COMPANY AND THE TIME YOU HAVE TAKEN TO PREPARE THIS APPLICATION

**FORD COLLEGE COOPERATIVE PROGRAM ONLY**  Reviewed by _____ Signature of School Coordinator _____ Date _____

**DO NOT COMPLETE – FOR PERSONNEL USE ONLY**

| Tests | Pass | Test Results Fail | Tests | Pass | Test Results Fail |
|---|---|---|---|---|---|
| Typing | | | PTI-ODT | | |
| Stenographic Dictation | | | STCA-L | | |
| Test Administrator | | | DAT-L | | |
| | | | Date | | |

EWW1 0285

 **Application for Salaried Employment**

### PERSONAL DATA

Information furnished on this application is subject to verification. Misrepresentation of data could result in rejection as a candidate or subsequent dismissal if employed.

- **Last Name:** BAKER
- **First Name:** DENNIS
- **M.I.:** R
- **Social Security Number:** [blacked out]
- **Are you under 18?** No
- **Address (Number and Street):** 3720 QUADRANT DRIVE
- **City:** NORTH BEND
- **State:** OHIO
- **Zip Code:** 45052
- **County:** HAMILTON
- **Permanent Address (if other than above):** —

- **Phone:** (513) 941-6325
- **Best Time to Call:** BEFORE 1:00 P.M.
- **Day (Circle):** M T W TH F
- **Alternate Phone Number:** (513) 661-4221
- **Best time:** BEFORE 1:00 p.m. — M T W TH F
- **Do you have invitations to interview at other Ford locations?** No

Only U.S. Citizens or Aliens who verify a legal authorization to work in the U.S. are eligible for employment.
- **Are you a U.S. Citizen or are you otherwise authorized to work in the U.S.?** Yes

Have you previously applied/worked for Ford Motor Company?
- **Applied:** Yes — Dates: 1988 — Location: SHARONVILLE
- **Worked:** No
- **Are you willing to relocate?** Yes — Geographic Preference: GREEN
- **Geographic Limitations:** OPEN
- **Are you willing to work overtime as required?** Yes
- **Are you willing to travel as required?** Yes
- **Are you willing to work shifts as required?** Yes
- **Date available for Employment:** As soon as possible
- **Total Annual Salary Requirement:** 40,000

**What led you to apply at Ford? (Check one)**
- Own Initiative
- Answered Ad: Write-In B (checked)

**Referred By:** (none checked)

### AREAS OF WORK INTEREST

**Type of Work Desired:** Full-time (checked)

**PROFESSIONAL/TECHNICAL** — checked:
- Production Supervision
- Production Control
- Quality Control

### EDUCATION

| Name, City and State of Educational Institution | Graduated? Yes | No | If No Credits Earned | Type of Degree Received or Expected | Mo. | Yr. | Major / Minor | Major GPA | Overall GPA | Out of possible | Class Standing By Quarter |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **High School** — Norwood High | X | | | | | | | | | | |
| **College or University** — Bowling Green State | X | | | B.S. | 8 | 76 | ED. | 3.0 | 2.88 | 4.0 | |
| Cincinnati Tech College | | X | | | | | BLUE PRINT | 4 | | 4 | 4 |
| **Technical/GED/Other** — Statistical Process Control | X | | — | — | | | | | | | |

**What foreign languages do you:**
- Read: N/A
- Speak: N/A
- Write: N/A

**Did you work during your educational program?** No

Emp Rel Jun 89 7 (Jul 87 edition may be used)

**AN EQUAL OPPORTUNITY EMPLOYER**

EXHIBIT 63  8-4-03  AMB

MAR 21 2003 16:08

3132035001    EWW1 1170

| EMPLOYER (Present or most recent) | ADDRESS | | | May we contact your present employer? | Yes | No X |
|---|---|---|---|---|---|---|
| General Electric | One Neumann Way Cinti. OH | | | Dates Employed | From Mo. 4 Yr. 89 | To Mo. — Yr. — |
| Position Title | | Base Pay | | Add. Compensation | Total Annual Salary | |
| Production Supervisor | | $ ___ per ___ | | | 35,100 — | |
| Duties | | | | Average Number of Work Hours per Week | 40+ | |
| Supervise 22 employees in packaging of | | | | | | |
| Spare Aircraft Eng. Parts | | | | Reason for Leaving | Still employed | |
| EMPLOYER | ADDRESS | | | | | |
| Navistar | Springfield, OH. | | | Dates Employed | From Mo. — Yr. 88 | To Mo. — Yr. 89 |
| Position Title | | Base Pay | | Add. Compensation | Total Annual Salary | |
| Production Supervisor | | $ ___ per ___ | | | 35,000 | |
| Duties | | | | Average Number of Work Hours per Week | 44 | |
| Supervised employees in the production of | | | | | | |
| heavy duty trucks | | | | Reason for Leaving | Job offer | |
| EMPLOYER | ADDRESS | | | | | |
| Hill-Rom | Batesville, Ind. | | | Dates Employed | From Mo. 2 Yr. 88 | To Mo. 10 Yr. 88 |
| Position Title | | Base Pay | | Add. Compensation | Total Annual Salary | |
| Supervisor | | $ ___ per ___ | | | 30,000 | |
| Duties | | | | Average Number of Work Hours per Week | 50 | |
| Supervised Assembly of hospital care units | | | | | | |
| daily by 22 employees | | | | Reason for Leaving | Better Job offer & Loc. | |

