**Appendix Tab 4**

**Ford Employment Applications Signed by Plaintiffs**
(Deposition Exhibits 55, 63, 98, 107, 114, 132)

Whisman, et al. v. Ford
1:02-CV-406
Defendant's MSJ Appendix
**TAB 4**

# Ford Application for Salaried Employment

Information furnished on this application is subject to verification. Misrepresentation of data could result in rejection as a candidate or subsequent dismissal if employed.

## PERSONAL DATA

**Last Name:** Whisman
**First Name:** Everett
**M.I.:** W.
**Social Security Number:**
**Are you under 18?** Yes [ ] No [X]

**Address (Number and Street):** 11046 Liming Van Thompson
**City:** Hamersville
**State:** Ohio
**Zip Code:** 45130
**County:** Brown

**Permanent Address (if other than above):**

**Phone (Area Code and Number):** (513) 379-1902
**Best Time to Call:** afternoon
**Day (Circle):** M (T) (W) (TH) (F)

**(Alternate Phone Number):** (513) 379-1505
any time — M (T) (W) (TH) (F)

**Do you have invitations to interview at other Ford locations?** [ ] Yes [X] No
If Yes, specify _____

Only U.S. Citizens or Aliens who verify a legal authorization to work in the U.S. are eligible for employment.
**Are you a U.S. Citizen or are you otherwise authorized to work in the U.S.?** [X] Yes [ ] No

**Have you previously applied/worked for Ford Motor Company?**
Applied: [ ] Yes [X] No   Dates: ___   Location: ___
Worked: [ ] Yes [X] No   Dates: ___   Location: ___

**Are you willing to relocate?** [X] Yes [ ] No   Geographic Preference: ___
**Geographic Limitations:** None
**Are you willing to travel as required?** [X] Yes [ ] No
**Are you willing to work overtime as required?** [X] Yes [ ] No
**Are you willing to work shifts as required?** [X] Yes [ ] No

**Date available for Employment:** immediately
**Total Annual Salary Requirement:** open

### What led you to apply at Ford? (Check one)

Own Initiative:
- [ ] Walk-in A
- [X] Write-in C

Answered Ad:
- [ ] Walk-in K
- [ ] Write-in B

Referred By:
- [ ] Agency D
- [ ] State Empl. Service H
- [X] Company Employee L
- [ ] Professional Organization I
- [ ] Campus Recruited or Referral F
- [ ] Former Agency Temp. Svc. E
- [ ] Other J (Explain) ___

## AREAS OF WORK INTEREST

**Type of Work Desired (Check one):** [X] Full-time  [ ] Temporary  [ ] Summer

**Indicate your primary field of work interest (Check only one)**

### PROFESSIONAL/TECHNICAL
- [ ] Sales/Marketing
- [ ] Finance
- [ ] Accounting
- [ ] Systems Analyst
- [ ] Operations Research
- [ ] Computer Programming
- [ ] Purchasing
- [ ] Transportation/Traffic
- [ ] Production Control
- [ ] Plant Engineering
- [ ] Manufacturing Engrg.
- [ ] Quality Control
- [X] Production Supervision
- [ ] Product Planning
- [ ] Product Engineering
- [ ] Technical Research
- [ ] Engineering Technician
- [ ] Product Styling
- [ ] Governmental Relations
- [ ] Legal
- [ ] Public Affairs
- [ ] Employee Relations
- [ ] Other ___

### OFFICE/CLERICAL
- [ ] General Clerical
- [ ] Typist
- [ ] Secretary (w/shorthand)

### WORD PROCESSING
- [ ] Typist
- [ ] Secretary (w/shorthand)

**TO BE COMPLETED BY SECRETARIAL/CLERICAL APPLICANTS:**
Secretarial/Clerical Skills (Words per minute) | Typing Speed | Shorthand Speed | Other Related Skills
Identify, by name, Word Processing/PC equipment you operate:

## EDUCATION

| Name, City and State of Educational Institution | Graduated? Yes | Graduated? No | If No Degree, Credits Earned | Type of Degree Received or Expected Mo./Yr. | Major | Minor | Major GPA | Overall GPA | Out of possible | Class Standing By Quarter Top | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **High School** Hamersville | X | | 18 | | | | | | | | ✓ | | |
| **College or University** | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| **Technical/GED/Other** Local & out of State numerous Foreman training Modules | | | | | | | | | | | | | |

**What foreign languages do you:**
Read ___  Speak ___  Write ___

**Did you work during your educational program?** [ ] Yes [ ] No   Avg. hrs. per week ___

Ind Rel Jul 87  7  (Previous editions may NOT be used)

AN EQUAL OPPORTUNITY EMPLOYER

EXHIBIT 55  8·4·03  DMB

EWW1 0284

## WORK EXPERIENCE
Start with present or most recent position. You may include military service and positions and volunteer work experience. (PLEASE ATTACH RESUME IF AVAILABLE)

May we contact your present employer? Yes ☐ No ☒

**EMPLOYER (Present or most recent):** Dura Bag Corporation
**ADDRESS:** Richwood, Ky.
**Dates Employed:** From 12-1-87 To Present
**Position Title:** Shift Supervisor
**Base Pay:** $30,000.00 per year
**Add. Compensation:** None
**Total Annual Salary:** $30,000.00
**Duties:** Supervise 42 union employees and 9 supervisor adjusters + machine shop + maintance personnel
**Average Number of Work Hours per Week:** 56 hrs.
**Reason for Leaving:** 

**EMPLOYER:** Jeff Wyler Dealer Group
**ADDRESS:** Cincinnati, Ohio
**Dates Employed:** From 4-86 To 12-87
**Position Title:** Sales
**Base Pay:** Commission per
**Add. Compensation:** Commission
**Total Annual Salary:** $27,000.00
**Duties:** Sales & delivery
**Average Number of Work Hours per Week:** 50 hrs.
**Reason for Leaving:** Desperately missed manufacturing Environment.

**EMPLOYER:** General Electric Co.
**ADDRESS:** Evendale - Cincinnati, Ohio
**Dates Employed:** From 10-67 To 2-86
**Position Title:** Senior Supervisor "Level 9"
**Base Pay:** $ per
**Add. Compensation:** O+
**Total Annual Salary:** $42,000.00
**Duties:** supervised 32 Production Employees Responsible for cost, quality + delivery of hardware, conformance to housekeeping + safety - Handling employees Labor Relations matters Machine tools = radial drills, lathes Ect (Resume) inspectors
**Average Number of Work Hours per Week:** 60
**Reason for Leaving:** Personal

## ACTIVITIES AND ACHIEVEMENTS
(You may exclude those which indicate race, color, religion, sex, marital status, age or national origin, handicapped or veteran status.)

