**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION, CINCINNATI**

| | | |
|---|---|---|
| **EVERETT W. WHISMAN**, et al. | : | |
| Plaintiffs | : | Case No. C-1-02-406 |
| | : | Judge Beckwith |
| v. | | Magistrate Sherman |
| | : | |
| **ZF BATAVIA, LLC, et al.** | : | **NOTICE OF PLAINTIFFS' FILING WRITTEN CONSENTS UNDER THE FAIR LABOR STANDARDS ACT** |
| | : | |
| Defendants. | : | |
| | : | |

\* \* \* \*

Plaintiffs, Everett W. Whisman, et al. ("Plaintiffs"), hereby submit this Notice that on this date each of the fifteen named Plaintiffs in this action have filed their respective written consents, attached herewith, under the Fair Labor Standards Act of 1938, as amended.

    Respectfully submitted,

    s/ Stephen A. Simon

    _____
    David M. Cook   (Ohio Bar # 0023469)
    Stephen A. Simon (Ohio Bar #0068268)
    DAVID M. COOK, LLC
    22 West Ninth Street
    Cincinnati, Ohio 45202
    Phone: (513) 721-7500
    Fax:   (513) 721-1178
    e-mail: dcook@dmcllc.com
    Trial Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of this Notice has been served this 5th day of December, 2003, via regular U.S. mail, postage prepaid, upon counsel for Defendants:

Ellen J. Garling  
Jeffery L. VanWay  
Baker & Hostetler LLP  
312 Walnut Street, Ste. 2650  
Cincinnati, Ohio 45202  
(Attorneys for Ford Motor Co.)

John J. Hunter  
Hunter & Schank Co. LPA  
One Canton Square  
1700 Canton Avenue  
Toledo, Ohio 43264  
(Attorneys for ZF Batavia)

Douglas M. Morehart  
Haverkamp, Brinker, Rebold & Rhiel Co. LPA  
5856 Glenway Avenue  
Cincinnati, Ohio 45238-2079  
(Attorney for ZF Batavia)

                                              s/ Stephen A. Simon  
                                              _____  
                                              ATTORNEY FOR PLAINTIFFS