## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION, CINCINNATI

**EVERETT W. WHISMAN**, et al.          :

      Plaintiffs          :          Case No. C-1-02-406

                  :          Judge Beckwith

      v.          :

**ZF BATAVIA, LLC**, et al.          :          **CONSENT TO FLSA CLAIM**

                  :

      Defendants.          :

                  :

            *   *   *   *

I, _Dennis R. Baker_____, am a named plaintiff in this lawsuit. Among other claims, this lawsuit includes claims brought under the Fair Labor Standards Act ("FLSA"). As reflected by my signature below, I fully consent to be a party to this action and to be represented in the action by the named plaintiffs for all purposes.

_Dennis R. Baker_____
[signature]

_11/28/03_____
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION, CINCINNATI

**EVERETT W. WHISMAN**, et al.          :

      Plaintiffs          :          Case No. C-1-02-406

                 :          Judge Beckwith
      v.          Magistrate Sherman

                 :

**ZF BATAVIA, LLC, et al.**          **CONSENT TO FLSA CLAIM**

                 :

                 :

      Defendants.          :

                 :

\*   \*   \*   \*

    I, Pamela J. Blanco, am a named plaintiff in this lawsuit.  Among other claims, this lawsuit includes claims brought under the Fair Labor Standards Act ("FLSA").  As reflected by my signature below, I fully consent to be a party to this action and to be represented in the action by the named plaintiffs for all purposes.


_Pamela J. Blanco_
Pamela J. Blanco


_9/1/02_
Date

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION, CINCINNATI

**EVERETT W. WHISMAN**, et al.          :

      Plaintiffs          :          Case No. C-1-02-406

              :          Judge Beckwith
       v.          Magistrate Sherman

**ZF BATAVIA, LLC, et al.**          :          **CONSENT TO FLSA CLAIM**

              :

              :

      Defendants.          :

              :

          *   *   *   *

I, _JAMES E. CRUMP_, am a named plaintiff in this lawsuit. Among other claims, this lawsuit includes claims brought under the Fair Labor Standards Act ("FLSA"). As reflected by my signature below, I fully consent to be a party to this action and to be represented in the action by the named plaintiffs for all purposes.

_____
[signature]


_____1 - 22 - 03_____
Date

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION, CINCINNATI

**EVERETT W. WHISMAN**, et al.          :

        Plaintiffs          :          Case No. C-1-02-406

                  :          Judge Beckwith

        v.          :

**ZF BATAVIA, LLC**, et al.          :          **CONSENT TO FLSA CLAIM**

                  :

        Defendants.          :

                  :

        *   *   *   *

I, _William J. DeVito Jr._, am a named plaintiff in this lawsuit. Among other claims, this lawsuit includes claims brought under the Fair Labor Standards Act ("FLSA"). As reflected by my signature below, I fully consent to be a party to this action and to be represented in the action by the named plaintiffs for all purposes.


_William J. DeVito Jr._
[signature]


_12/_
Date

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION, CINCINNATI

**EVERETT W. WHISMAN**, et al.                    :

        Plaintiffs                    :          Case No. C-1-02-406

                               :          Judge Beckwith
        v.                                                 Magistrate Sherman

                               :

**ZF BATAVIA, LLC, et al.**                         :          **CONSENT TO FLSA CLAIM**

                               :

                               :
        Defendants.                    :

                          *    *    *    *

I, Ted Edrington, am a named plaintiff in this lawsuit. Among other claims, this lawsuit includes claims brought under the Fair Labor Standards Act ("FLSA"). As reflected by my signature below, I fully consent to be a party to this action and to be represented in the action by the named plaintiffs for all purposes.

_Ted Edrington_
Ted Edrington


_8-22-2002_
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION, CINCINNATI**

**EVERETT W. WHISMAN**, et al.         :

       Plaintiffs         :         Case No. C-1-02-406

                   :         Judge Beckwith

       v.         :

**ZF BATAVIA, LLC**, et al.         :         **CONSENT TO FLSA CLAIM**

                   :

       Defendants.         :

                 *  *  *  *

I, ___Ricky ERVIN___, am a named plaintiff in this lawsuit.

Among other claims, this lawsuit includes claims brought under the Fair Labor Standards

Act ("FLSA"). As reflected by my signature below, I fully consent to be a party to this action

and to be represented in the action by the named plaintiffs for all purposes.

_____
[signature]

___11-29-03_____
Date

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION, CINCINNATI

**EVERETT W. WHISMAN**, et al.          :

      Plaintiffs          :          Case No. C-1-02-406

              :          Judge Beckwith
      v.          Magistrate Sherman

**ZF BATAVIA, LLC**, et al.          :          **CONSENT TO FLSA CLAIM**

              :

      Defendants.          :

              :

\*     \*     \*     \*

I, _Randall Newsome_, am a named plaintiff in this lawsuit. Among other claims, this lawsuit includes claims brought under the Fair Labor Standards Act ("FLSA"). As reflected by my signature below, I fully consent to be a party to this action and to be represented in the action by the named plaintiffs for all purposes.


_Randall Newsome_
[signature]


_2/08/2003_
Date

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION, CINCINNATI**

**EVERETT W. WHISMAN**, et al.              :

         **Plaintiffs**                          :          Case No. C-1-02-406

                         :          Judge Beckwith
         **v.**                                   Magistrate Sherman

                         :
**ZF BATAVIA, LLC**, et al.                 :          **CONSENT TO FLSA CLAIM**

                         :

         **Defendants.**                          :

                         :

                         *   *   *   *

I, _Teri Parker_ , am a named plaintiff in this lawsuit.

