IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION, CINCINNATI

**EVERETT W. WHISMAN**, et al.         :

     Plaintiffs         :         Case No. C-1-02-406

              :         Judge Beckwith

     v.         :

**ZF BATAVIA, LLC, et al.**         :         **ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE FOR EXTENSION TO FILE RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

              :

     Defendants.         :

              :

\* \* \* \*

Upon the Motion of Plaintiffs, Everett W. Whisman, et al. ("Plaintiffs"), for Leave to File Their Memoranda in Opposition to Defendants' Motions for Summary Judgment on December 16, 2003, which reflects an extension of one day for filing, and having fully considered the matter;

The Court GRANTS this Motion. Plaintiffs' response deadline for Defendants' motions for summary judgment will be continued to December 16, 2003.

IT IS SO ORDERED this 15tth day of December, 2003.

                         s/Sandra S. Beckwith
                         Sandra S. Beckwith
                         United States District Judge

Tendered by:

/s Stephen A. Simon

_____
David M. Cook   (Ohio Bar # 0023469)
Stephen A. Simon (Ohio Bar #0068268)
DAVID M. COOK, LLC
22 West Ninth Street
Cincinnati, Ohio 45202
Phone: (513) 721-7500
Fax:    (513) 721-1178
e-mail: dcook@dmcllc.com
Trial Attorneys for Plaintiffs