**CAREFULLY READ THE PARAGRAPH BELOW BEFORE SIGNING AND DATING THE APPLICATION**

I acknowledge that the information I have furnished is correct to the best of my knowledge and understand that falsification of this information could be grounds for disciplinary action to include retraction of employment offer or dismissal if employment has taken place. I understand that I shall not become an employee of Ford Motor Company or any of its subsidiaries until I have signed an employment agreement with final approval of the Company. I understand that my employment is not to be for any definite term and it may be terminated at any time by either myself or my employer, regardless of any personnel policies or practices adopted by the Company, and the only way that any differing commitment regarding my employment may be made is by a written agreement, signed by the vice president of the Company in charge of employee relations. My employment will be contingent upon my submitting to a physical examination to assure that I am physically able to perform the type of employment for which I am applying and such employment will be subject to verification of the information I have provided on this application and any related documents or resume. I consent to my urine sample being taken and used to determine whether I meet the Company's requirement concerning absence of recent drug use in order to be considered for employment.

I understand that it may be necessary for the Company to use consumer reporting agencies to verify such information provided by me and that any information obtained may be retained by those agencies and subsequently used in later reports. I understand that the Company chooses consumer reporting agencies with care. I understand that should use of a consumer reporting agency for verification of the information provided by me be deemed necessary, I will be contacted to complete releases to the parties from whom verification will be sought, and that I may make a written request to the Company location to which I applied for a copy of the verification report. Alternatively, I may make a written request of the consumer reporting agencies for additional information as to the nature and scope of the verification report. I understand that if the need to correct or amend any statement on the verification report arises, I may notify the Company location to which I made application. I understand that the Company will not make any unwarranted disclosure of information generated in the process of application to persons outside the Company without my consent. I understand that only U.S. citizens and aliens legally authorized to work in the U.S. are eligible for employment and that my eligibility will be subject to verification, as required by law, if I am selected for employment.

Signature: _Dennis R. Bohn_   Date: 11/15/91

WE APPRECIATE YOUR INTEREST IN FORD MOTOR COMPANY AND THE TIME YOU HAVE TAKEN TO PREPARE THIS APPLICATION

**FORD COLLEGE COOPERATIVE PROGRAM ONLY**  Reviewed by _____
Signature of School Coordinator _____ Date _____

**DO NOT COMPLETE — FOR PERSONNEL USE ONLY**

| Tests | Pass | Test Results | Fail | Tests | Pass | Test Results | Fail |
|---|---|---|---|---|---|---|---|
| Typing | | | | PTI-ODT | | | |
| Stenographic Dictation | | | | STCA-L | | | |
| Test Administrator | | | | DAT-L | | | |
| | | | | Date | | | |

# Ford Application for Salaried Employment

**PERSONAL DATA**

Information furnished on this application is subject to verification. Misrepresentation of data could result in rejection as a candidate or subsequent dismissal if employed.

- Last Name: PEARCE
- First Name: CHARLES
- M.I.: R
- Social Security Number: ___
- Are you under 18? Yes ☐ No ☒

- Address (Number and Street): 7898 QUAIL HOLLOW CT
- City: WEST CHESTER
- State: OH
- Zip Code: 45069
- County: BUTLER

- Permanent Address (If other than above): "
- City: "
- State: "
- Zip Code: "
- County: "

- Phone (Area Code and Number): (513) 777-7742
- Best Time to Call: 8AM - 8PM
- Day (Circle): M T W TH F (F circled)
- Do you have invitations to interview at other Ford locations? ☐ Yes ☒ No
- If Yes, specify: ___

- (Alternate Phone Number): (513) 891-2954
- 8AM - 8PM
- M T W TH F (F circled)

Only U.S. Citizens or Aliens who verify a legal authorization to work in the U.S. are eligible for employment.
Are you a U.S. Citizen or are you otherwise authorized to work in the U.S.? ☒ Yes ☐ No

Have you previously applied/worked for Ford Motor Company?
- Applied: ☒ Yes ☐ No   Dates: ~78, 92, 93   Location: Sharonville - Resume
- Worked: ☐ Yes ☒ No   Dates: ___   Location: ___
- Are you willing to relocate? ☐ Yes ☒ No   Geographic Preference: ___
- Geographic Limitations: ___
- Are you willing to travel as required? ☒ Yes ☐ No
- Are you willing to work overtime as required? ☒ Yes ☐ No
- Are you willing to work shifts as required? ☒ Yes ☐ No
- Date available for Employment: 8/31/93
- Total Annual Salary Requirement: ___

What led you to apply at Ford? (Check one)
- Own Initiative: ☐ Walk-in A   ☒ Walk-in K   ☐ Write-in C   ☐ Write-in B
- Referred By: ☐ Agency D   ☐ State Empl. Service H   ☐ Company Employee L   ☐ Professional Organization I
- ☐ Campus Recruited or Referral F   ☐ Former Agency Temp. Svc. E   ☐ Other J (Explain) ___