**Honors (Include societies and scholarships):** Performance Achievements Awards - Facilities supervisor Training modules
**Professional and Technical Associations:** Attended National Training Laboratories in Hersey, Penn.

### CAREFULLY READ THE PARAGRAPH BELOW BEFORE SIGNING AND DATING THE APPLICATION

I acknowledge that the information I have furnished is correct to the best of my knowledge and understand that falsification of this information could be grounds for disciplinary action to include retraction of employment offer or dismissal if employment has taken place. I understand that I shall not become an employee of Ford Motor Company or any of its subsidiaries until I have signed an employment agreement with final approval of the Company. I understand that my employment is not to be for any definite term and it may be terminated at any time by either myself or my employer, regardless of any personnel policies or practices adopted by the Company, and the only way that any differing commitment regarding my employment may be made is by a written agreement, signed by the vice president of the Company in charge of employee relations. My employment will be contingent upon my submitting to a physical examination to assure that I am physically able to perform the type of employment for which I am applying and such employment will be subject to verification of the information I have provided on this application and any related documents or resume. I consent to my urine sample being taken and used to determine whether I meet the Company's requirement concerning absence of recent drug use in order to be considered for employment.

I understand that it may be necessary for the Company to use consumer reporting agencies to verify such information provided by me and that any information obtained may be retained by those agencies and subsequently used in later reports. I understand that the Company chooses consumer reporting agencies with care. I understand that should use of a consumer reporting agency for verification of the information provided by me be deemed necessary, I will be contacted to complete releases to the parties from whom verification will be sought, and that I may make a written request to the Company location to which I applied for a copy of the verification report. Alternatively, I may make a written request of the consumer reporting agencies for additional information as to the nature and scope of the verification report. I understand that if the need to correct or amend any statement on the verification report arises, I may notify the Company location to which I made application. I understand that the Company will not make any unwarranted disclosure of information generated in the process of application to persons outside the Company without my consent. I understand that only U.S. citizens and aliens legally authorized to work in the U.S. are eligible for employment and that my eligibility will be subject to verification, as required by law, if I am selected for employment.

**Signature:** Everett Wayne Wiseman   **Date:** 1-31-89

WE APPRECIATE YOUR INTEREST IN FORD MOTOR COMPANY AND THE TIME YOU HAVE TAKEN TO PREPARE THIS APPLICATION

**FORD COLLEGE COOPERATIVE PROGRAM ONLY**
Reviewed by _____ Signature of School Coordinator _____ Date _____

DO NOT COMPLETE — FOR PERSONNEL USE ONLY

| Tests | Pass | Test Results Fail | Tests | Pass | Test Results Fail |
|---|---|---|---|---|---|
| Typing | | | PTI-ODT | | |
| Stenographic Dictation | | | STCA-L | | |
| Test Administrator | | | DAT-L | | |
| | | | Date | | |

EWW1 0285

 **Application for Salaried Employment**

### PERSONAL DATA

*Information furnished on this application is subject to verification. Misrepresentation of data could result in rejection as a candidate or subsequent dismissal if employed.*

- **Last Name:** BAKER
- **First Name:** DENNIS
- **M.I.:** R
- **Social Security Number:** _____
- **Are you under 18?** No
- **Address (Number and Street):** 3720 QUADRANT DRIVE
- **City:** NORTH BEND
- **State:** OHIO
- **Zip Code:** 45052
- **County:** Hamilton
- **Phone (Area Code and Number):** (513) 941-6325
- **Best Time to Call:** BEFORE 1:00 p.m.
- **Day (Circle):** M T W TH F
- **Alternate Phone Number:** (513) 661-4221
- **Best Time to Call:** BEFORE 1:00 p.m. — M T W TH F
- **Do you have invitations to interview at other Ford locations?** No

Only U.S. Citizens or Aliens who verify a legal authorization to work in the U.S. are eligible for employment.
- **Are you a U.S. Citizen or are you otherwise authorized to work in the U.S.?** Yes

Have you previously applied/worked for Ford Motor Company?
- **Applied:** Yes — **Dates:** 1988 — **Location:** SHARONVILLE
- **Worked:** No
- **Are you willing to relocate?** Yes — **Geographic Preference:** GREEN
- **Geographic Limitations:** OPEN
- **Are you willing to work overtime as required?** Yes
- **Are you willing to travel as required?** Yes
- **Are you willing to work shifts as required?** Yes
- **Date available for Employment:** As soon as possible
- **Total Annual Salary Requirement:** 40,000

**What led you to apply at Ford?** Write-in B

### AREAS OF WORK INTEREST

- **Type of Work Desired:** Full-time

Indicate up to three areas of work interest in order of your preference:

**PROFESSIONAL/TECHNICAL**
- [X] Production Supervision
- [X] Production Control
- [X] Quality Control

### EDUCATION

| Name, City and State of Educational Institution | Graduated? Yes | Graduated? No | If No Credits Earned | Type of Degree Received or Expected Mo. | Yr. | Major / Minor | Grade Point Major GPA | Overall GPA | Out of possible | Class Standing By Quarter Top | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **High School:** Norwood High | X | | | | | | | | | | | | |
| **College:** Bowling Green State | X | | B.S. | 8 | 76 | ED. | 3.0 | 2.88 | 4.0 | | | | |
| Cincinnati Tech College | | X | | | | Blue Print | 4 | | 4 | | | | 4 |
| **Technical/GED/Other:** Statistical Process Control | | X | | — | — | | | | | | | | |

**What foreign languages do you:** Read N/A  Speak N/A  Write N/A

**Did you work during your educational program?** No

Emp Rel Jun 89 7 (Jul 87 edition may be used)