Among other claims, this lawsuit includes claims brought under the Fair Labor Standards

Act ("FLSA"). As reflected by my signature below, I fully consent to be a party to this action

and to be represented in the action by the named plaintiffs for all purposes.

_Teri Parker_
[signature]

_January 14, 2003_
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION, CINCINNATI

**EVERETT W. WHISMAN**, et al.            :

      Plaintiffs            :            Case No. C-1-02-406

                :            Judge Beckwith
      v.            Magistrate Sherman

                :
**ZF BATAVIA, LLC, et al.**            :            **CONSENT TO FLSA CLAIM**

                :

                :
      Defendants.            :

                *   *   *   *

      I, Charles R. Pearce, am a named plaintiff in this lawsuit.  Among other claims, this

lawsuit includes claims brought under the Fair Labor Standards Act ("FLSA").  As reflected

by my signature below, I fully consent to be a party to this action and to be represented in

the action by the named plaintiffs for all purposes.


_____
Charles R. Pearce


_____
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION, CINCINNATI

**EVERETT W. WHISMAN**, et al.          :

     Plaintiffs          :          Case No. C-1-02-406

                :          Judge Beckwith
     v.          Magistrate Sherman

                :
**ZF BATAVIA, LLC**, et al.          **CONSENT TO FLSA CLAIM**

                :

     Defendants.          :

                :

\*    \*    \*    \*

I, _EDWARD L. STEGMANN_, am a named plaintiff in this lawsuit. Among other claims, this lawsuit includes claims brought under the Fair Labor Standards Act ("FLSA"). As reflected by my signature below, I fully consent to be a party to this action and to be represented in the action by the named plaintiffs for all purposes.

_Edward L. Stegmann_
[signature]

_01/10/03_
Date

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION, CINCINNATI

**EVERETT W. WHISMAN**, et al.              :

        Plaintiffs              :              Case No. C-1-02-406

                            :              Judge Beckwith

        v.              :

**ZF BATAVIA, LLC**, et al.              :              **CONSENT TO FLSA CLAIM**

                            :

        Defendants.              :

                            :

*    *    *    *

I, ___Dena M. Stevens___, am a named plaintiff in this lawsuit. Among other claims, this lawsuit includes claims brought under the Fair Labor Standards Act ("FLSA"). As reflected by my signature below, I fully consent to be a party to this action and to be represented in the action by the named plaintiffs for all purposes.

_____
[signature]

_____29-Nov-03_____
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION, CINCINNATI

**EVERETT W. WHISMAN**, et al.          :

        Plaintiffs          :          Case No. C-1-02-406

                  :          Judge Beckwith

        v.          :

**ZF BATAVIA, LLC, et al.**          :          **CONSENT TO FLSA CLAIM**

                  :

        Defendants.          :

                  :

      *    *    *    *

I, _MICHEAL  STEWARD_____, am a named plaintiff in this lawsuit.
Among other claims, this lawsuit includes claims brought under the Fair Labor Standards
Act ("FLSA"). As reflected by my signature below, I fully consent to be a party to this action
and to be represented in the action by the named plaintiffs for all purposes.

_Michael F. Steward_____
[signature]


_12/1/03_____
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION, CINCINNATI

**EVERETT W. WHISMAN**, et al.          :

        Plaintiffs          :          Case No. C-1-02-406

                  :          Judge Beckwith

        v.          Magistrate Sherman

                  :

**ZF BATAVIA, LLC**, et al.          **CONSENT TO FLSA CLAIM**

                  :

                  :

        Defendants.          :

                  :

        *   *   *   *

I, Gary W. Vories, am a named plaintiff in this lawsuit.  Among other claims, this lawsuit includes claims brought under the Fair Labor Standards Act ("FLSA"). As reflected by my signature below, I fully consent to be a party to this action and to be represented in the action by the named plaintiffs for all purposes.


_____
Gary W. Vories

**8/24/02**
_____
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION, CINCINNATI

**EVERETT W. WHISMAN**, et al.            :

       Plaintiffs            :            Case No. C-1-02-406

                         :            Judge Beckwith
       v.            Magistrate Sherman

                         :
**ZF BATAVIA, LLC, et al.**            **CONSENT TO FLSA CLAIM**

                         :

                         :
       Defendants.            :

                         :

                      *    *    *    *

I, Everett W. Whisman, am a named plaintiff in this lawsuit. Among other claims, this lawsuit includes claims brought under the Fair Labor Standards Act ("FLSA"). As reflected by my signature below, I fully consent to be a party to this action and to be represented in the action by the named plaintiffs for all purposes.

_Everett W. Whisman_
Everett W. Whisman

_8·22·02_
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION, CINCINNATI

**EVERETT W. WHISMAN**, et al.          :

      Plaintiffs          :          Case No. C-1-02-406

                :          Judge Beckwith
      v.          Magistrate Sherman

                :

**ZF BATAVIA, LLC, et al.**          **CONSENT TO FLSA CLAIM**

                :

      Defendants.          :

                :

            \*   \*   \*   \*

I, _E. Donald Williams_ am a named plaintiff in this lawsuit. Among other claims,

this lawsuit includes claims brought under the Fair Labor Standards Act ("FLSA"). As

reflected by my signature below, I fully consent to be a party to this action and to be

represented in the action by the named plaintiffs for all purposes.

_____
[name]

_____
Date