**AREAS OF WORK INTEREST**

Type of Work Desired (Check one): ☒ Full-time   ☐ Temporary   ☐ Summer

Indicate up to three areas of work interest in order of your preference

PROFESSIONAL/TECHNICAL:
- ☐ Sales/Marketing
- ☐ Finance
- ☐ Accounting
- ☐ Systems Analyst
- ☐ Operations Research
- ☐ Computer Programming
- ☐ Purchasing
- ☐ Transportation/Traffic
- ☐ Production Control
- ☒ Plant Engineering (1)
- ☒ Manufacturing Engrg. (2)
- ☐ Quality Control
- ☒ Production Supervision (3)
- ☐ Product Planning
- ☐ Product Engineering
- ☐ Technical Research
- ☒ Engineering Technician (2)
- ☐ Product Styling
- ☐ Governmental Relations
- ☐ Legal
- ☐ Public Affairs
- ☐ Employee Relations
- ☐ Other ___

OFFICE/CLERICAL:
- ☐ General Clerical
- ☐ Typist
- ☐ Secretary (w/shorthand)

WORD PROCESSING:
- ☐ Typist
- ☐ Secretary (w/shorthand)

**TO BE COMPLETED BY SECRETARIAL/CLERICAL APPLICANTS**
- Secretarial/Clerical Skills (Words per minute)
- Typing Speed
- Shorthand Speed
- Other Related Skills
- Identify, by name, Word Processing/PC equipment you operate:

**EDUCATION**

| Name, City and State of Educational Institution | Graduated? Yes | No | If No Degree, Credits Earned | Type of Degree Received or Expected | Mo. | Yr. | Major | Minor | Grade Point Major GPA | Overall GPA | Out of possible | Class Standing By Quarter Top | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| High School BLUE ASH, O SYCAMORE HIGH | X | | | | | | | | | | | | | | |
| College or University CINTI, OH UNIVERSITY OF CINTI | X | | | Assoc. Mech. | 8 | 80 | ENG. MECH. | | 3.3 | | | | | | |
| CINTI, OH XAVIER UNIVER. | X | | | BSBA | 6 | 78 | BUSINESS ENG. | | 2.7 | | | | | | |
| Technical/GED/Other VARIOUS SEMINARS | | | X | | | | | | | | | | | | |

What foreign languages do you: Read ___ Speak ___ Write ___

Did you work during your educational program? ☒ Yes ☐ No   Avg. hrs. per week: 40

Emp Rel Jun 89 7 (Jul 87 edition may be used)

AN EQUAL OPPORTUNITY EMPLOYER

EXHIBIT 6-10-03 amb Q8

EMM1 0233

**WORK EXPERIENCE** — Start with present or most recent position. You may include military service, summer positions and volunteer work experience. (PLEASE ATTACH RESUME, IF AVAILABLE)

May we contact your present employer? Yes [X] No

| EMPLOYER (Present or most recent) | ADDRESS | Dates Employed | |
|---|---|---|---|
| B.F. Goodrich | Waco St., Troy, Ohio | From: Mo. 3 Yr. 92 | To: Mo. 9 Yr. 92 |

Position Title: Maintenance General Foreman
Base Pay: $51,000 per Yr.
Add. Compensation: —
Total Annual Salary: 51,000
Duties: See Resume
Average Number of Work Hours per Week:
Reason for Leaving:

| EMPLOYER | ADDRESS | Dates Employed | |
|---|---|---|---|
| Hilton Davis Chemical | 2235 Langdon Farm, Cinti, OH | From: Mo. 11 Yr. 81 | To: Mo. 7 Yr. 91 |

Position Title: Maint. Proj. Eng.
Base Pay: $46,200 per Yr.
Add. Compensation: —
Total Annual Salary: 46,200
Duties: See Resume

| EMPLOYER | ADDRESS | Dates Employed | |
|---|---|---|---|
| Borden Chemical | 630 Glendale Milford, Cinti, O | From: Mo. 4 Yr. 80 | To: Mo. 11 Yr. 81 |

Position Title: Plant Engineer
Base Pay: $28,000 per Yr.
Add. Compensation: —
Total Annual Salary: $28,000
Duties: See Resume

**ACTIVITIES AND ACHIEVEMENTS** — (You may exclude those which indicate race, color, religion, sex, marital status, age or national origin, handicapped or veteran status.)

Honors (include societies and scholarships):
Professional and Technical Associations:

**CAREFULLY READ THE PARAGRAPH BELOW BEFORE SIGNING AND DATING THE APPLICATION**

I acknowledge that the information I have furnished is correct to the best of my knowledge and understand that falsification of this information could be grounds for disciplinary action to include retraction of employment offer or dismissal if employment has taken place. I understand that I shall not become an employee of Ford Motor Company or any of its subsidiaries until I have signed an employment agreement with final approval of the Company. I understand that my employment is not to be for any definite term and it may be terminated at any time by either myself or my employer, regardless of any personnel policies or practices adopted by the Company, and the only way that any differing commitment regarding my employment may be made is by a written agreement, signed by the vice president of the Company in charge of employee relations. My employment will be contingent upon my submitting to a physical examination to assure that I am physically able to perform the type of employment for which I am applying and such employment will be subject to verification of the information I have provided on this application and any related documents or resume. I consent to my urine sample being taken and used to determine whether I meet the Company's requirement concerning absence of recent drug use in order to be considered for employment.