AN EQUAL OPPORTUNITY EMPLOYER

**EXHIBIT 63** 8.4.03 AMB

MAR 21 2003 16:08        3132035001    EWW1 1170

| EMPLOYER (Present or most recent) | ADDRESS | | May we contact your present employer? Yes / No [X No] |
|---|---|---|---|
| General Electric | One Neumann Way Cinti, OH | Dates Employed: From Mo. 4 Yr. 89 — To Mo. — Yr. — | |
| Position Title: Production Supervisor | Base Pay: $ ___ per ___ | Add. Compensation | Total Annual Salary: 35,100 |
| Duties: Supervise 22 employees in packaging of spare aircraft eng. parts | | Average Number of Work Hours per Week: 40+ | |
| | | Reason for Leaving: Still employed | |
| EMPLOYER: Navistar | ADDRESS: Springfield, OH | Dates Employed: From Mo. — Yr. 88 — To Mo. — Yr. 89 | |
| Position Title: Production Supervisor | Base Pay: $ ___ per ___ | Add. Compensation | Total Annual Salary: 35,000 |
| Duties: Supervised employees in the production of heavy duty trucks | | Average Number of Work Hours per Week: 44 | |
| | | Reason for Leaving: Job offer | |
| EMPLOYER: Hill-Rom | ADDRESS: Batesville, Ind. | Dates Employed: From Mo. 2 Yr. 88 — To Mo. 10 Yr. 88 | |
| Position Title: Supervisor | Base Pay: $ ___ per ___ | Add. Compensation | Total Annual Salary: 30,000 |
| Duties: Supervised assembly of hospital care units daily by 22 employees | | Average Number of Work Hours per Week: 50 | |
| | | Reason for Leaving: Better job offer & loc. | |

Honors (include societies and scholarships)    Professional and Technical Associations

**CAREFULLY READ THE PARAGRAPH BELOW BEFORE SIGNING AND DATING THE APPLICATION**

I acknowledge that the information I have furnished is correct to the best of my knowledge and understand that falsification of this information could be grounds for disciplinary action to include retraction of employment offer or dismissal if employment has taken place. I understand that I shall not become an employee of Ford Motor Company or any of its subsidiaries until I have signed an employment agreement with final approval of the Company. I understand that my employment is not to be for any definite term and it may be terminated at any time by either myself or my employer, regardless of any personnel policies or practices adopted by the Company, and the only way that any differing commitment regarding my employment may be made is by a written agreement, signed by the vice president of the Company in charge of employee relations. My employment will be contingent upon my submitting to a physical examination to assure that I am physically able to perform the type of employment for which I am applying and such employment will be subject to verification of the information I have provided on this application and any related documents or resume. I consent to my urine sample being taken and used to determine whether I meet the Company's requirement concerning absence of recent drug use in order to be considered for employment.

I understand that it may be necessary for the Company to use consumer reporting agencies to verify such information provided by me and that any information obtained may be retained by those agencies and subsequently used in later reports. I understand that the Company chooses consumer reporting agencies with care. I understand that should use of a consumer reporting agency for verification of the information provided by me be deemed necessary, I will be contacted to complete releases to the parties from whom verification will be sought, and that I may make a written request to the Company location to which I applied for a copy of the verification report. Alternatively, I may make a written request of the consumer reporting agencies for additional information as to the nature and scope of the verification report. I understand that if the need to correct or amend any statement on the verification report arises, I may notify the Company location to which I made application. I understand that the Company will not make any unwarranted disclosure of information generated in the process of application to persons outside the Company without my consent. I understand that only U.S. citizens and aliens legally authorized to work in the U.S. are eligible for employment and that my eligibility will be subject to verification, as required by law, if I am selected for employment.

Signature: _Dennis R. Buhr_    Date: 11/15/91

WE APPRECIATE YOUR INTEREST IN FORD MOTOR COMPANY AND THE TIME YOU HAVE TAKEN TO PREPARE THIS APPLICATION

FORD COLLEGE COOPERATIVE PROGRAM ONLY    Reviewed by _____    Signature of School Coordinator    Date

DO NOT COMPLETE — FOR PERSONNEL USE ONLY

| Tests | Pass | Test Results | Fail | Tests | Pass | Test Results | Fail |
|---|---|---|---|---|---|---|---|
| Typing | | | | PTI-ODT | | | |
| Stenographic Dictation | | | | STCA-L | | | |
| Test Administrator | | | | DAT-L | | | |
| | | | | Date | | | |

# Ford Application for Salaried Employment

**PERSONAL DATA**

Information furnished on this application is subject to verification. Misrepresentation of data could result in rejection as a candidate or subsequent dismissal if employed.

- Last Name: PEARCE
- First Name: CHARLES
- M.I.: R
- Social Security Number: [redacted]
- Are you under 18? No (X)

- Address (Number and Street): 7898 QUAIL HOLLOW CT
- City: WEST CHESTER
- State: OH
- Zip Code: 45069
- County: BUTLER

- Permanent Address (if other than above): "
- City: "
- State: "
- Zip Code: "
- County: "

- Phone (Area Code and Number): (513) 777-7742
- Best Time to Call: 8AM - 8PM
- Day (Circle): M T W TH F (circled)
- Do you have invitations to interview at other Ford locations? No
- If Yes, specify: ___

- (Alternate Phone Number): (513) 891-2954
- 8AM - 8PM
- M T W TH F (circled)

Only U.S. Citizens or Aliens who verify a legal authorization to work in the U.S. are eligible for employment.
Are you a U.S. Citizen or are you otherwise authorized to work in the U.S.? Yes (X)

Have you previously applied/worked for Ford Motor Company?
- Applied: Yes (X)   Dates: ~78, 92, 93   Location: Sharonville - Resume
- Worked: No (X)   Dates: ___   Location: ___
- Are you willing to relocate? No (X)   Geographic Preference: ___
- Geographic Limitations: ___
- Are you willing to travel as required? Yes (X)
- Are you willing to work overtime as required? Yes (X)
- Are you willing to work shifts as required? Yes (X)
- Date available for Employment: 8/31/93
- Total Annual Salary Requirement: ___

What led you to apply at Ford? (Check one)
- Own Initiative: Walk-in K (X)
- Referred By: ___
- Campus Recruited or Referral F: ___
- Former Agency Temp. Svc. E: ___
- Other J (Explain): ___

## AREAS OF WORK INTEREST

Type of Work Desired (Check one): Full-time (X)

Indicate up to three areas of work interest in order of your preference:

**PROFESSIONAL/TECHNICAL**
- 3. Production Supervision (X)
- 1. Plant Engineering (X)
- 2. Engineering Technician (X)
- Manufacturing Engrg. (also marked)