I understand that it may be necessary for the Company to use consumer reporting agencies to verify such information provided by me and that any information obtained may be retained by those agencies and subsequently used in later reports. I understand that the Company chooses consumer reporting agencies with care. I understand that should use of a consumer reporting agency for verification of the information provided by me be deemed necessary, I will be contacted to complete releases to the parties from whom verification will be sought, and that I may make a written request to the Company location to which I applied for a copy of the verification report. Alternatively, I may make a written request of the consumer reporting agencies for additional information as to the nature and scope of the verification report. I understand that if the need to correct or amend any statement on the verification report arises, I may notify the Company location to which I made application. I understand that the Company will not make any unwarranted disclosure of information generated in the process of application to persons outside the Company without my consent. I understand that only U.S. citizens and aliens legally authorized to work in the U.S. are eligible for employment and that my eligibility will be subject to verification, as required by law, if I am selected for employment.

Signature: Charles H. Pearce
Date: 8/25/93

WE APPRECIATE YOUR INTEREST IN FORD MOTOR COMPANY AND THE TIME YOU HAVE TAKEN TO PREPARE THIS APPLICATION

**FORD COLLEGE COOPERATIVE PROGRAM ONLY**
Reviewed by _____ Signature of School Coordinator _____ Date _____

— DO NOT COMPLETE — FOR PERSONNEL USE ONLY —

| Tests | Pass | Test Results Fail | Tests | Pass | Test Results Fail |
|---|---|---|---|---|---|
| Typing | | | PTI-ODT | | |
| Stenographic Dictation | | | STCA-L | | |
| | | | DAT-L | | |

Test Administrator: _____ Date: _____

EWW1 0334

 **Application for Salaried Employment**

| PERSONAL DATA | Information furnished on this application is subject to verification. Misrepresentation of data could result in rejection as a candidate or subsequent dismissal if employed. |
|---|---|

| Last Name | First Name | M.I. | Social Security Number | Are you under 18? | Yes | No |
|---|---|---|---|---|---|---|
| VORIES | GARY | W. | | | | ✓ |

| Address (Number and Street) | City | State | Zip Code | County |
|---|---|---|---|---|
| 3 OAKWOOD LN. | ALEXANDRIA | KY | 41001 | CAMPBELL |

Permanent Address (If other than above) — City — State — Zip Code — County

Phone (Area Code and Number): **(606) 635-5216**
Best Time to Call: **ANY TIME**
Day (Circle): M T W TH F
Do you have invitations to interview at other Ford locations? ☐ Yes ☑ No
If Yes, specify _____

(Alternate Phone Number): ( )   M T W TH F

Only U.S. Citizens or Aliens who verify a legal authorization to work in the U.S. are eligible for employment.
Are you a U.S. Citizen or are you otherwise authorized to work in the U.S.? ☑ Yes ☐ No

Have you previously applied/worked for Ford Motor Company?
Applied: ☐ Yes ☑ No   Dates: ____   Location: ____
Worked: ☐ Yes ☑ No   Dates: ____   Location: ____
Are you willing to relocate? ☐ Yes ☑ No   Geographic Preference ____
Geographic Limitations ____
Are you willing to travel as required? ☑ Yes ☐ No
Are you willing to work overtime as required? ☑ Yes ☐ No
Are you willing to work shifts as required? ☑ Yes ☐ No
Date available for Employment: **AS NEEDED**
Total Annual Salary Requirement: **FORTIES**

What led you to apply at Ford? (Check one)
Own Initiative: ☐ Walk-in A   ☐ Write-in C
Answered Ad: ☐ Walk-in K   ☑ Write-in B
Referred By:
☐ Agency D
☐ State Empl. Service H
☐ Company Employee L
☐ Professional Organization I
☐ Campus Recruited or Referral F
☐ Former Agency Temp. Svc. E
☑ Other J (Explain) **MR. PANGALLO (EMPLOYEE)**

### AREAS OF WORK INTEREST

Type of Work Desired (Check one): ☑ Full-time   ☐ Temporary   ☐ Summer

Indicate up to three areas of work interest in order of your preference

**PROFESSIONAL/TECHNICAL**

| | | | OFFICE/CLERICAL |
|---|---|---|---|
| ☐ Sales/Marketing | ☐ Purchasing | ☐ Production Supervision | ☐ Governmental Relations | ☐ General Clerical |
| ☐ Finance | ☐ Transportation/Traffic | ☐ Product Planning | ☐ Legal | ☐ Typist |
| ☐ Accounting | ☐ Production Control | ☐ Product Engineering | ☐ Public Affairs | ☐ Secretary (w/shorthand) |
| ☐ Systems Analyst | ☐ Plant Engineering | ☐ Technical Research | ☐ Employee Relations | **WORD PROCESSING** |
| ☐ Operations Research | ☐ Manufacturing Engrg. | ☐ Engineering Technician | ☑ Other **MAINTENANCE MGMT.** | ☐ Typist |
| ☐ Computer Programming | ☐ Quality Control | ☐ Product Styling | | ☐ Secretary (w/shorthand) |

| TO BE COMPLETED BY SECRETARIAL/CLERICAL APPLICANTS | Secretarial/Clerical Skills (Words per minute) | Typing Speed | Shorthand Speed | Other Related Skills |
|---|---|---|---|---|
| | Identify, by name, Word Processing/PC equipment you operate: | | | |