## EDUCATION

| Name, City and State of Educational Institution | Graduated? Yes | No | If No Degree, Credits Earned | Type of Degree Received or Expected | | Major | Minor | Major GPA | Overall GPA | Out of possible | Class Standing By Quarter |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Mo. | Yr. | | | | | | |
| High School — BLUE ASH, O — SYCAMORE HIGH | X | | | | | | | | | | |
| College or University — CINTI, OH — UNIVERSITY OF CINTI | X | | | Assoc. Mech | 8 | 70 | Eng. / Mech. | | 3.3 | | |
| CINTI, OH — XAVIER UNIVER. | X | | | BSBA | 6 | 78 | Business / Eng. | | 2.7 | | |
| Technical/GED/Other — VARIOUS SEMINARS | | | X | | | | | | | | |

What foreign languages do you: Read / Speak / Write: ___

Did you work during your educational program? Yes (X)  Avg. hrs. per week: 40

Emp Rel Jun 89 7 (Jul 87 edition may be used)

AN EQUAL OPPORTUNITY EMPLOYER

EXHIBIT 8
6-10-03 amb

EMM1 0233

**WORK EXPERIENCE** — Start with present or most recent position. You may include military service, summer positions and volunteer work experience. (PLEASE ATTACH RESUME, IF AVAILABLE)

May we contact your present employer? Yes [X] No

| EMPLOYER (Present or most recent) | ADDRESS | Dates Employed | From Mo/Yr | To Mo/Yr |
|---|---|---|---|---|
| B.F. Goodrich | Waco St., Troy, Ohio | | 3/92 | 9/92 |

Position Title: Maintenance General Foreman
Base Pay: $51,000 per yr
Add. Compensation: —
Total Annual Salary: 51,000
Duties: See Resume

| EMPLOYER | ADDRESS | Dates Employed | From Mo/Yr | To Mo/Yr |
|---|---|---|---|---|
| Hilton Davis Chemical | 2235 Langdon Farm, Cinti, OH | | 11/81 | 7/91 |

Position Title: Maint. Proj. Eng.
Base Pay: $46,200 per yr
Add. Compensation: —
Total Annual Salary: 46,200
Duties: See Resume

| EMPLOYER | ADDRESS | Dates Employed | From Mo/Yr | To Mo/Yr |
|---|---|---|---|---|
| Borden Chemical | 630 Glendale Milford, Cinti, O | | 4/80 | 11/81 |

Position Title: Plant Engineer
Base Pay: $28,000 per yr
Add. Compensation: —
Total Annual Salary: $28,000
Duties: See Resume

**ACTIVITIES AND ACHIEVEMENTS** — (You may exclude those which indicate race, color, religion, sex, marital status, age or national origin, handicapped or veteran status.)

Honors (include societies and scholarships)
Professional and Technical Associations

CAREFULLY READ THE PARAGRAPH BELOW BEFORE SIGNING AND DATING THE APPLICATION

I acknowledge that the information I have furnished is correct to the best of my knowledge and understand that falsification of this information could be grounds for disciplinary action to include retraction of employment offer or dismissal if employment has taken place. I understand that I shall not become an employee of Ford Motor Company or any of its subsidiaries until I have signed an employment agreement with final approval of the Company. I understand that my employment is not to be for any definite term and it may be terminated at any time by either myself or my employer, regardless of any personnel policies or practices adopted by the Company, and the only way that any differing commitment regarding my employment may be made is by a written agreement, signed by the vice president of the Company in charge of employee relations. My employment will be contingent upon my submitting to a physical examination to assure that I am physically able to perform the type of employment for which I am applying and such employment will be subject to verification of the information I have provided on this application and any related documents or resume. I consent to my urine sample being taken and used to determine whether I meet the Company's requirement concerning absence of recent drug use in order to be considered for employment.

I understand that it may be necessary for the Company to use consumer reporting agencies to verify such information provided by me and that any information obtained may be retained by those agencies and subsequently used in later reports. I understand that the Company chooses consumer reporting agencies with care. I understand that should use of a consumer reporting agency for verification of the information provided by me be deemed necessary, I will be contacted to complete releases to the parties from whom verification will be sought, and that I may make a written request to the Company location to which I applied for a copy of the verification report. Alternatively, I may make a written request of the consumer reporting agencies for additional information as to the nature and scope of the verification report. I understand that if the need to correct or amend any statement on the verification report arises, I may notify the Company location to which I made application. I understand that the Company will not make any unwarranted disclosure of information generated in the process of application to persons outside the Company without my consent. I understand that only U.S. citizens and aliens legally authorized to work in the U.S. are eligible for employment and that my eligibility will be subject to verification, as required by law, if I am selected for employment.

Signature: /s/ Charles H. Pearce
Date: 8/25/93

WE APPRECIATE YOUR INTEREST IN FORD MOTOR COMPANY AND THE TIME YOU HAVE TAKEN TO PREPARE THIS APPLICATION

FORD COLLEGE COOPERATIVE PROGRAM ONLY
Reviewed by _____ Signature of School Coordinator _____ Date _____

DO NOT COMPLETE — FOR PERSONNEL USE ONLY

| Tests | Pass | Test Results Fail | Tests | Pass | Test Results Fail |
|---|---|---|---|---|---|
| Typing | | | PTI-ODT | | |
| | | | STCA-L | | |
| Stenographic Dictation | | | DAT-L | | |

Test Administrator _____ Date _____

EWW1 0334

 **Application for Salaried Employment**

### PERSONAL DATA

Information furnished on this application is subject to verification. Misrepresentation of data could result in rejection as a candidate or subsequent dismissal if employed.

- Last Name: **VORIES**
- First Name: **GARY**
- M.I.: **W.**
- Social Security Number:
- Are you under 18? Yes / No: **No**
- Address (Number and Street): **3 OAKWOOD LN.**
- City: **ALEXANDRIA**
- State: **KY**
- Zip Code: **41001**
- County: **CAMPBELL**
- Permanent Address (If other than above):
- Phone (Area Code and Number): **(606) 635-5216**
- Best Time to Call: **ANY TIME**
- Day (Circle): M T W TH F
- Do you have invitations to interview at other Ford locations? Yes / **No**
- If Yes, specify:
- (Alternate Phone Number): ( )

Only U.S. Citizens or Aliens who verify a legal authorization to work in the U.S. are eligible for employment.