### EDUCATION

| Name, City and State of Educational Institution | Graduated? Yes | Graduated? No | If No Degree, Credits Earned | Type of Degree Received or Expected | | Major | Minor | Grade Point Major GPA | Overall GPA | Out of possible | Class Standing By Quarter Top | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Mo. | Yr. | | | | | | | | |
| High School **NEWPORT PUBLIC** | ✓ | | | | | | | | | | | | | |
| College or University **GEORGETOWN COLLEGE   GEORGETOWN, KY** | ✓ | | | B.S. Bus. Adm. + Economics | 5 | 68 | | | 3.4 | 3.0 | 4.0 | ✓ | | | |
| Technical/GED/Other | | | | | | | | | | | | | | |

| What foreign languages do you: | Read | Speak | Write | Did you work during your educational program? ☐ Yes ☑ No   Avg. hrs. per week ____ |
|---|---|---|---|---|

Emp Rel Jun 89 7 (Jul 87 edition may be used)

**EXHIBIT** 107  8-12-03  SMB

AN EQUAL OPPORTUNITY EMPLOYER

EWW1 0125

| WORK EXPERIENCE | Start with present or most recent position. You may include military service, work experience. (PLEASE ATTACH RESUME, IF AVAILABLE) | | | May we contact your present employer? | Yes / No ✓ |
|---|---|---|---|---|---|

**EMPLOYER (Present or most recent):** GENERAL ELECTRIC
**ADDRESS:** 1 NEUMANN WAY CINTI, OHIO
**Dates Employed:** From 9/86 To 5/93
**Position Title:** PROJECT LEADER MAINTENANCE + SERV. OPER.
**Base Pay:** $47,000 per yr
**Add. Compensation:** 
**Total Annual Salary:** 47,000
**Duties:** SUPERVISE 1ST SHIFT MAINT. CREW (25 MEN) COORDINATE CONTINUOUS IMPROVEMENT + SELF DIR. TEAM WORK
**Average Number of Work Hours per Week:** 45
**Reason for Leaving:** DOWNSIZING

**EMPLOYER:** SENCO PRODUCTS
**ADDRESS:** 8485 BROADWELL, CINTI, OHIO
**Dates Employed:** From 1/72 To 6/86
**Position Title:** MANAGER TOOLING + FACIL. MAINT
**Base Pay:** $42,000 per yr
**Total Annual Salary:** 42,000
**Duties:** SUPERVISE 3 SHIFT OPERATION OF TOOL ROOM + PRODUCTION/FACILITIES MAINTENANCE
**Average Number of Work Hours per Week:** 45
**Reason for Leaving:** To go to G.E.

**EMPLOYER:** 
**ADDRESS:** 
**Position Title:** 
**Base Pay:** $____ per ____
**Duties:** 

**ACTIVITIES AND ACHIEVEMENTS** — (You may exclude those which indicate race, color, religion, sex, marital status, age or national origin, handicapped or veteran status.)

| Honors (Include societies and scholarships) | Professional and Technical Associations |
|---|---|

**CAREFULLY READ THE PARAGRAPH BELOW BEFORE SIGNING AND DATING THE APPLICATION**

I acknowledge that the information I have furnished is correct to the best of my knowledge and understand that falsification of this information could be grounds for disciplinary action to include retraction of employment offer or dismissal if employment has taken place. I understand that I shall not become an employee of Ford Motor Company or any of its subsidiaries until I have signed an employment agreement with final approval of the Company. I understand that my employment is not to be for any definite term and it may be terminated at any time by either myself or my employer, regardless of any personnel policies or practices adopted by the Company, and the only way that any differing commitment regarding my employment may be made is by a written agreement, signed by the vice president of the Company in charge of employee relations. My employment will be contingent upon my submitting to a physical examination to assure that I am physically able to perform the type of employment for which I am applying and such employment will be subject to verification of the information I have provided on this application and any related documents or resume. I consent to my urine sample being taken and used to determine whether I meet the Company's requirement concerning absence of recent drug use in order to be considered for employment.

I understand that it may be necessary for the Company to use consumer reporting agencies to verify such information provided by me and that any information obtained may be retained by those agencies and subsequently used in later reports. I understand that the Company chooses consumer reporting agencies with care. I understand that should use of a consumer reporting agency for verification of the information provided by me be deemed necessary, I will be contacted to complete releases to the parties from whom verification will be sought, and that I may make a written request to the Company location to which I applied for a copy of the verification report. Alternatively, I may make a written request of the consumer reporting agencies for additional information as to the nature and scope of the verification report. I understand that if the need to correct or amend any statement on the verification report arises, I may notify the Company location to which I made application. I understand that the Company will not make any unwarranted disclosure of information generated in the process of application to persons outside the Company without my consent. I understand that only U.S. citizens and aliens legally authorized to work in the U.S. are eligible for employment and that my eligibility will be subject to verification, as required by law, if I am selected for employment.

**Signature:** [signed]    **Date:** 7/28/93

WE APPRECIATE YOUR INTEREST IN FORD MOTOR COMPANY AND THE TIME YOU HAVE TAKEN TO PREPARE THIS APPLICATION

**FORD COLLEGE COOPERATIVE PROGRAM ONLY**    Reviewed by _____ Signature of School Coordinator _____ Date _____

**DO NOT COMPLETE – FOR PERSONNEL USE ONLY**

| Tests | Pass | Test Results Fail | Tests | Pass | Test Results Fail |
|---|---|---|---|---|---|
| Typing | | | PTI-ODT | | |
| | | | STCA-L | | |
| Stenographic Dictation | | | DAT-L | | |
| Test Administrator | | | Date | | |

EWW1 0126

AREA II
A 3 SHIFT
3. Acceptance



# Application for Salaried Employment

Information furnished on this application is subject to verification. Misrepresentation of data could result in rejection as a candidate or subsequent dismissal if employed.