Are you a U.S. Citizen or are you otherwise authorized to work in the U.S.? **Yes**

Have you previously applied/worked for Ford Motor Company?
- Applied: No  Dates: ___  Location: ___
- Worked: No  Dates: ___  Location: ___
- Are you willing to relocate? **No**  Geographic Preference: ___
- Geographic Limitations: ___
- Are you willing to travel as required? **Yes**
- Are you willing to work overtime as required? **Yes**
- Are you willing to work shifts as required? **Yes**
- Date available for Employment: **AS NEEDED**
- Total Annual Salary Requirement: **FORTIES**

What led you to apply at Ford? (Check one)
- Own Initiative: Walk-in A, Write-in C
- Answered Ad: Walk-in K, **Write-in B** ✓

Referred By:
- Agency D
- State Empl. Service H
- Company Employee L
- Professional Organization I
- Campus Recruited or Referral F
- Former Agency Temp. Svc. E
- **Other J (Explain): MR. PANGALLO (Employee)** ✓

### AREAS OF WORK INTEREST

Type of Work Desired (Check one): **Full-time** ✓  Temporary  Summer

Indicate up to three areas of work interest in order of your preference

**PROFESSIONAL/TECHNICAL**

- Sales/Marketing
- Finance
- Accounting
- Systems Analyst
- Operations Research
- Computer Programming
- Purchasing
- Transportation/Traffic
- Production Control
- Plant Engineering
- Manufacturing Engrg.
- Quality Control
- Production Supervision
- Product Planning
- Product Engineering
- Technical Research
- Engineering Technician
- Product Styling
- Governmental Relations
- Legal
- Public Affairs
- Employee Relations
- **Other: MAINTENANCE MGMT.** ✓

**OFFICE/CLERICAL**
- General Clerical
- Typist
- Secretary (w/shorthand)

**WORD PROCESSING**
- Typist
- Secretary (w/shorthand)

TO BE COMPLETED BY SECRETARIAL/CLERICAL APPLICANTS:
- Secretarial/Clerical Skills (Words per minute):
- Typing Speed:
- Shorthand Speed:
- Other Related Skills:
- Identify, by name, Word Processing/PC equipment you operate:

### EDUCATION

| Name, City and State of Educational Institution | Graduated? Yes | Graduated? No | If No Degree, Credits Earned | Type of Degree Received or Expected | Mo. | Yr. | Major Minor | Grade Point Major GPA | Overall GPA | Out of possible | Class Standing By Quarter Top | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| High School: **NEWPORT PUBLIC** | ✓ | | | | | | | | | | | | | |
| College or University: **GEORGETOWN COLLEGE, GEORGETOWN, KY** | ✓ | | | **B.S. Bus. Adm. + Economics** | 5 | 68 | | 3.4 | 3.0 | 4.0 | ✓ | | | |
| Technical/GED/Other | | | | | | | | | | | | | | |

What foreign languages do you: Read ___ Speak ___ Write ___

Did you work during your educational program? Yes / **No**  Avg. hrs. per week ___

Emp Rel Jun 89 7 (Jul 87 edition may be used)

**EXHIBIT 107**  8-12-03  SMB

AN EQUAL OPPORTUNITY EMPLOYER

EWW1 0125

| WORK EXPERIENCE | Start with present or most recent position. You may include military service, work experience. (PLEASE ATTACH RESUME, IF AVAILABLE) | | May we contact your present employer? | Yes ✓ No |
|---|---|---|---|---|

| EMPLOYER (Present or most recent) | ADDRESS | Dates Employed | From Mo. 9 Yr. 86 | To Mo. 5 Yr. 93 |
|---|---|---|---|---|
| GENERAL ELECTRIC | 1 NEUMANN WAY CINTI, OHIO | | | |
| **Position Title** | **Base Pay** OPER. | **Add. Compensation** | **Total Annual Salary** | |
| PROJECT LEADER MAINTENANCE + SERV. | $47,000 per YR | | 47,000 | |
| **Duties** | | Average Number of Work Hours per Week | 45 | |
| SUPERVISE 1ST SHIFT MAINT. CREW (25 MEN) | | | | |
| COORDINATE CONTINUOUS IMPROVEMENT + SELF DIR. TEAM WORK | | Reason for Leaving DOWNSIZING | | |

| EMPLOYER | ADDRESS | Dates Employed | From Mo. 1 Yr. 72 | To Mo. 6 Yr. 86 |
|---|---|---|---|---|
| SENCO PRODUCTS | 8485 BROADWELL, CINTI, OHIO | | | |
| **Position Title** | **Base Pay** | **Add. Compensation** | **Total Annual Salary** | |
| MANAGER TOOLING + FACL. MAINT | $42,000 per YR | | 42,000 | |
| **Duties** | | Average Number of Work Hours per Week | 45 | |
| SUPERVISE 3 SHIFT OPERATION OF TOOL ROOM | | | | |
| + PRODUCTION/FACILITIES MAINTENANCE | | Reason for Leaving TO GO TO G.E. | | |

ACTIVITIES AND ACHIEVEMENTS — (You may exclude those which indicate race, color, religion, sex, marital status, age or national origin, handicapped or veteran status.)

| Honors (include societies and scholarships) | Professional and Technical Associations |
|---|---|
| | |

CAREFULLY READ THE PARAGRAPH BELOW BEFORE SIGNING AND DATING THE APPLICATION

I acknowledge that the information I have furnished is correct to the best of my knowledge and understand that falsification of this information could be grounds for disciplinary action to include retraction of employment offer or dismissal if employment has taken place. I understand that I shall not become an employee of Ford Motor Company or any of its subsidiaries until I have signed an employment agreement with final approval of the Company. I understand that my employment is not to be for any definite term and it may be terminated at any time by either myself or my employer, regardless of any personnel policies or practices adopted by the Company, and the only way that any differing commitment regarding my employment may be made is by a written agreement, signed by the vice president of the Company in charge of employee relations. My employment will be contingent upon my submitting to a physical examination to assure that I am physically able to perform the type of employment for which I am applying and such employment will be subject to verification of the information I have provided on this application and any related documents or resume. I consent to my urine sample being taken and used to determine whether I meet the Company's requirement concerning absence of recent drug use in order to be considered for employment.