## PERSONAL DATA

| Last Name | First Name | M.I. | Social Security Number | Are you under 18 or over 69? Yes / No |
|---|---|---|---|---|
| CRUMP | JAMES | E | | No |

| Address (Number and Street) | City | State | Zip Code | County |
|---|---|---|---|---|
| 217 Concord Rd | Bethel | Ohio | 45106 | Clermont |

Permanent Address (If other than above) ____ City ____ State ____ Zip Code ____ County

Phone (Area Code and Number): 513 234-2095
Best Time to Call: Mornings
Day (Circle): M T W TH F
(Alternate Phone Number): ( )  M T W TH F

Do you have invitations to interview at other Ford locations? ☐ Yes ☑ No
If Yes, specify ____

Only U.S. Citizens or Aliens who have a legal right to work in the U.S. are eligible for employment.
Are you a U.S. Citizen or Permanent Resident Alien? ☑ Yes ☐ No    If no, what is your Visa Status? ____
If Alien, what is your Registration Number? ____

Have you previously applied/worked for Ford Motor Company?
Applied ☐ Yes ☐ No   Dates ____ Location ____
Worked ☐ Yes ☐ No   Dates ____ Location ____
Are you willing to relocate? ☑ Yes ☐ No   Geographic Preference ____
Geographic Limitations ____  Are you willing to travel as required? ☑ Yes ☐ No
Are you willing to work overtime as required? ☑ Yes ☐ No   Are you willing to work shifts as required? ☑ Yes ☐ No

Date available for Employment ____ | Total Annual Salary Requirement ____

What led you to apply at Ford? (Check One)
- Own Initiative: ☐ Walk-in^A  ☐ Write-in^C
- Answered Ad: ☐ Walk-in^K  ☐ Write-in^B
- Referred By: ☐ Agency^D  ☐ Grad II^G  ☐ State Empl. Service^H  ☐ Company Employe^L  ☐ Professional Organization^I
- ☐ Campus Recruited or Referral^F
- ☐ Former Agency Temp. Svc^E
- ☐ Other^J (Explain) ____

EXHIBIT 114  8-12-03  DMB

## AREAS OF WORK INTEREST

Type of Work Desired (Check one): ☑ Full-time^F  ☐ Part-time^G  ☐ Temporary^T  ☐ Summer^S

Check your primary field of work interest

**PROFESSIONAL/TECHNICAL**
- ☐ Administrative^AA
- ☐ Program Timing^BB
- ☐ Legal^CC
- ☐ Finance^JF
- ☐ Accounting^JA
- ☐ Computer Systems^KS
- ☐ Operations Research^KR
- ☐ Computer Programming^KP
- ☐ Purchasing^DA
- ☐ Transportation/Traffic^DB
- ☐ Production Control^DR
- ☐ Sales/Marketing^SM
- ☐ Industrial Relations^IR
- ☐ Plant Engineering^MP
- ☐ Manufacturing Engrg^MN
- ☐ Production Supervision^MS
- ☐ Quality Control^MQ
- ☐ Product Planning^TP
- ☐ Product Engineering^EP
- ☐ Technical Research^RS
- ☐ Public Relations^PP
- ☐ Civic & Gov't. Affairs^UU
- ☐ Styling^VV
- ☐ Clay Modeling^WW

**OFFICE/CLERICAL**
- ☐ General Clerical^XC
- ☐ Typist^XT
- ☐ Steno/Secretary^XS

## EDUCATION

| Name, City and State of Educational Institution | Graduated? Yes / No | If No Degree, Credits Earned | Type of Degree Received or Expected Mo / Yr | Major / Minor | Grade Point Maj / Cum / Base | Class Standing By Quarter Top / 2 / 3 / 4 |
|---|---|---|---|---|---|---|
| High School | | | | | | |
| College or University  LIST ATTACHED | | | | | | |
| Technical/GED/Other | | | | | | |

What foreign languages do you: Read ____ Speak ____ Write ____
Did you work during your educational program? ☐ Yes ☐ No
Average hours per week ____

EWW1 0874

Ind. Re. 7 (Previous editions may NOT be used)    AN EQUAL OPPORTUNITY EMPLOYER

| WORK EXPERIENCE | Start with present or most recent position. You may include military service, summer positions and volunteer work experience. (You may attach a separate page) | | May we contact your present employer? | Yes ✓ No |
|---|---|---|---|---|

**EMPLOYER (Present or most recent):** Ford Motor Co  
**ADDRESS:** Batavia Ohio  
**Dates Employed:** From Mo 04 Yr 79  To Mo __ Yr __  
**Position Title:** Electrican  
**Base Pay:** $ __ per __  
**Add. Compensation:** __  **Total Annual Salary:** __  
**Duties:** Maint.  
**Average Number of Work Hours per Week:** __  
**Reason for Leaving:** __  

**EMPLOYER:** Cincinnati Milacron  
**ADDRESS:** Cincinnati, Ohio  
**Dates Employed:** From Mo 09 Yr 67  To Mo 04 Yr 79  
**Position Title:** Electrical Tech  
**Base Pay:** $ __ per HR  
**Add. Compensation:** __  **Total Annual Salary:** __  
**Duties:** Field Service  
**Average Number of Work Hours per Week:** __  
**Reason for Leaving:** __  

**EMPLOYER:** __  **ADDRESS:** __  
**Dates Employed:** From __ To __  
**Position Title:** __  **Base Pay:** $ __ per __  
**Add. Compensation:** __  **Total Annual Salary:** __  
**Duties:** __  
**Average Number of Work Hours per Week:** __  
**Reason for Leaving:** __  

**ACTIVITIES AND ACHIEVEMENTS** (You may exclude those which indicate race, color, religion, sex, marital status, age or national origin, handicapped or veteran status.)