I understand that it may be necessary for the Company to use consumer reporting agencies to verify such information provided by me and that any information obtained may be retained by those agencies and subsequently used in later reports. I understand that the Company chooses consumer reporting agencies with care. I understand that should use of a consumer reporting agency for verification of the information provided by me be deemed necessary, I will be contacted to complete releases to the parties from whom verification will be sought, and that I may make a written request to the Company location to which I applied for a copy of the verification report. Alternatively, I may make a written request of the consumer reporting agencies for additional information as to the nature and scope of the verification report. I understand that if the need to correct or amend any statement on the verification report arises, I may notify the Company location to which I made application. I understand that the Company will not make any unwarranted disclosure of information generated in the process of application to persons outside the Company without my consent. I understand that only U.S. citizens and aliens legally authorized to work in the U.S. are eligible for employment and that my eligibility will be subject to verification, as required by law, if I am selected for employment.

Signature /s/ _[illegible]_          Date 7/28/93

WE APPRECIATE YOUR INTEREST IN FORD MOTOR COMPANY AND THE TIME YOU HAVE TAKEN TO PREPARE THIS APPLICATION

| FORD COLLEGE COOPERATIVE PROGRAM ONLY | Reviewed by _____ Signature of School Coordinator | Date |
|---|---|---|

DO NOT COMPLETE — FOR PERSONNEL USE ONLY

| Tests | Pass | Test Results | Fail | Tests | Pass | Test Results | Fail |
|---|---|---|---|---|---|---|---|
| Typing | | | | PTI-ODT | | | |
| | | | | STCA-L | | | |
| Stenographic Dictation | | | | DAT-L | | | |
| Test Administrator | | | | Date | | | |

EWW1 0126

AREA II
A 3 SHIFT
3. ACCEPTANCE



# Application for Salaried Employment

Information furnished on this application is subject to verification. Misrepresentation of data could result in rejection as a candidate or subsequent dismissal if employed.

## PERSONAL DATA

| Last Name | First Name | M.I. | Social Security Number | Are you under 18 or over 69? Yes/No |
|---|---|---|---|---|
| CRUMP | JAMES | E | | No |

| Address (Number and Street) | City | State | Zip Code | County |
|---|---|---|---|---|
| 217 CONCORD RD | BETHEL | OHIO | 45106 | CLERMONT |

Permanent Address (If other than above)

Phone (Area Code and Number): 513 234-2095
Best Time to Call: MORNINGS
Day (Circle): (M T W TH F)
Do you have invitations to interview at other Ford locations? ☐ Yes ☑ No
If Yes, specify _____

Only U.S. Citizens or Aliens who have a legal right to work in the U.S. are eligible for employment
Are you a U.S. Citizen or Permanent Resident Alien? ☑ Yes ☐ No

Have you previously applied/worked for Ford Motor Company?
Applied ☐ Yes ☐ No  Dates _____ Location _____
Worked ☐ Yes ☐ No  Dates _____ Location _____
Are you willing to relocate? ☑ Yes ☐ No  Geographic Preference _____
Geographic Limitations _____
Are you willing to travel as required? ☑ Yes ☐ No
Are you willing to work overtime as required? ☑ Yes ☐ No
Are you willing to work shifts as required? ☑ Yes ☐ No

Date available for Employment _____   Total Annual Salary Requirement _____

What led you to apply at Ford? (Check One)
- Own Initiative: ☐ Walk-in, ☐ Write-in
- Answered Ad: ☐ Walk-in, ☐ Write-in
- Referred By: ☐ Agency, ☐ Grad II, ☐ State Empl. Service, ☐ Company Employe, ☐ Professional Organization
- ☐ Campus Recruited or Referral
- ☐ Former Agency Temp. Svc
- ☐ Other (Explain) _____

**EXHIBIT 114  8-12-03  DMB**

## AREAS OF WORK INTEREST

Type of Work Desired (Check one): ☑ Full-time  ☐ Part-time  ☐ Temporary  ☐ Summers

Check your primary field of work interest

### PROFESSIONAL/TECHNICAL
☐ Administrative  ☐ Operations Research  ☐ Industrial Relations  ☐ Product Engineering
☐ Program Timing  ☐ Computer Programming  ☐ Plant Engineering  ☐ Technical Research
☐ Legal  ☐ Purchasing  ☐ Manufacturing Engrg  ☐ Public Relations
☐ Finance  ☐ Transportation/Traffic  ☐ Production Supervision  ☐ Civic & Gov't. Affairs
☐ Accounting  ☐ Production Control  ☐ Quality Control  ☐ Styling
☐ Computer Systems  ☐ Sales/Marketing  ☐ Product Planning  ☐ Clay Modeling

### OFFICE/CLERICAL
☐ General Clerical
☐ Typist
☐ Steno/Secretary

## EDUCATION

| Name, City and State of Educational Institution | Graduated? Yes/No | If No Degree, Credits Earned | Type of Degree Received or Expected Mo/Yr | Major/Minor | Grade Point Maj/Cum/Base | Class Standing By Quarter Top/2/3/4 |
|---|---|---|---|---|---|---|
| High School | | | | | | |
| College or University — LIST ATTACHED | | | | | | |
| Technical/GED/Other | | | | | | |

What foreign languages do you — Read / Speak / Write

Did you work during your educational program? ☐ Yes ☐ No
Average hours per week _____

Ind Rel 7 (Previous editions may NOT be used)

AN EQUAL OPPORTUNITY EMPLOYER

EWW1 0874

| WORK EXPERIENCE | Start with present or most recent position. You may include military service, summer positions and volunteer work experience. (You may attach a separate page) | | May we contact your present employer? | Yes ✓ No |
|---|---|---|---|---|

| EMPLOYER (Present or most recent) | ADDRESS | | Dates Employed | From Mo 09 Yr 79 | To Mo Yr |
|---|---|---|---|---|---|
| Ford Motor Co | Batavia Ohio | | | | |
| Position Title | | Base Pay | Add. Compensation | Total Annual Salary | |
| Electrican | | $ ___ per ___ | | | |
| Duties | | | Average Number of Work Hours per Week | | |
| Maint. | | | | | |
| | | | Reason for Leaving | | |

| EMPLOYER | ADDRESS | | Dates Employed | From Mo 09 Yr 67 | To Mo 04 Yr 79 |
|---|---|---|---|---|---|
| Cincinnati Milacron | Cincinnati, Ohio | | | | |
| Position Title | | Base Pay | Add. Compensation | Total Annual Salary | |
| Electrical Tech | | $ ___ per HR | | | |
| Duties | | | Average Number of Work Hours per Week | | |
| Field Service | | | | | |
| | | | Reason for Leaving | | |

| EMPLOYER | ADDRESS | | Dates Employed | From Mo Yr | To Mo Yr |
|---|---|---|---|---|---|
| | | | | | |
| Position Title | | Base Pay | Add. Compensation | Total Annual Salary | |
| | | $ ___ per ___ | | | |
| Duties | | | Average Number of Work Hours per Week | | |
| | | | Reason for Leaving | | |

**ACTIVITIES AND ACHIEVEMENTS** (You may exclude those which indicate race, color, religion, sex, marital status, age or national origin, handicapped or veteran status.)