**Honors** (include societies and scholarships): __  
**Publications:** __  
**Professional and Technical Associations:** __  
**Patents:** __  

| TO BE COMPLETED BY OFFICE AND CLERICAL APPLICANTS ONLY | Steno/Clerical Skills (Words per minute) | Typing Speed | Shorthand Speed | Other Related Skills |
|---|---|---|---|---|
| | What office machines do you operate e.g. Word Processor, Keypunch, etc.? | | | |

CAREFULLY READ THE PARAGRAPH BELOW BEFORE SIGNING AND DATING THE APPLICATION.

I acknowledge that the information I have furnished is correct to the best of my knowledge and understand that falsification of this information could be grounds for disciplinary action to include retraction of employment offer or dismissal if employment has taken place

I understand that I shall not become an employe of Ford Motor Company or any of its subsidiaries until I have signed an employment agreement with final approval of the Company and that such employment will be contingent upon my submitting to a physical examination to assure that I am physically able to perform the type of employment for which I am applying and such employment will be subject to verification of the information I have provided on this application and any related documents or resume.

I understand that it may be necessary for the Company to use consumer reporting agencies to verify such information provided by me and that any information obtained may be retained by those agencies and subsequently used in later reports. I understand that the Company chooses consumer reporting agencies with care. I understand that should use of a consumer reporting agency for verification of the information provided by me be deemed necessary, I will be contacted to complete releases to the parties from whom verification will be sought, and that I may make a written request to the Company location to which I applied for a copy of the verification report. Alternatively, I may make a written request of the consumer reporting agencies for additional information as to the nature and scope of the verification report. I understand that if the need to correct or amend any statement on the verification report arises, I may notify the Company location to which I made application. I understand that the Company will not make any unwarranted disclosure of information generated in the process of application to persons outside the Company without my consent. I understand that if I am selected for employment, evidence of U.S. citizenship or U.S. permanent resident status and a birth certificate or other evidence of date of birth must be provided to the Company.

**Signature:** [signed]  **Date:** Nov 3, 1983

WE APPRECIATE YOUR INTEREST IN FORD MOTOR COMPANY AND THE TIME YOU HAVE TAKEN TO PREPARE THIS APPLICATION

**FORD COLLEGE COOPERATIVE PROGRAM ONLY**  Reviewed by __ Signature of School Coordinator __ Date __

DO NOT COMPLETE -- FOR PERSONNEL USE ONLY

| Tests | Pass | Test Results Fail | Tests | Pass | Test Results Fail |
|---|---|---|---|---|---|
| Typing | | | PTI-ODT | | |
| Stenographic Dictation | | | STCA-L | | |
| | | | OAT-L | | |
| Test Administrator | | | | Date | |

COMPLETED APPLICATION SHOULD BE SUBMITTED TO A FORD REPRESENTATIVE OR MAILED TO (Address to be completed by component using form)

EWW1 0875

# Ford Application for Salaried Employment

**PERSONAL DATA**

Information furnished on this application is subject to verification. Misrepresentation of data could result in rejection as a candidate or subsequent dismissal if employed.

- Last Name: BLANCO
- First Name: PAMELA
- M.I.: J
- Social Security Number: ___
- Are you under 18?: No
- Address (Number and Street): 75 Park Dr
- City: Franklin
- State: IN
- Zip Code: 46131
- County: Johnson
- Permanent Address (if other than above): ___
- Phone (Area Code and Number): (317) 736-9372
- Best Time to Call: Anytime
- Day (Circle): M T W TH F
- Do you have invitations to interview at other Ford locations? No
- Alternate Phone Number: ___

Only U.S. Citizens or Aliens who verify a legal authorization to work in the U.S. are eligible for employment.

Are you a U.S. Citizen or are you otherwise authorized to work in the U.S.? ☑ Yes

Have you previously applied/worked for Ford Motor Company?
- Applied: ☑ No
- Worked: ☑ No
- Are you willing to relocate? ☑ Yes  Geographic Preference: Any
- Geographic Limitations: None
- Are you willing to travel as required? ☑ Yes
- Are you willing to work overtime as required? ☑ Yes
- Are you willing to work shifts as required? ☑ Yes
- Date available for Employment: Aug 2, 1993
- Total Annual Salary Requirement: Opened

What led you to apply at Ford? (Check one)
- Write-in B ☑

**AREAS OF WORK INTEREST**

Type of Work Desired: ☑ Full-time

PROFESSIONAL/TECHNICAL
- ☑ Production Supervision
- ☑ Plant Engineering
- ☑ Manufacturing Engrg.