Honors (include societies and scholarships)

Publications

Professional and Technical Associations

Patents

| TO BE COMPLETED BY OFFICE AND CLERICAL APPLICANTS ONLY | Steno/Clerical Skills (Words per minute) | Typing Speed | Shorthand Speed | Other Related Skills |
|---|---|---|---|---|
| | What office machines do you operate e.g. Word Processor, Keypunch, etc.? | | | |

CAREFULLY READ THE PARAGRAPH BELOW BEFORE SIGNING AND DATING THE APPLICATION.

I acknowledge that the information I have furnished is correct to the best of my knowledge and understand that falsification of this information could be grounds for disciplinary action to include retraction of employment offer or dismissal if employment has taken place

I understand that I shall not become an employe of Ford Motor Company or any of its subsidiaries until I have signed an employment agreement with final approval of the Company and that such employment will be contingent upon my submitting to a physical examination to assure that I am physically able to perform the type of employment for which I am applying and such employment will be subject to verification of the information I have provided on this application and any related documents or resume.

I understand that it may be necessary for the Company to use consumer reporting agencies to verify such information provided by me and that any information obtained may be retained by those agencies and subsequently used in later reports. I understand that the Company chooses consumer reporting agencies with care. I understand that should use of a consumer reporting agency for verification of the information provided by me be deemed necessary, I will be contacted to complete releases to the parties from whom verification will be sought, and that I may make a written request to the Company location to which I applied for a copy of the verification report. Alternatively, I may make a written request of the consumer reporting agencies for additional information as to the nature and scope of the verification report. I understand that if the need to correct or amend any statement on the verification report arises, I may notify the Company location to which I made application. I understand that the Company will not make any unwarranted disclosure of information generated in the process of application to persons outside the Company without my consent. I understand that if I am selected for employment, evidence of U.S. citizenship or U.S. permanent resident status and a birth certificate or other evidence of date of birth must be provided to the Company.

Signature _____   Date Nov 3, 1983

WE APPRECIATE YOUR INTEREST IN FORD MOTOR COMPANY AND THE TIME YOU HAVE TAKEN TO PREPARE THIS APPLICATION

| FORD COLLEGE COOPERATIVE PROGRAM ONLY | Reviewed by _____ Signature of School Coordinator | Date |
|---|---|---|

DO NOT COMPLETE -- FOR PERSONNEL USE ONLY

| Tests | Pass | Test Results Fail | Tests | Pass | Test Results Fail |
|---|---|---|---|---|---|
| Typing | | | PTI-ODT | | |
| Stenographic Dictation | | | STCA-L | | |
| | | | OAT-L | | |
| Test Administrator | | | Date | | |

COMPLETED APPLICATION SHOULD BE SUBMITTED TO A FORD REPRESENTATIVE OR MAILED TO (Address to be completed by component using form)

EWW1 0875

# Ford Application for Salaried Employment

**PERSONAL DATA** — Information furnished on this application is subject to verification. Misrepresentation of data could result in rejection as a candidate or subsequent dismissal if employed.

- Last Name: BLANCO
- First Name: PAMELA
- M.I.: J
- Social Security Number: ___
- Are you under 18? Yes / No (No)
- Address (Number and Street): 75 Park Dr
- City: FRANKLIN
- State: IN
- Zip Code: 46131
- County: Johnson
- Permanent Address (if other than above): ___
- Phone (Area Code and Number): (317) 736-9372
- Best Time to Call: Anytime
- Day (Circle): M T W TH F
- Do you have invitations to interview at other Ford locations? Yes / No (No)
- Alternate Phone Number: ( )

Only U.S. Citizens or Aliens who verify a legal authorization to work in the U.S. are eligible for employment.
Are you a U.S. Citizen or are you otherwise authorized to work in the U.S.? ☒ Yes ☐ No

Have you previously applied/worked for Ford Motor Company?
- Applied: ☐ Yes ☒ No  Dates: ___  Location: ___
- Worked: ☐ Yes ☒ No  Dates: ___  Location: ___
- Are you willing to relocate? ☒ Yes ☐ No  Geographic Preference: Any
- Geographic Limitations: None
- Are you willing to travel as required? ☒ Yes ☐ No
- Are you willing to work overtime as required? ☒ Yes ☐ No
- Are you willing to work shifts as required? ☒ Yes ☐ No
- Date available for Employment: Aug 2, 1993
- Total Annual Salary Requirement: Opened

What led you to apply at Ford? (Check one)
- Own Initiative: ☐ Walk-in A  ☐ Write-in C
- Answered Ad: ☐ Walk-in K  ☒ Write-in B
- Referred By: ☐ Agency D  ☐ State Empl. Service H  ☐ Company Employee L  ☐ Professional Organization I
- ☐ Campus Recruited or Referral F  ☐ Former Agency Temp. Svc. E  ☐ Other J (Explain)

**AREAS OF WORK INTEREST**

Type of Work Desired (Check one): ☒ Full-time  ☐ Temporary  ☐ Summer

Indicate up to three areas of work interest in order of your preference

PROFESSIONAL/TECHNICAL
- ☐ Sales/Marketing
- ☐ Finance
- ☐ Accounting
- ☐ Systems Analyst
- ☐ Operations Research
- ☐ Computer Programming
- ☐ Purchasing
- ☐ Transportation/Traffic
- ☐ Production Control
- ☒ Plant Engineering
- ☒ Manufacturing Engrg.
- ☐ Quality Control
- ☒ Production Supervision
- ☐ Product Planning
- ☐ Product Engineering
- ☐ Technical Research
- ☐ Engineering Technician
- ☐ Product Styling
- ☐ Governmental Relations
- ☐ Legal
- ☐ Public Affairs
- ☐ Employee Relations
- ☐ Other ___

OFFICE/CLERICAL
- ☐ General Clerical
- ☐ Typist
- ☐ Secretary (w/shorthand)