**EDUCATION**

| Name, City and State of Educational Institution | Graduated? Yes | No | If No Degree, Credits Earned | Type of Degree Received or Expected | Mo. | Yr. | Major | Minor | Major GPA | Overall GPA | Out of possible | Class Standing Top | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| High School: Seymour High, Seymour, IN | ✓ | | | | | | | | | | | | | | |
| College: ___ Univ. - Indpls | ✓ | | | BS MET | 5 | 93 | | | | 4.0 | | | | | |
| ___ Univ. - Indpls | ✓ | | | AAS Business | 12 | 92 | | | | | | | | | |
| ___ Univ. - Indpls | ✓ | | | ___ Studies | | | | | | | | | | | |

Did you work during your educational program? ☑ Yes  Avg. hrs. per week: 20-30

AN EQUAL OPPORTUNITY EMPLOYER

EWW1 0252

EXHIBIT 132  8-22-03  pmb

| WORK EXPERIENCE | Start with present or recent position. You may include military service and volunteer experience. (PLEASE ATTACH RESUME, IF AVAILABLE) | | May we contact your present employer? | Yes | No |
|---|---|---|---|---|---|

| EMPLOYER (Present or most recent) | ADDRESS | Dates Employed | Mo. From Yr. | Mo. To Yr. |
|---|---|---|---|---|
| Prost, Inc | 3815 PC SI..., Indpls, IN | | 5 / 54 | / 51 |

| Position Title | Base Pay | Add. Compensation | Total Annual Salary |
|---|---|---|---|
| Officer | $ 2u.ili per ur | | |

| Duties | Average Number of Work Hours per Week |
|---|---|
| Supervise office + plant personnel, Purchasing | 50 |
| Production control, Government Regulations, Accounting... | Reason for Leaving |

| EMPLOYER | ADDRESS | Dates Employed | Mo. From Yr. | Mo. To Yr. |
|---|---|---|---|---|
| Lear Siegler | 885 N. Chestnut, Seymour IN | | 8 / 81 | 8 / 84 |

| Position Title | Base Pay | Add. Compensation | Total Annual Salary |
|---|---|---|---|
| Receptionist | $ 5.25 per hr | | |

| Duties | Average Number of Work Hours per Week |
|---|---|
| Operated PBX Switchboard | 40 |
| Performed secretarial activities | Reason for Leaving: Employment Wc.. Pres... |

**ACTIVITIES AND ACHIEVEMENTS** (You may exclude those which indicate race, color, religion, sex, marital status, age or national origin, handicapped or veteran status.)

| Honors (include societies and scholarships) | Professional and Technical Associations |
|---|---|
| Foundry - 3yrs; Colon Award | American Foundrymen's Assoc.; Society f... |

**CAREFULLY READ THE PARAGRAPH BELOW BEFORE SIGNING AND DATING THE APPLICATION**

I acknowledge that the information I have furnished is correct to the best of my knowledge and understand that falsification of this information could be grounds for disciplinary action to include retraction of employment offer or dismissal if employment has taken place. I understand that I shall not become an employee of Ford Motor Company or any of its subsidiaries until I have signed an employment agreement with final approval of the Company. I understand that my employment is not to be for any definite term and it may be terminated at any time by either myself or my employer, regardless of any personnel policies or practices adopted by the Company, and the only way that any differing commitment regarding my employment may be made is by a written agreement, signed by the vice president of the Company in charge of employee relations. My employment will be contingent upon my submitting to a physical examination to assure that I am physically able to perform the type of employment for which I am applying and such employment will be subject to verification of the information I have provided on this application and any related documents or resume. I consent to my urine sample being taken and used to determine whether I meet the Company's requirement concerning absence of recent drug use in order to be considered for employment.

I understand that it may be necessary for the Company to use consumer reporting agencies to verify such information provided by me and that any information obtained may be retained by those agencies and subsequently used in later reports. I understand that the Company chooses consumer reporting agencies with care. I understand that should use of a consumer reporting agency for verification of the information provided by me be deemed necessary, I will be contacted to complete releases to the parties from whom verification will be sought, and that I may make a written request to the Company location to which I applied for a copy of the verification report. Alternatively, I may make a written request of the consumer reporting agencies for additional information as to the nature and scope of the verification report. I understand that if the need to correct or amend any statement on the verification report arises, I may notify the Company location to which I made application. I understand that the Company will not make any unwarranted disclosure of information generated in the process of application to persons outside the Company without my consent. I understand that only U.S. citizens and aliens legally authorized to work in the U.S. are eligible for employment and that my eligibility will be subject to verification, as required by law, if I am selected for employment.

Signature _Pan?..............._    Date _7/26/93_

WE APPRECIATE YOUR INTEREST IN FORD MOTOR COMPANY AND THE TIME YOU HAVE TAKEN TO PREPARE THIS APPLICATION

| FORD COLLEGE COOPERATIVE PROGRAM ONLY | Reviewed by _____ Signature of School Coordinator | Date |
|---|---|---|

**DO NOT COMPLETE – FOR PERSONNEL USE ONLY**

| Tests | Pass | Test Results Fail | Tests | Pass | Test Results Fail |
|---|---|---|---|---|---|
| Typing | | | PTI-ODT | | |
| Stenographic Dictation | | | STCA-L | | |
| | | | DAT-L | | |

| Test Administrator | | Date | |
|---|---|---|---|

EWW1 02253