WORD PROCESSING
- ☐ Typist
- ☐ Secretary (w/shorthand)

TO BE COMPLETED BY SECRETARIAL/CLERICAL APPLICANTS: Secretarial/Clerical Skills (Words per minute) | Typing Speed | Shorthand Speed | Other Related Skills
Identify, by name, Word Processing/PC equipment you operate:

**EDUCATION**

| Name, City and State of Educational Institution | Graduated? Yes | No | If No Degree, Credits Earned | Type of Degree Received or Expected (Mo. Yr.) | Major | Minor | Major GPA | Overall GPA | Out of possible | Class Standing By Quarter Top | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| High School: Seymour High, Seymour, IN | ✓ | | | | | | | | | | | | |
| College or University: ___ Univ. - Indpls | ✓ | | | BS MET 5/93 | ___ | | ___ | 4.0 | | | | | |
| ___ Univ. - Indpls | ✓ | | | AAS Business 12/92 ___ | | | | | | | | | |
| ___ Univ. - Indpls | ✓ | | | ___ Studies | | | | | | | | | |
| Technical/GED/Other | | | | | | | | | | | | | |

What foreign languages do you: Read | Speak | Write

Did you work during your educational program? ☒ Yes ☐ No  Avg. hrs. per week 20-30

Emp Rel 7 Jun 89 (Jul 87 edition may be used)

AN EQUAL OPPORTUNITY EMPLOYER

EXHIBIT 132  8-22-03 PMB

EWW1 0252

| WORK EXPERIENCE | Start with present or positions and volunt... | (recent position. You may include military service experience. (PLEASE ATTACH RESUME, IF A... | | May we contact your present employer? | Yes | No |
|---|---|---|---|---|---|---|

| EMPLOYER (Present or most recent) | ADDRESS | | Dates Employed | Mo. From Yr. | Mo. To Yr. |
|---|---|---|---|---|---|
| Arvin, Inc | 3815 Prisi..., Indpls, IN | | | 5 / 54 | / 81 |
| **Position Title** | **Base Pay** | | **Add. Compensation** | **Total Annual Salary** | |
| Officer... | $ 26.il. per w... | | | | |
| **Duties** | | | **Average Number of Work Hours per Week** | 50 | |
| Supervise office + plant personnel, Purchasing | | | | | |
| Production control, Government regulations, Accounting... | | | **Reason for Leaving** | | |

| EMPLOYER | ADDRESS | | Dates Employed | Mo. From Yr. | Mo. To Yr. |
|---|---|---|---|---|---|
| Leaf Siegler | 885 N. Chestnut, Seymour IN | | | 8 / 81 | 8 / 84 |
| **Position Title** | **Base Pay** | | **Add. Compensation** | **Total Annual Salary** | |
| Receptionist | $ 5.25 per hr | | | | |
| **Duties** | | | **Average Number of Work Hours per Week** | 40 | |
| Operated PBX Switchboard | | | | | |
| Performed Secretarial Activities | | | **Reason for Leaving** Employment w.../Press | | |

| EMPLOYER | ADDRESS | Dates Employed | Mo. From Yr. | Mo. To Yr. |
|---|---|---|---|---|
| | | | | |
| **Position Title** | **Base Pay** $ ___ per ___ | **Add. Compensation** | **Total Annual Salary** | |
| **Duties** | | **Average Number of Work Hours per Week** | | |
| | | **Reason for Leaving** | | |

**ACTIVITIES AND ACHIEVEMENTS** (You may exclude those which indicate race, color, religion, sex, marital status, age or national origin, handicapped or veteran status.)

| Honors (include societies and scholarships) | Professional and Technical Associations |
|---|---|
| Foundry - 3yrs; Colon Award | American Foundrymen's Assoc.; Society f... |

**CAREFULLY READ THE PARAGRAPH BELOW BEFORE SIGNING AND DATING THE APPLICATION**

I acknowledge that the information I have furnished is correct to the best of my knowledge and understand that falsification of this information could be grounds for disciplinary action to include retraction of employment offer or dismissal if employment has taken place. I understand that I shall not become an employee of Ford Motor Company or any of its subsidiaries until I have signed an employment agreement with final approval of the Company. I understand that my employment is not to be for any definite term and it may be terminated at any time by either myself or my employer, regardless of any personnel policies or practices adopted by the Company, and the only way that any differing commitment regarding my employment may be made is by a written agreement, signed by the vice president of the Company in charge of employee relations. My employment will be contingent upon my submitting to a physical examination to assure that I am physically able to perform the type of employment for which I am applying and such employment will be subject to verification of the information I have provided on this application and any related documents or resume. I consent to my urine sample being taken and used to determine whether I meet the Company's requirement concerning absence of recent drug use in order to be considered for employment.

I understand that it may be necessary for the Company to use consumer reporting agencies to verify such information provided by me and that any information obtained may be retained by those agencies and subsequently used in later reports. I understand that the Company chooses consumer reporting agencies with care. I understand that should use of a consumer reporting agency for verification of the information provided by me be deemed necessary, I will be contacted to complete releases to the parties from whom verification will be sought, and that I may make a written request to the Company location to which I applied for a copy of the verification report. Alternatively, I may make a written request of the consumer reporting agencies for additional information as to the nature and scope of the verification report. I understand that if the need to correct or amend any statement on the verification report arises, I may notify the Company location to which I made application. I understand that the Company will not make any unwarranted disclosure of information generated in the process of application to persons outside the Company without my consent. I understand that only U.S. citizens and aliens legally authorized to work in the U.S. are eligible for employment and that my eligibility will be subject to verification, as required by law, if I am selected for employment.

Signature _____  Date  7/26/93

WE APPRECIATE YOUR INTEREST IN FORD MOTOR COMPANY AND THE TIME YOU HAVE TAKEN TO PREPARE THIS APPLICATION

| FORD COLLEGE COOPERATIVE PROGRAM ONLY | Reviewed by _____ Signature of School Coordinator | Date |
|---|---|---|

**DO NOT COMPLETE – FOR PERSONNEL USE ONLY**

| Tests | Pass | Test Results Fail | Tests | Pass | Test Results Fail |
|---|---|---|---|---|---|
| Typing | | | PTI-ODT | | |
| Stenographic Dictation | | | STCA-L | | |
| | | | DAT-L | | |
| Test Administrator | | | Date | | |

EWW1 0253