UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION, CINCINNATI


EVERETT W. WHISMAN, et al.,          :

      Plaintiffs                     :

      -v-                            : Case No. C-1-02-406
                                     : (Judge Beckwith)
                                     : (Magistrate Sherman)

ZF BATAVIA, LLC, et al.,             :

      Defendants                     :


- 0 -


      The deposition of **DICK NEWARK**, taken before Susan K. Lee, CVR-CM, Court Reporter and Notary Public in and for the State of Ohio, at the Holiday Inn Eastgate, 4501 Eastgate Boulevard, Cincinnati, Ohio, on the 24th day of July, 2003, beginning at the hour of 1:34 p.m. and ending at 4:36 p.m. of the same date.

- 0 -


**RIVERSIDE REPORTING**
**Certified Court Reporters**
**P.O. Box 949**
**Covington, Kentucky  41012**
**KY(859)291-6110   OH(513)574-7017**

APPEARANCES:


FOR THE PLAINTIFFS:       DAVID M. COOK, Esq.
                          STEPHEN A. SIMON, Esq.
                          Attorneys at Law
                          22 West Ninth Street
                          Cincinnati, Ohio 45202


FOR THE DEFENDANTS:       JOHN J. HUNTER, JR., Esq.
                          Attorney at Law
                          One Canton Square
                          1700 Canton Avenue
                          Toledo, Ohio  43264

                          JEFFREY L. VANWAY, Esq.
                          Attorney at Law
                          312 Walnut Street
                          Suite 3200
                          Cincinnati, Ohio  45202-4074


ALSO PRESENT:             MR. GARY VORIES
                          MR. EVERETT W. WHISMAN
                          MR. HERBERT HUEBNER

                          - 0 -


                    STIPULATIONS:

          It is stipulated by and between counsel
for the respective parties that the deposition of **DICK
NEWARK,** a witness herein, may be taken at this time
pursuant to the Federal Rules of Civil Procedure and
Notice; that the deposition may be taken via Stenomask
by the Notary Public/Court Reporter, and transcribed by
her out of the presence of witness; that the deposition
was submitted to counsel for the witness for reading
and signature.

                          - 0 -

**INDEX OF EXAMINATION:**

By Mr. Simon......................................4

**INDEX OF EXHIBITS:**

19  answer of ZF Batavia to third amended
    complaint...................................53

20  e-mail from Dick Newark, dated 3/11/02.......56

21  merit planning and AIP, February 2001........62

22  excerpted documents from business plan,
    2001 - 2003, 11/00...........................65

23  excerpted documents from business plan,
    2002 - 2006, 11/01...........................72

24  excerpted documents from business plan,
    2002 - 2007, 11/02...........................75

25  e-mail from Julie Hallauer, dated 1/10/01.....89

26  e-mails from Len Sennish, dated 12/17/01
    and 12/28/01.................................90

27  e-mails from Len Sennish and Herb Huebner,
    dated 10/16/01 and 10/17/01..................95

1    **DICK NEWARK,** called as a witness, being first duly

2    sworn, testified as follows:

3                    MR. SIMON:  Mr. Newark, good afternoon.

4            My name is Steve Simon.  I'm an attorney who

5            represents a group of people who have a lawsuit

6            against ZF Batavia and Ford Motor Company.  And

7            to my left is David Cook.  He is also one of

8            the attorneys representing the plaintiffs in

9            this lawsuit.  And I think you probably know

10           Gary Vories and Wayne Whisman --

11                   THE WITNESS:  Yes.

12                   MR. SIMON:  -- who work at the plant.

13   BY MR. SIMON:

14           Q       Could you spell your last name, sir?

15           A       Sure.  N-E-W-A-R-K.

16           Q       And, sir, have you ever had your

17   deposition taken before?

18           A       Yes.

19           Q       When was the last time you had your

20   deposition taken?

21           A       A few months ago, May.

22           Q       Was that also in connection with a

23   lawsuit that's filed in court, as far as you know?

24           A       Just a legal proceeding.

25           Q       What was the nature of the proceeding?

```
 1          A       It was a lawsuit.

 2          Q       Against the company?

 3          A       Yes.

 4          Q       By a former employee?

 5          A       Yes.

 6          Q       Is this the Gene Gilliam lawsuit?

 7          A       Yes.

 8          Q       Okay.  Any other depositions you've

 9   ever given?

10          A       No.

11          Q       Are there any other times where you've

12   given sworn testimony in any kind of legal proceeding?

13          A       Yes.

14          Q       When was that?

15          A       It was in the '90s.  Divorce

16   proceedings.  She won everything.

17          Q       Were those proceedings local?

18          A       No, sir.

19          Q       Do you know what county or state they

20   were in?

21          A       They were in Warren County,

22   Pennsylvania.

23          Q       Do you know when the matter was

24   ultimately resolved?

25          A       It would have been 1994, May of 1994.
```

```
 1              Q       Okay.  Any other time, other than the
 2      divorce proceeding, that you gave sworn testimony,
 3      other than the Gene Gilliam lawsuit?
 4              A       No.
 5              Q       Have you ever testified at an
 6      arbitration?
 7              A       No.
 8              MR. SIMON:  Since you've already done
 9              this once before, actually just a few months
10              ago, then you're probably familiar with the
11              ground rules, but I'll lay them out for you
12              again one more time.
13                  I'm going to be asking you questions.
14              You're going to be answering them under oath.
15              The court reporter to your left will be taking
16              them down and what she takes down will be
17              produced in a transcript that you'll have an
18              opportunity to review.  It's real important
19              that you, where possible, give a verbal
20              response --
21              THE WITNESS:  Sure.
22              MR. SIMON:  -- either a yes or a no, as
23              opposed to other noises that we might
24              understand in conversation but won't make sense
25              in a transcript.  So you'll answer yes or no
```

```
 1              where you can, sir?
 2                    THE WITNESS:  Yes.
 3                    MR. SIMON:  Okay.  Also, this one is
 4              really important.  If you don't understand my
 5              question, either you didn't hear it or you just
 6              don't understand it, please ask me to rephrase
 7              or re-ask the question because if you don't,
 8              someone reviewing the transcript will think
 9              that -- they'll see the question, your answer,
10              and they're going to assume you understood the
11              question.  So if there's any point where you
12              don't understand my question, will you ask me
13              to rephrase?
14                    THE WITNESS:  Yes.
15                    MR. SIMON:  And the final thing is I
16              don't know how long we're going to be here
17              today, hopefully not terribly long, but if at
18              any time you need a break for whatever reason
19              and there's not a question pending, please tell
20              your counsel and we can make accommodation.
21              Okay?
22                    THE WITNESS:  Okay.
23    BY MR. SIMON:
24         Q     I won't ask this open-ended because I
25    think I know the answer.  You are currently the plant
```

1    manager?

2              A        Yes.

3              Q        And are you also called the director of

4    operations, operations manager?

5              A        I'm also called manufacturing director

6    on some of the organization charts, so you may see that

7    title.

8                       MR. SIMON:  Off the record for a

9              second.

10                      (OFF THE RECORD)

11   BY MR. SIMON:

12             Q        This is Exhibit 17 from the deposition

13   in the morning.  Is this an organization that's

14   applicable to the current state of things at ZF

15   Batavia?

16             A        Not currently, no.

17             Q        Well, it has director of manufacturing

18   there; do you see that?

19             A        Right.

20             Q        And I'm sorry.  Is that a title you're

21   sometimes referred to as?

22             A        That was -- this organization chart

23   would be consistent with the original -- my date-of-

24   hire position.  And it was advertised and I was

25   selected as the director of manufacturing.  So this

1    would have been my initial staff in 1999.

2         Q        And when did it change?

3         A        Probably formally in the 2001, late

4    2001, time period.

5         Q        Look at Plaintiffs' Exhibit 18.  Is

6    that current or is that the same time frame as your

7    date of hire?

8         A        This -- yeah, this would have been

9    right after my date of hire.  It's definitely not

10   current.

11        Q        Looking at Exhibit 18, are the levels

12   correct, though?  Do you report to Mr. Adams?

13        A        No, sir.

14        Q        Who do you report to?

15        A        I report to the chief operating

16   officer, who is Ludger Reckmann, L-U-D-G-E-R

17   R-E-C-K-M-A-N-N.  And that's in about -- since about

18   last -- I would say March of 2002.

19        Q        Prior to March 2002 who did you report

20   to?

21        A        To the president, Dave Adams.

22        Q        And that was true from your date of

23   hire until March 2002?

24        A        Yes.

25        Q        On Plaintiffs' Exhibit 17, the other

1    one, how is it different today that isn't accurately

2    reflected on Exhibit 17?

3         A         I'm sorry.  I don't understand.

4         Q         You said Plaintiffs' 17 was accurate at

5    your date of hire?

6         A         Right.

7         Q         What's different today then?

8         A         The -- several of the individuals no

9    longer report directly to me.

10        Q         Who is that?

11        A         Mr. Detloff, Mr. Williams, Mr. Priest

12   is retired, Mr. Clark no longer reports to me, and Mr.

13   Eisenhut no longer reports to me.

14        Q         Are there people with the same title

15   who occupy those positions that do report to you?

16        A         Similar titles but not identical

17   titles.  We had restructured the business and we have

18   more of a business structure decentralized today than

19   what this organization had.

20        Q         And that decentralization -- you said

21   it was decentralization in late 2001?

22        A         Right.  It actually was accomplished in

23   a couple of steps, but the major one was in late 2001.

24        Q         You said Gerry Priest was retired.

25   Does Gerry Priest still work in the building?

```
 1              A       Yes.  He does contract service.
 2              Q       One of the things that I was going to
 3     be talking about today, Mr. Newark, is there's a number
 4     of employees, salaried employees, that used to be with
 5     Ford in 1999.
 6              A       Right.
 7              Q       And then they left Ford and joined ZF
 8     Batavia in 1999 and I think they're referred to in the
 9     plant as Ford transitionals.
10              A       (Nods head)
11              Q       Is that yes?
12              A       Yes.
13              Q       So Mr. Priest was a Ford transitional
14     employee, right?
15              A       Yes.
16              Q       And since 1999 he retired?
17              A       Yes, he retired in January of this
18     year.
19              Q       But he still works there under some
20     sort of separate arrangement?
21              A       Right.
22              Q       And I guess recently he's been moved to
23     a position in the CVT pre-production area?
24              A       He's working in the CVT area.  He's
25     still technically on my staff and I am paying the
```

1    salary for him to do that.  There were several

2    individuals put together on a team to support CVT

3    recently.

4          Q     Okay.  Well, let's just stay with that

5    topic.  Was there a visit by someone from Ford recently

6    that led to some employees such as Gerry Priest being

7    moved around relative --

8          A     Not that I'm aware of.

9          Q     Was there anybody from Ford who

10   recently came to the plant who said -- who reviewed

11   your staffing of the CVT area and said "Where's the

12   experienced people?"

13         A     There was a visit by -- it was a board

14   of directors meeting which would have had several Ford

15   senior managers and there was a comment made by one of

16   the managers, I don't recall which one, that related to

17   "Where's the gray hair?" I think was the quote.  And

18   that was, I would guess, a year and a half ago.

19         Q     The manager was somebody who works for

20   Ford?

21         A     Yes.

22         Q     Someone who sits on the board of

23   directors for ZF Batavia but doesn't work in the

24   Batavia plant?

25         A     Yes.

1        Q        What was his name?

2        A        I don't -- I don't recall who said it.

3        Q        Okay.  And he was talking about the

4    CVT?

5        A        Yes.

6        Q        And when he said "Where's the gray

7    hair?" he meant where's the older, experienced

8    employees?

9        A        Yes.

10        Q        And was he also referring to why aren't

11    more Ford transitionals on CVT since they're older,

12    experienced employees?

13        A        No, I don't think so.  In fact, I think

14    he was really looking for where's the Germans.  I think

15    that was really the criticism.

16        Q        Did he say -- did he reference the

17    Germans?

18        A        Mm-hmm.

19        Q        That was a yes?

20        A        Yes.

21        Q        Well, let's back up a second.  You've

22    got employees -- you've got hourly and salaried

23    employees in the facility, right?

24        A        Yes.

25        Q        And hundreds of the hourlies, I guess,

1    they're members of the UAW?

2         A        All of the hourly are members of the

3    UAW.

4         Q        And they're still Ford employees,

5    right?

6         A        Not all of them.

7         Q        Hundreds, though, right?

8         A        There's about 700 Ford UAW employees.

9         Q        Out of how many total hourly?

10        A        About 1050.

11        Q        Okay.  And then we've got a number of

12   salaried people who never worked for Ford, they only

13   worked for ZF?

14        A        Yes.

15        Q        And people call them ZF new hires?

16        A        There's -- perhaps what you're getting

17   at is there's a group of folks such as myself that

18   never worked for either Ford or ZF.  There's another

19   group that worked for ZF and then there's a group that

20   worked for Ford.

21        Q        The ones that worked for ZF, you're

22   talking about the parent company?

23        A        Yes.

24        Q        And are those the Germans?

25        A        Not all -- not exclusively.

1      Predominantly they're expatriates but not exclusively.

2           Q      Okay.  So was this manager at this

3      board of directors meeting referring to the

4      expatriates?

5           A      My belief -- and, I mean, I was just in

6      a tour group and heard the comment.  It wasn't even

7      directed at me.  My belief was he was interested in

8      knowing the parental support from Germany to

9      successfully launch the technology, meaning the -- the

10     experienced engineers from Germany.  The expatriates we

11     have tend to be a young group.

12          Q      Okay.  You said you heard the comment

13     -- I thought you said it was at a board meeting, this

14     comment.

15          A      It was a tour of the CVT during a board

16     meeting.

17          Q      Oh, okay.  So Gerry Priest moving to

18     the CVT area recently has nothing to do with any

19     concerns raised by Ford or anyone else that they're

20     aren't enough Ford transitional people on the CVT

21     program?

22          A      No.  I think the concern on the whole

23     CVT launch is it's vital to the future of the company

24     and there is an effort to ensure the successful launch

25     by putting, you know, veteran, seasoned people that

1    have been there, done that, and regardless of their

2    past background, wherever they may have gained their

3    experience.

4         Q       Are there many Ford transitional people

5    who work on the CVT program currently?  And I'm talking

6    about salaried.

7         A       Yes.

8         Q       Who are they?

9         A       Well, there's several.  Ron Clark would

10   be an example as a senior manager.

11        Q       Does he work full time on the CVT?

12        A       Yes, yes.

13        Q       Anybody else?

14        A       Joy Giddings is a department manager.

15        Q       Joy is a Ford transitional employee?

16        A       I believe so.  She started slightly

17   before I did, so --

18        Q       Okay.  And you believe Ron is also a

19   Ford transitional?

20        A       I know Ron is a Ford transitional.

21   Several of the engineers.  If you have -- I don't know

22   if we have an engineering organization chart but --

23        Q       Aren't the engineers still Ford

24   employees?

25        A       Some of them are, yes.

1          Q       But you think there are some engineers

2     who are employees of ZF Batavia who are Ford

3     transitionals?

4          A       Sure.  Alan Selby would be another

5     example.  Chuck Thompson would be an example.

6          Q       Well, just generally then, since 1999

7     do you think that the CVT program has had

8     proportionally fewer Ford transitional employees on the

9     CVT than, say, ZF employees or ZFB new hires?

10          A       No, I don't think so.  I'd have to do

11     the math, but I don't think so.

12          Q       Has anyone ever told you that they

13     thought that there weren't enough Ford transitional

14     employees on CVT?

15          A       No.

16          Q       I just wanted to cover that subject

17     since it had come up.  Moving back to 1999, you said

18     that you -- the plant manager position had been

19     advertised; is that right?

20          A       It was a retained search by a

21     recruiting company.

22          Q       Where were you at the time?

23          A       Cummins Engine Company.

24          Q       Where is that located?

25          A       Immediately prior to joining ZF I was

1      in Fostoria, Ohio at a crank shaft subsidiary that

2      Cummins had.  Most of my experience was in Jamestown,

3      New York.

4              Q       How long had you been in Fostoria?

5              A       About one year.

6              Q       And I'm sorry.  What was the position

7      you held at that time?

8              A       Plant manager.

9              Q       But you previously had been in, you

10     said --

11             A       Jamestown, New York.

12             Q       What was your position when you left

13     Jamestown to go to Fostoria?

14             A       Director of shop operations.

15             Q       When you last held the position of

16     director of shop operations in Jamestown, New York --

17     this was for Cummins?

18             A       Yes.

19             Q       How many employees did they have

20     roughly?

21             A       The total employment at the site?

22             Q       Mm-hmm.

23             A       About 1000.

24             Q       What about when you were at Fostoria?

25             A       About 350.

1          Q         Was it a demotion to go to Fostoria or
2     were you just filling a need?
3          A         I was filling an opening.  The Fostoria
4     plant was a wholly-owned subsidiary that was being sold
5     to Thyssen Krupp and they wanted me to run the plant
6     while it was pending the acquisition.
7          Q         So why did you ultimately decide to
8     leave Cummins and join ZF Batavia?
9          A         It was a personal decision, but it was
10    an opportunity to join a growing technology and a new
11    company, a greater challenge.
12         Q         Were you also seeing a diminished
13    opportunity with Cummins?
14         A         Not directly, no.  Cummins had a pretty
15    typical business circumstance going on at the time, but
16    quite honestly, there was a lot of opportunities that I
17    was choosing not to pursue within Cummins.
18         Q         How many employees did ZF Batavia have
19    when you started as plant manager?
20         A         I would say about 700.  That obviously
21    would include the Ford employees when I started.
22    Predominantly it was Ford employees.  There were no --
23    I think in the hourly ranks when I started, there were
24    25 UAW hourly folks.
25         Q         And how many employees are there now,

```
 1    hourly and salaried?
 2         A      About 1300 and -- almost 1400.
 3         Q      Who hired you?
 4         A      Dave Adams.
 5         Q      A series of meetings, interviews?
 6         A      Yes, yes.
 7         Q      Did you get a written employment
 8    agreement?
 9         A      No.
10         Q      Did they make any verbal assurances
11    about what you could expect?
12         A      Yes.
13         Q      Just generally what were those?
14         A      Just salary, benefits, I guess I would
15    say working conditions in terms of the nature of the
16    job.
17         Q      And what would that include?
18         A      Things -- you know, just the
19    technology, the level of challenge, the turnaround
20    expectations.  I think, in fairness, he wanted me to
21    understand what I was getting into.
22         Q      Okay.  And did it come to pass that you
23    got the salary and benefits that he had told you about?
24         A      Yes.
25         Q      And the working conditions, did he
```

1    fairly describe what you were in for?

2          A        It was a little understated.

3          Q        It was a little more challenging than

4    you --

5          A        Yes.

6          Q        But otherwise, the things that he had

7    told you, basically your terms of employment, what he

8    had told you in '99 turned out to be correct, right?

9          A        The terms of employment I would -- I

10   would state were correct.

11         Q        Okay.  And I suppose if there ever was

12   a situation where something happened to your terms of

13   employment where it was different than what Mr. Adams

14   had told you, I suppose you would raise that concern

15   with Mr. Adams?

16         A        I suppose I would, yeah.

17         Q        Because you certainly had the

18   expectation that he was going to do what he told you

19   verbally in '99, right?

20         A        Yes.

21         Q        I don't think I've asked you.  Do you

22   know your specific date of hire?

23         A        October 11th, 1999.

24         Q        All right.  Were you aware when you

25   came on board or even before you came on board of any

1      efforts by the new company and also Ford to have

2      certain members of the salaried workforce from Ford

3      join ZF Batavia?

4            A      I was aware that there was a recruiting

5      effort and that there was an effort to have, I guess,

6      an orderly transition.  I knew that there was an issue

7      with the exodus of several of the Ford people and I

8      know that they were working to overcome that when I

9      started.

10           Q      They were overcoming what?

11           A      The -- what I interpreted as an exodus

12     of particularly the engineering talent.

13           Q      Well, what were you told about losing

14     engineers?  Was there a reason the engineers weren't

15     staying?

16           A      I really didn't have any specific -- it

17     was more of a general comment that the engineers within

18     Ford had elected to, you know, return to Ford sites

19     predominantly and that the -- these are the process --

20     you know, mechanical and process kind of engineers.

21     But they had elected, for whatever decisions they made,

22     to return to Ford.

23           Q      Were you told that otherwise, though,

24     that ZF Batavia was hoping to get the best of the bunch

25     from the salaried workforce --

1          A       Yes.

2          Q       -- to have them come over?

3          A       Yes.

4          Q       And it was your understanding that a

5     number of the top performers in the salaried workforce

6     did come over, excluding the engineers?

7          A       I never -- I've never seen any sort of

8     Ford performance.  You know, I hear sort of, you know,

9     this guy is really good or that guy is really good, but

10    I've never seen any sort of documented performance of

11    the Ford, you know, side of the ledger but -- so I

12    don't -- I don't really know.  I'm assuming we -- I

13    would hope we got the best of best.

14         Q       That's what you were told anyhow?

15         A       Yes.

16         Q       Okay.  Were you ever shown this

17    document?  This is Plaintiffs' Exhibit 2, Mr. Newark.

18    I'm sorry, Deposition Exhibit 2.

19         A       No.  I think I saw this document this

20    week for the first time.

21         Q       Well, had anyone told you when you

22    started in October '99 that the company has offered

23    these Ford employees a certain package of compensation

24    and benefits to bring them on board at ZF Batavia?

25         A       At some point, I think, I became aware.

```
 1        It certainly wasn't one of the first things in October
 2   that I became aware of.
 3             Q       At some point you think you learned
 4   about it?
 5             A       Right.  There was, I think, a sequence
 6   of several of the folks had joined the -- made the
 7   transition before I started and then there were others,
 8   for various reasons, that had dates that extended out,
 9   you know, into the 2000 -- you know, late '99, 2000
10   time frame.  So I think as those dates and people were
11   recruited, it was known that they had, you know, joined
12   the new company.
13             Q       Has anyone ever explained to you that
14   the people -- the ZF Batavia new hires were given a
15   separate compensation and benefits package, whereas the
16   Ford transitionals were offered some other set of
17   compensation and benefits?
18             A       Actually, no, I didn't know that.  I
19   know the brochure that was mailed with my employment
20   offer was different than this.
21             Q       Did you have -- just so you understand,
22   this Deposition Exhibit 2 was actually a tri-fold
23   brochure that had some color on it.
24             A       Right.
25             Q       Did you also get a similar brochure and
```

    1    form?

    2         A      Not a tri-fold.  It was a glossy, you

    3    know, 8 1/2 by 11 folded, and I believe it's the same

    4    one we're using today.  It may have been modified, but

    5    --

    6         Q      How do you use it today?

    7         A      With -- with new employment offers.

    8    It's a benefits type of brochure that's available in

    9    human resources.  It's a plan summary type of document.

   10         Q      Turning to the second page of

   11    Plaintiffs' Exhibit 2 -- I should stop for a second.

   12              MR. SIMON:  Mr. Hunter, have we been

   13              given the document that Mr. Newark has

   14              referenced, the 8 1/2 by 11 summary?

   15              MR. HUNTER:  You've been given

   16              thousands of pages.  I don't specifically

   17              remember, Steve, if that document is in there.

   18              I'm not --

   19              MR. HUEBNER:  I don't recall whether it

   20              was asked for or not, but you can tell what

   21              he's asking for because the pattern is the

   22              same.  I think they used the same slick paper

   23              for this as they did with that.  I think they

   24              went to the same printer, so --

   25              MR. SIMON:  I think I know which one

```
 1              you're talking about.  Okay.  That's fine.
 2    BY MR. SIMON:
 3         Q       In any event, turning to the second
 4    page then, Mr. Newark, you see where it says at the top
 5    "Compensation" on the far left?  You can barely make it
 6    out.
 7         A       Yes, yes.
 8         Q       And do you see where it says "Broad
 9    banding replaces salary grades"?  Do you see that?
10         A       Yes.
11         Q       You said this week was the first time
12    you had seen this document?
13         A       Yes.
14         Q       Had anyone ever previously explained to
15    you that at Ford they used to have salary grades,
16    whereas ZF Batavia has broad banding?
17         A       Yes.
18         Q       Do you see where it says "Authorized
19    overtime will be paid"?
20         A       Yes.
21         Q       Is authorized overtime paid for
22    salaried employees at ZF Batavia?
23         A       Yes.
24         Q       Is it fair to say that even though you
25    -- well, let's go through another one.  Do you see
```

1     where it says "Annual incentive plan"?

2          A     Yes.

3          Q     "Reward program based on ZF Batavia's

4     success, determined by product quality, timing and

5     delivery of new and existing products and

6     profitability."  ZF Batavia has such a plan, right?

7          A     Yes.

8          Q     And do you see some other benefits kind

9     of set forth throughout the document there?

10         A     (Nods head)

11         Q     That's a yes?

12         A     Yes.

13         Q     For instance, where it says "Leaves,"

14    do you see that in the middle column on the bottom?

15         A     Not yet.  Okay.  Yes.

16         Q     All right.  Do you see where it says

17    "Personal or sick" and it says up to five days, right?

18         A     Yes.

19         Q     Is that ZF Batavia's current policy is

20    that salaried employees get up to five personal or sick

21    days?

22         A     Yes.

23         Q     And so is it fair to say that even

24    though you haven't seen Exhibit 2 before, you were

25    generally aware before this week that these terms of

1    employment applied to Ford transitional salaried

2    employees?

3         A      Being the key ones that you've just

4    pointed out or others?

5         Q      Well, you would have at least been

6    aware of those, right, that I had pointed out?

7         A      I'm aware that there was banding.  I'm

8    aware that there was --

9         Q      Authorized overtime?

10        A      Yes.  And the incentive.  Yes.  That's

11    fair.

12        Q      Is there anything on this document --

13    and there's a first page as well to this.  But is there

14    anything here that stands out or when you saw it for

15    the first time in the last week stands out as a big

16    surprise you weren't aware of?

17        A      This four-point font is getting me so,

18    --

19        Q      We just had a discussion about font

20    size.  Take your time.

21        A      I'm sorry.  Could you restate your

22    question again?

23        Q      I was just giving you a moment to

24    review Deposition Exhibit 2, which is this glossy

25    brochure that we'll represent was ultimately given to

1    Ford transitional employees.  Anything in here that

2    came as a surprise to you?  You've identified several

3    that you knew about, authorized overtime, et cetera.

4         A      Right.

5         Q      I just didn't know if there was

6    anything in here that jumped out at you as you had no

7    idea that had ever been part of the package.

8         A      No, I don't think so.

9         Q      The summary that you received, it was

10   kind of a summary of plans -- it was a summary of

11   benefits you might receive through like health plans

12   and that sort of thing?

13        A      Right.

14        Q      That's what you received?

15        A      Right.

16        Q      Okay.  Do you see on the third column

17   on the lower right-hand side, do you see where it says

18   "This brochure includes only the key features"?

19        A      Yes, I see that.

20        Q      It refers to ZF Batavia benefit plans

21   as applicable.  Do you see that?  It was those kind of

22   benefits, your health benefits, your pension benefits,

23   those were the kind of things that were set forth in

24   the summary that you received?

25        A      Yes.

1          Q       For instance, in the summary you

2     received you don't remember if it said anything about

3     authorized overtime will be paid?

4          A       No, I don't remember that.

5          Q       And your overtime is not paid, is it?

6          A       No.

7          Q       That's what you get for being plant

8     manager, right?

9          A       (Nods head)

10          Q       Okay.  Well, let me ask you then, Mr.

11     Newark, staying with just this page two:  You've been

12     plant manager from 1999 to current, even though your

13     title might be --

14          A       Slightly different.

15          Q       Yeah.  But basically you've had the

16     same job since you were hired, correct?

17          A       Yes, yes.

18          Q       And are you aware of any of these terms

19     such as authorized overtime will be paid -- are you

20     aware of any changes regarding that policy since 1999?

21          A       We have, I would say, administered it

22     more aggressively in the last -- I'd say in 1999 there

23     was, with the start-up of the joint venture, a lot of

24     confusion and general kind of, you know, administrative

25     type of questions.  And I would say since, oh, 2000,

1    2001 we've attempted to clarify things like casual

2    overtime, clarify the management role overtime

3    expectations around pay, those types of things.

4                    I think the policy is generally

5    consistent with the Ford policy, but I think there was

6    a period of time when the administration of it was

7    probably confused by a bunch of folks that came into

8    the organization that didn't quite understand.

9         Q      Are you talking about former Ford

10   employees were confused?

11        A      Probably more the outsiders, folks like

12   myself.

13        Q      What is the rule regarding casual time?

14        A      I wouldn't call it a rule.  I think the

15   general expectation is -- is half an hour before the

16   start of the shift and up to a half an hour at the end

17   of the shift.  And, you know, it's just sort of the

18   lineup period.

19        Q      Well, if the employee works a half hour

20   before the shift and a half hour after the shift and in

21   addition works an additional hour, is that additional

22   hour paid?

23        A      It's -- to receive the overtime pay you

24   actually have to work the complete hour, so it would be

25   ten hours.  You would have to work ten hours to get the

1    first hour paid, if that was the way I understood your

2    question.

3        Q    Right.  I've got you.  And it's your

4    understanding that's consistent with Ford policy?

5        A    Yes.

6        Q    Has an effort been made by ZF Batavia

7    to try to be consistent with the Ford policy on certain

8    things like overtime?

9        A    I think some effort.  I think in

10   general it's just business practices that we, you know,

11   attempt -- if Ford had a particularly, you know,

12   acceptable or good business practice, we would attempt

13   to adopt it.  If we thought we needed to do something

14   slightly different, we would do something slightly

15   different.  It wasn't as if we came in and copied

16   everything Ford was doing.  I don't want to leave that

17   impression.

18       Q    Well, were you concerned that if you,

19   for whatever reason, began deviating from what Ford's

20   policy used to be, did you have any concern that this

21   wasn't the employees' expectation who came over from

22   Ford?  Did you have that concern?

23       A    Yeah, I think so.

24       Q    Now, we were talking about overtime.

25   Isn't it true that last year there was a period of time

1    where there was diminishing money in the overtime

2    budget and at least one department was told that you're

3    going to have to continue to work overtime and not be

4    paid?

5          A     Yes.

6          Q     So that certainly wasn't consistent

7    with that sentence we have there where it says

8    "Authorized overtime will be paid," right?

9          A     It wouldn't appear so, no.

10         Q     And we talked about this subject at the

11    previous deposition.  I understand that, as I said, the

12    overtime budget was dissipating and --

13         A     It had dissipated.

14         Q     Okay.  $80,000, $100,000 was left; does

15    that sound right?

16         A     Not in that particular department, no.

17         Q     And we're talking about the maintenance

18    department?

19         A     Maintenance and the materials

20    department.

21         Q     So both departments, in the materials

22    and the maintenance department, say, roughly perhaps

23    May of last year were told that you're going to have to

24    continue to work overtime, including weekends, and not

25    be paid because we've run out of money in the overtime

1    budget?

2         A         It was, I think, a little earlier in

3    the year.  I think it was in the March/April time

4    frame.

5         Q         All right.  And did that policy

6    continue to this very day?

7         A         No.  The -- and the statement, I think,

8    was closer to we're going to have to figure out a way

9    to -- I mean, in the short term obviously it created a

10   huge problem.  In the more proactive approach we were

11   attempting to figure out how to rotate and have

12   coverage on the weekends without forcing people into

13   overtime, and we never got that up and running.  But we

14   ended up in the roughly May time frame with an infusion

15   of money into the budgets and tried to remedy it that

16   way.

17        Q         This lawsuit was filed in the summer of

18   last year, I'll represent.

19        A         Okay.

20        Q         Did you ever hear -- June of 2002.  Did

21   you ever hear any rumblings before the lawsuit was

22   filed that there were some salaried employees who were

23   upset who were considering litigation?

24        A         Not that were considering litigation.

25   There were certainly rumblings of employee

1    dissatisfaction.

2         Q        And was overtime one of the issues?

3         A        Yes, yes.

4         Q        This overtime issue that we're talking

5    about, right?

6         A        I think in -- there was a specific

7    instance where the budget ran out and that was a huge

8    dissatisfier.  There was also a general tone where

9    we're working a lot of overtime and -- and it was paid.

10    So it was -- I would characterize it quality of life

11    type of dissatisfaction.

12         Q        Had you ever heard any complaints about

13    this casual time which we had discussed where you have

14    to work ten hours to get paid for the one hour extra

15    overtime?

16         A        I don't -- yeah, I heard complaints, I

17    think, different comments.

18         Q        And you're saying that it was May of

19    last year that you reversed course on the overtime; you

20    found money in the budget to start paying people to

21    work overtime?

22         A        I believe so.

23         Q        Is there a document that would reflect

24    when you were -- if, in fact, that was May of last year

25    that you reversed course?

1           A       There would be a couple documents.  I
2    think there would be some financial documents
3    indicating when the budget ran out and there would be
4    some financial documents that would show when we put
5    money back into the budgets.  I think the gap period
6    was three weeks.
7           Q       Starting with June 2002 working back,
8    perhaps in the previous year, June 2001 to June 2002,
9    has ZF Batavia been modifying its policies regarding
10   salaried employees?
11          A       I think attempting to clarify.  I don't
12   -- in the most part I think we were trying to be more
13   specific about expectations and -- and clarify
14   policies.  I think there was probably one or two that
15   may fall under your definition of modify.
16          Q       Which ones were those?
17          A       There was one period of time on
18   personal days that went from five to three.  I would
19   characterize that as a modification.
20          Q       Any others that would fall into that
21   category?
22          A       I guess not immediately that come to
23   mind.
24          Q       Was bereavement leave also modified?
25          A       Not that I'm aware of.

```
 1              Q       So what was the situation with the sick
 2      or personal days?
 3              A       It was a decision made to attempt to
 4      improve attendance and move towards a reduced benefit
 5      on the five days versus three days.  So it was -- it
 6      was a decision to move towards that as the benefit,
 7      rather than the five days.  And roughly I would say we
 8      did that for about a year.
 9              Q       Were you part of these discussions to
10      change it to three days?
11              A       Somewhat.
12              Q       Would Karl Kehr have been involved?
13              A       Yes.
14              Q       And I think you have some sort of
15      policy committee who's involved in these things.
16              A       Yes.
17              Q       Mr. Huebner would certainly be one?
18              A       Yes.
19              Q       Maybe Mr. Sennish?
20              A       Right.
21              Q       Ann Appleton?
22              A       I think she is now.
23              Q       Okay.  During any of these
24      conversations that you may have had with one or more of
25      these people, did anybody tell you about this document,
```

1          Deposition Exhibit 2, which is this summary of benefits

2     and compensation for the Ford transitionals?

3               A          No.

4               Q          Did anyone tell you, hey, what about

5     this document?

6               A          No, I don't recall that question.

7               Q          Well, you see that it says five

8     personal days in the middle column at the bottom,

9     right?

10              A          Yes.

11              Q          As we sit here today -- I'll just

12    represent to you again that Deposition Exhibit 2, the

13    summary, was given to Ford transitional employees in

14    '99 before they were hired.

15                    As you sit here today, any concern that

16    people were told there was going to be five sick or

17    personal days and then that policy was apparently

18    changed for a period of time to three personal days

19    with no regard to this document?  Does that cause you

20    concern now that you know the document exists?

21              A          Well, I mean, the document also says it

22    can change, I think, so I'm not sure -- I'm not sure of

23    your question.  We have the -- do we have the

24    obligation to change policies; is that your question?

25              Q          I'm just wondering as you sit here

1    today, are you concerned that this document exists,

2    Deposition Exhibit 2, yet the policy was changed from

3    five to three?  Is your answer no?

4            A        I'm concerned, yes.

5            Q        What are you concerned about?

6            A        I'm not sure that consideration was

7    given and I'm not sure that the communication and --

8    and like I said, I don't recall the question being put

9    forth regarding, hey, wait a minute, we've got a policy

10   summary with these folks, and so that's my concern,

11   yeah.

12           Q        Somebody should have told you that, in

13   your mind?

14           A        Right.  But I don't know as that

15   precludes the opportunity to change a policy.

16           Q        You don't know the legal answer to that

17   is what you're saying?

18           A        No, it's not legal at all.  My answer

19   is clearly we have the right and responsibility to

20   change policies and it communicates that.

21                    The concern I have is the fact that

22   when we were making the decision to change the policy,

23   we didn't apparently consider that.

24           Q        Okay.  I understand.  Would you agree

25   also regarding the overtime?  Or is that different

```
 1    because you already knew that the overtime should have
 2    been paid and then there was a period where --
 3          A      On the budget piece?
 4          Q      Yeah.
 5          A      Yes.  The -- the administration of the
 6    overtime I don't think in that period was managed very
 7    well at all.
 8          Q      Okay.  Well, sorry to put you in this
 9    position, but is there anyone there who you think could
10    have handled it better?
11          A      I'm sorry?
12          Q      Is there someone -- is there a
13    department or someone --
14          A      We had several departments who managed
15    it better.
16          Q      Oh, you think the overtime could have
17    been managed better?
18          A      Absolutely.
19          Q      Oh, okay.  I thought you meant that how
20    the policy was instituted regarding taking away the
21    overtime, you thought that could have been handled
22    better.
23          A      I think the whole circumstance could
24    have been managed better, yes.
25          Q      So that would include HR, I guess?
```

1          A        Predominantly it includes my

2     organization.  Human resources -- human resources did

3     not establish the budget.  We had a budget to meet and

4     we blew the budget and we exceeded the budget.

5          Q        Okay.  Now, I think I know the answer

6     to this, but I didn't clarify this earlier.  You came

7     in in October 1999.  Were you a part of any meetings or

8     any one-on-one conversations where the company, whether

9     it was a Ford person or a ZF Batavia person, told a

10    Ford employee, hey, listen -- who explained to them

11    what their package would be if they joined ZF Batavia?

12         A        No.

13         Q        That had already happened before you

14    joined?

15         A        There were follow-up meetings, but I

16    was never part of them.

17         Q        Okay.  You see that -- staying with

18    Exhibit 2 then, we're going to stay in the far left

19    column where it says "Merit increase program."

20         A        Yes.

21         Q        It says "A merit program is established

22    and the amount will be announced annually," right?

23         A        Yes.

24         Q        And, in fact, there is a merit program?

25         A        Yes.

1     Q     Salaried employees are given merit

2     increases annually?

3     A     Yes.

4     Q     Based on performance?

5     A     Generally.

6     Q     Are you aware of any policy or

7     recommendation that would come from the HR department

8     or otherwise that advises managers that when they're

9     making their recommendations for merit increases for

10    their subordinates, that they're to make a smaller

11    percentage of increase for Ford transitional employees

12    as compared to ZF, the new hires?

13    A     No.  I think there's certainly a salary

14    disparity that we tend to work in and, you know, for

15    equal jobs you find very different salaries, but we

16    don't attempt to adjust the merit based on that.

17    Q     When you had talked to Dave Adams when

18    you were hired, you talked about the challenges of

19    making this plant work, those kind of conversations?

20    A     Right.

21    Q     During those conversations, and it

22    might have been even right after you were hired, did he

23    talk about the level of salaries that the Ford salaried

24    employees earned?

25    A     He talked in general about company

1    salaries.  I do recall a conversation regarding that.

2    I don't know as it was specific on the -- it was sort

3    of an evolving awakening, I guess, on my part as to

4    when I realized that there were sort of two striations

5    to the salary ranges, but it wasn't immediately.  It

6    wasn't something I recall talking to Dave Adams about.

7                    MR. VANWAY:  I'm sorry.  Mr. Newark,

8             when the air conditioner kicks on, it's a

9             little hard to hear at this end.

10                    THE WITNESS:  Yeah.  I'm struggling

11            with a sore throat, too, so -- I'll try to

12            speak up a little bit.

13                    MR. SIMON:  I can hear you from here,

14            but you'll just have to speak up a little

15            louder.

16    BY MR. SIMON:

17            Q       I think what you were saying is -- you

18    didn't use this word, but you realized there was kind

19    of two tiers, that the ZFB new hires -- you understand

20    what I'm talking about when I say that?

21            A       Right.

22            Q       -- that they have a certain salary

23    range and then the Ford transitionals have a different

24    salary range?

25            A       In general I think, you know, the Ford

1      people were more senior people, so there's some of that

2      as well.

3              Q       Although sometimes the ZFB new hires

4      are able to negotiate deals that are actually better

5      than what the Ford transitionals have?

6              A       I don't know that.

7              Q       You don't know that?  But in any case,

8      through your conversations with Mr. Adams in and around

9      the time that you were hired did he express a concern

10     that these Ford salaried employees make a lot more than

11     the market for southern Ohio in the industrial sector?

12             A       No, I don't think so.  I don't recall

13     that.

14             Q       Well, has somebody ever told you that,

15     you know, these Ford people make an awful lot compared

16     to the market?

17             A       Like I said, I think it evolved into an

18     understanding.  I don't know as anybody ever said that

19     to me.

20             Q       Okay.  You came to understand that the

21     Ford transitional employees brought with them a higher

22     salary than what the market otherwise would get them if

23     they started anew?

24             A       No.  I think I wouldn't characterize it

25     as the market.  I would characterize Ford as an OEM has

1    a salary structure that's different than a tier one

2    supplier.

3         Q      Okay.  When did you learn that there

4    were these two tiers?

5         A      I would say probably in 2000.

6         Q      And at that time did you express a

7    concern or anyone else say we've got to make sure that

8    the Ford transitional employees and the ZFB new hires,

9    that their salaries start to be in line with one

10   another?

11        A      No, I don't think there was ever an

12   intent to do that.

13        Q      You're not aware of anyone saying that

14   the merit increases should be lower for the Ford

15   transitionals than the ZFB new hires for that reason?

16        A      No.

17        Q      You're not aware of any effort

18   whatsoever by ZF Batavia or Ford to have the Ford

19   transitional employees' salaries get more in line with

20   the lower ZFB new hires' salaries?

21        A      No.  I think -- quite honestly, I think

22   when it was -- or when I recognized it, at least, that

23   there's an understanding that this is a senior group of

24   people in general and that they eventually -- you know,

25   we needed them to help get the company going, we needed

```
 1    them to help in the transition.  You can't just bring
 2    in all outsiders to try to do what we're doing.  And
 3    that eventually our salary system will be more in line
 4    with a tier one supplier.  But it wasn't to red circle
 5    or any other HR term and, you know, penalize in any way
 6    the Ford transition people.
 7         Q    You said that you eventually wanted to
 8    be more in line with a tier one supplier, right?
 9         A    That's the vision, yes.
10         Q    Well, how do you do that other than
11    making sure that the Ford transitional employees start
12    to come down a little bit or you have people leave the
13    company?
14         A    Well, that's -- I mentioned that my
15    view is in general they're a senior work force with a
16    lot of seniority, and so as they attrit out naturally,
17    that that's what will make the salary system be
18    adjusted.
19         Q    How long did you think it would take
20    before you would start to get in line with the tier
21    one?
22         A    Ten to 15 years.
23         Q    Take a look at Deposition Exhibit 9.
24    My question is:  Have you seen that document before?
25    Take a second to look at it or as much time as you
```

1    need.

2              A        I believe I've seen this, yes.

3              Q        You would agree, this says 2000 AIP

4    award at the top, right?

5              A        Yes.

6              Q        You see that the Ford transitionals'

7    percentage of award for each level of job is lower than

8    the ZF?

9              A        Yes.

10             Q        Do you know there to be a reason for

11   that?

12             A        It was -- this was on the AIP

13   discussion, which was very distinct from the merit

14   discussion previously.  But this was an attempt to

15   recognize equal contribution, equal job and the

16   slightly lower pay of the tier one or the ZF folks, so

17   there was a budgeted amount that was different for the

18   two groups.

19             Q        You're saying that you wanted to make

20   sure that if they're doing the same -- at the same

21   level of performance for the same job, the actual lump

22   sum they receive is the same, regardless of what their

23   salary --

24             A        It wasn't -- it wasn't attempted at all

25   to make it the same.  In many differences -- or many

1    cases the difference, you know, you're talking here,

2    you know, less than a percent in most cases and those

3    differences -- well, excuse me, I guess there's a

4    couple percent on it.  But those differences in base

5    salary that is multiplied by these percentages of AIP

6    payout, there's no way that a couple percent here makes

7    the difference in the total compensation.  I don't know

8    if you understand the -- the math.

9         Q      But the reason for the lower percentage

10   for the Ford transitionals is because they generally

11   have a greater salary than their corresponding ZFB new

12   hire?

13        A      Yes.

14        Q      But there could be ZFB new hires who

15   are at the same level as a Ford transitional that would

16   make more money?

17        A      Say again.

18        Q      There certainly are some ZFB new hires

19   who are at the same level of job, let's say have the AC

20   -- AC is administrative clerical job?

21        A      Yes.

22        Q      There are certainly ZFB new hires who

23   have that designation who actually have a greater

24   annual salary than someone who is a Ford transitional?

25        A      In that -- in that salary band I don't

1    believe so.

2              Q        What about GSR?

3              A        I think in GSR it could be the case.

4              Q        So in that case could you help me

5    understand why you would have a lower percentage for

6    the AIP award for a Ford transitional employee who

7    actually has a lower salary than the corresponding ZFB

8    new hire?

9              A        No.  I think in general these were some

10   guidelines that were targeted in the distributions and

11   if that was the case, then I think the manager would

12   have the -- would make the decision to do different.

13             Q        So you think these percentages are just

14   guidelines, that the manager is allowed some

15   discretion?

16             A        It evolved.  In 2000 I think the --

17   these were probably the calculations behind the actual

18   payouts.  Later years it evolved more into a management

19   decision process, you know, based on some budgets or

20   ranges.  But in 2000 I believe these would have

21   actually been the calculations used.

22             Q        In 2000 the manager wouldn't have had

23   discretion to change the percentage based on the

24   individual's salary?

25             A        That's what I recall.

 1          Q       Okay.  In 2001, the 2001 AIP award that

 2     was given out in 2002, is it not the case that certain

 3     salaried employees received a lower AIP award because

 4     it was determined by the company that certain

 5     departments had too much overtime?

 6          A       The -- you're referring to 2002?  I'm

 7     sorry.

 8          Q       I don't know what you call it.  It's

 9     the 2000 award that was given in 2002.

10          A       It wouldn't have been a 2000 award

11     given in 2002.

12          Q       2001.

13          A       It -- yes.  I think 2002 roughly, you

14     know, March of that year when we distributed the

15     awards, we looked at what I would have called total

16     compensation as a -- as a factor and balanced that with

17     total contribution.  And that was a bit more subjective

18     than clearly what this formula-driven process was.  And

19     the notion there was to arrive at a decision regarding

20     primarily the performance aspect.  In other words, what

21     was the contribution the individual made on safety,

22     quality, delivery and cost and what was their

23     compensation based on their effort to get to that.  In

24     other words, their overtime pay and their total

25     compensation and the base.  So there was a little bit

1    more subjectivity or management judgment brought into

2    it last year.

3        Q      But the managers then were permitted to

4    lower, let's say, the AIP bonus for a salaried employee

5    in maintenance if that manager decided that that

6    salaried person has been working a lot of overtime and

7    it's paid overtime, so because he's making more money

8    total, we're going to lower his AIP bonus?  Was that

9    the instruction?

10       A      I would -- I would state it the other

11   way around.  That was not the instruction at all.  The

12   statement, I think, was to consider total compensation

13   as you make the decision based on their performance.

14   In other words, to have an understanding -- I mean,

15   somebody could have a very high base and not have

16   worked any overtime, as an example.  It's not likely,

17   but that -- you know, there were people that worked

18   different levels of overtime.  The main instructions

19   were to bring in the element of performance and

20   contribution.

21       Q      Are you aware of any salaried

22   employee's bonus that was reduced in any way for 2002

23   bonus that reflected on the 2001 year -- are you aware

24   of any salaried employee who ultimately was told you

25   worked lots of overtime this year, during this year,

1    therefore, we're reducing your bonus?

2         A     I know people had bonuses that were

3    less than the averages in those payouts.  I know people

4    that received zero payout.  I don't know what the

5    message would have been.  Indirectly I can -- I would

6    hope that there was never a message given that you

7    worked too much overtime, so therefore, you didn't get

8    a bonus.

9         Q     Just to stay on it for a second, the

10   message shouldn't have been given, but it was certainly

11   permissible for a manager -- in considering the

12   performance and considering the total compensation the

13   employee received, it was permissible for the manager

14   to say this person's compensation was really high

15   because of overtime.  Because his compensation was at

16   such a high level, I'm going to reduce his AIP bonus.

17   That would have been permissible?

18        A     You said two things there.  Was that a

19   factor to consider in the distribution award?  Yes.  Is

20   it permissible to go, you know, put that in front of

21   the employee and communicate, well, I had to reduce

22   your -- your payout because you made too much money?

23   That is not permissible.

24        Q     Okay.  It was okay for them to consider

25   it; you just didn't want them to tell the employee

1    that?

2         A       It was a factor in the consideration,

3    yes.  I wouldn't think that would be the correct way to

4    communicate it.

5              MR. SIMON:  Off the record for just a

6         second.  Let me just sort through some

7         documents.

8                   (OFF THE RECORD)

9              MR. SIMON:  Back on the record.

10   BY MR. SIMON:

11        Q       Mr. Newark, have you ever seen this

12   document before, Exhibit 19?

13        A       I don't believe so.

14        Q       I'll just represent to you it's called

15   an answer that was filed in Federal court in this case

16   by ZF Batavia.  It doesn't mean anything to you because

17   most of this is referring to the complaint we filed and

18   that's not in front of you, but I had a question for

19   you about page five.  You see the paragraphs are

20   numbered.  Do you see paragraph 35 at the top?

21        A       Yes.

22        Q       Let me just read the sentence to you.

23   "With respect to the allegations in Paragraph 35 of the

24   Third Amended Complaint, ZFB admits that it is in the

25   process of changing policies and procedures with

1    respect to its salaried employees."

2              And I'll represent to you that this

3    complaint, I think, was filed -- do you know when it

4    was filed?

5         A      No, I don't.

6         Q      I think that this answer was filed

7    earlier this year for the third amended complaint.

8              MR. HUNTER:  I thought it was actually

9              filed last year, but I don't recall.

10             MR. COOK:  It followed the denial of

11             the motion to dismiss.

12             MR. SIMON:  And also adding other

13             employees.

14   BY MR. SIMON:

15        Q      But putting aside the conversation the

16   lawyers are having here, Mr. Newark, it looks like the

17   statement that ZFB is in the process of changing

18   polices and procedures with respect to salaried

19   employees, that statement was made essentially around

20   March of this year.  Is that a true statement?

21        A      I said earlier that I saw it as more

22   clarifying and so forth, but, I mean, if somebody wants

23   to characterize it as changing, I -- I couldn't tell

24   you.  I mean, going from five days to three days, do

25   you characterize that as a change in policy?

1          Q       Do you?

2          A       Yes.  But that's the only one that I

3    can remember.

4          Q       Are you aware of any other policies

5    that are what you call being clarified?

6          A       No.  That's what I'm saying.  I think

7    over the period of several years, yeah, I think we've

8    tried to do a lot with several, you know, policies,

9    simply to have policies.

10          Q       Well, it says that ZF is in the process

11    of changing the policies and procedures.  I'm just

12    asking:  If you interpret that to mean that there might

13    be policies and procedures you're clarifying, are you

14    aware of any others that we haven't discussed so far?

15          A       No, I'm not specifically aware of any.

16    I mean, I think, I guess I would read this to -- as,

17    you know, a policy is evolutionary or there's always an

18    ongoing level of activity on policies.

19          Q       And Plaintiffs' Exhibit 2, try to keep

20    that at your elbow because we'll probably continue to

21    refer to that one.

22          A       Okay.

23          Q       But just so I understand, you're saying

24    that obviously there's an ongoing process where you're

25    changing and clarifying personnel policies.

1          A       Yes.

2          Q       As it pertains to the Ford transitional

3     employees, it's your opinion that any changes in the

4     policy ought to be done with some consideration for

5     what is set forth in the summary brochure which is

6     Exhibit 2?

7          A       Right.  My -- my opinion is that as

8     policies evolve, and I strongly believe they need to

9     change, they need to evolve for current circumstances,

10    but the base at which you're working from needs to be

11    considered, whether that's, you know, these sort of

12    documents or -- or others.

13         Q       All right.  We called that last one 19.

14                 MR. HUNTER:  Are we done with 19?

15                 MR. SIMON:  Yes.  This is Exhibit 20.

16    BY MR. SIMON:

17         Q       Take as long as you need to review

18    these documents, Mr. Newark.  I think this one has your

19    name on it, so you may have seen it before.  I'll

20    represent that Exhibit 20 is a printout of an e-mail.

21                 MR. HUNTER:  I don't see a Bates stamp

22             on there.

23                 MR. SIMON:  Oh, there isn't.  We have

24             produced it with a Bates stamp.  It just so

25             happens the document I grabbed for the

```
 1              deposition doesn't have one.  But that's a
 2              document that's Bates stamped P-something.
 3   BY MR. SIMON:
 4         Q      Just for clarification for the record
 5   because there is no Bates stamp, it says Jim
 6   Whittenbarger at the top and it's an e-mail that's from
 7   Dick Newark, sent Monday, March 11, 2002 to a number of
 8   people, including Chuck Hugan.  Do you recognize this
 9   e-mail, Mr. Newark?
10         A      Yes.
11         Q      And you did indeed send it to the
12   people on the list there?
13         A      Yes.
14         Q      What was your purpose for sending this
15   e-mail?
16         A      This was a group of management role
17   employees, the MR designation, and it was an attempt to
18   be clearer on specifically by individuals what
19   exemptions or exceptions that we were working under.
20         Q      Was this the -- it says March 11, 2002.
21   Was this the same time period where certain departments
22   were being told that you're going to work overtime and
23   not be paid?
24         A      This should have preceded that.
25         Q      Well, see that last sentence before the
```

1     list of names?  It says "With the AIP and general

2     salaried OT budgets, this is a volatile issue and we

3     must show that the leadership team is doing our share

4     personally too."  I read that correctly?

5          A     Yes.

6          Q     What did you mean by that?

7          A     Just what it says.

8          Q     Well, was it a volatile issue -- why

9     was it a volatile issue?  What was a volatile issue?

10         A     The establishment of the overtime pay,

11    particularly for the MR levels.  You can see right here

12    -- every one of these people was a management role

13    employee and you can see right here, you know, what is

14    it, seven exceptions.

15         Q     All right.  Like Dennis Baker, are you

16    indicating -- do you see Dennis Baker's name?

17         A     Right.

18         Q     Are you indicating through this e-mail

19    that he would continue to be paid overtime for daily

20    and weekend overtime work?

21         A     Right.  We were a group leader short in

22    his area, so he was functioning as a group leader.

23         Q     Milt Gross, do you see that, where it

24    says no overtime?

25         A     Yes.

```
 1          Q      Now, was this a new policy with respect
 2    to Milt Gross and everyone else there who it says no
 3    overtime or was this a continuation of an existing
 4    policy?
 5          A      This -- this was a continuation.  And,
 6    again, this is -- I would put it into the category of
 7    trying to be clear about, you know, consistent
 8    management practices, particularly regarding this group
 9    of management role people.
10          Q      It says "Chuck asked this morning which
11    MR's were still getting OT pay and why."  Do you see
12    that at the top?
13          A      Yes.
14          Q      That's Chuck Hugan?
15          A      Yes.
16          Q      What's his role?
17          A      Currently he's an afternoon shift
18    supervisor.  At the time he was a business manager on
19    the E side.
20          Q      Which is that, a promotion or demotion,
21    one way or the other there?
22          A      No.
23          Q      It's a lateral move?
24          A      Yes.
25          Q      When did Mr. Hugan start at the plant?
```

 1          A      November -- this is a memory test.
 2   November of 2001.
 3          Q      Had you known him previously before he
 4   started at the plant?
 5          A      No.
 6          Q      All right.  So apparently through his
 7   e-mail he was letting you know that certain managers,
 8   MR's, are being paid overtime and this was your attempt
 9   to see that there was some uniformity to the policy?
10          A      Well, it was -- we knew we were paying
11   them overtime.  And it wasn't -- it was an attempt to
12   be clear with everybody on -- you know, so that folks
13   understood that there was an expectation that there was
14   an ending date to it.
15          Q      Okay.  I got you.  So somebody had
16   known that, hey, Dennis Baker is still being paid
17   overtime and this was supposed to explain that he's
18   being paid overtime because he's filling in for a group
19   leader?
20          A      Yes.
21          Q      Does Dennis Baker get paid overtime for
22   his current position?
23          A      Only on exception.  If he fills in for
24   a group leader today, yes.
25          Q      Now, did Dennis Baker recently move to

```
1      a new position?

2              A       Yes.

3              Q       What's his new position called?

4              A       It's the production manager on

5      afternoon shift.

6              Q       And what was he before that?

7              A       He was a lean processing manager.

8              Q       As an LPN --

9              A       Right.

10             Q       -- did he receive overtime?

11             A       Generally, no.

12             Q       Has anyone ever explained to you --

13     looking at Exhibit 2 which I told you we'd keep coming

14     back to, where it says that authorized overtime will be

15     paid, has anyone ever explained to you why an LPN is

16     not paid overtime?

17             A       Well, I don't know as I would say

18     they've explained to me.  It's a management role

19     position.

20             Q       So it's your understanding the policy

21     at ZF Batavia is that management level don't get paid

22     overtime --

23             A       Right.

24             Q       -- except on exception they do?

25             A       Right.
```

1            Q       I'll hand you a set of documents that

2      we'll mark as Exhibit 21.  Have you ever seen this set

3      of documents before that starts with, I'll state for

4      the record, Bates stamp P616 through 627?  I'm not

5      going to ask you about every page, sir.  I just wanted

6      to know if you've seen this before.

7            A       I believe I've seen this, yes.

8            Q       Okay.  If you look on what's page 626,

9      which is the second-to-last page, that's where we see

10     that page we had looked at earlier --

11           A       Right.

12           Q       -- with the percentages.

13           A       It looks to be the same document,

14     right.

15           Q       So stepping back for a second, it says

16     at the top, the cover page, Merit Planning and AIP, ZF

17     Batavia, February 2001.  Are these the set of documents

18     that you would have been given in your role as plant

19     manager?

20           A       Yes.

21           Q       And who would have given you this

22     document?  Or who prepared it, to your knowledge?

23           A       Human resources.

24           Q       So in 2001, for doing the AIP bonus in

25     2001, the managers apparently were supposed to follow

1     the different percentages that we see on page 626?

2          A          Mm-hmm.

3          Q          Okay.  Turning back to 625, which is

4     one page before that, it says Annual Incentive Program

5     at the top.  Do you see that, where it says "Pro-ration

6     for service less than one year"?

7          A          Yes.

8          Q          It references ZF expatriates, right?

9          A          Mm-hmm.

10          Q          They have a separate arrangement in

11     terms of their compensation and benefits?

12          A          Yes.

13          Q          How is theirs different than everyone

14     else's?

15          A          Actually I don't know.  I mean, I know

16     they have individual contracts.  That's as far as I

17     know.

18          Q          Each person has an individual contract?

19          A          I believe so.

20          Q          Do you know if overtime is paid?

21          A          No, I don't.

22          Q          That last sentence says "All eligible

23     employees will receive the AIP Award determined by the

24     formula -- no adjustments for individual performance."

25          A          Right.

```
 1              Q       So that's how you understood the AIP
 2       award to be handed out?
 3              A       In that year.
 4              Q       All right.  But not in subsequent
 5       years?
 6              A       Right.
 7              Q       Who made that change?
 8              A       The change to --
 9              Q       To consider performance.
10              A       I think it was the transmission
11       management team.
12              Q       Who is that?
13              A       It's the -- at the time it would have
14       been Dave Adams' staff.
15              Q       And who's on Dave Adams' staff?
16              A       Director of human resources, the
17       financial, Karl Kehr, Mark Bugajski, controllers, Kurt
18       Gogolin in purchasing, and it's about 12 people, I
19       think, in total.
20              Q       What was that man's name in purchasing?
21              A       Kurt Gogolin.
22              Q       Kurt Gogolin?
23              A       Yes.
24              Q       How do you spell Gogolin?
25              A       G-O-G-O-L-I-N.
```

```
 1              Q       Okay.  How do you spell his first name?

 2              A       Kurt, K-U-R-T.

 3              Q       All right.  You can put that document

 4      away.  This is Exhibit 22, and, again, the question

 5      just is -- let me explain.  Exhibit 22 is excerpted

 6      pages from a larger set of documents.

 7              A       Okay.

 8              Q       Do you recognize -- I mean, the cover

 9      page, can you explain what that -- even though I

10      haven't included all the documents, what ultimately

11      those documents refer to, who prepares them?

12              A       Give me a minute.

13              Q       Sure.

14              A       This would appear to be part of, if you

15      look at the 11/00, what we call a work plan.  It's the

16      annual operating plan.

17              Q       Who prepares this set of documents, a

18      number of people?

19              A       Yes.  And it's ultimately rolled up --

20      you see Karl's signature.  It's ultimately rolled up by

21      the financial organization.

22              Q       And Mr. Kehr's date -- you see October

23      17, 2000 on the top page?

24              A       Yes.

25              Q       Would that have -- this set of
```

 1    documents -- I know you don't have all the documents,

 2    but this set of documents would have been distributed

 3    to you in the fall of 2000?

 4         A     Actually I don't know if it was

 5    distributed.

 6         Q     I mean, have you ever seen these

 7    documents before?

 8         A     Not this particular one.

 9         Q     Well, let me just turn to one of the

10    pages here and just ask if you can help explain.  Bates

11    stamp 90, it says "Comments by partial plans."

12              MR. HUNTER:  Dick says on the comments,

13         the C is cut off.

14              MR. SIMON:  Yes, the C is cut off.

15              THE WITNESS:  I've got a 900.  Is that

16         the page you're looking at?

17              MR. SIMON:  Yes.

18              THE WITNESS:  Okay.

19    BY MR. SIMON:

20         Q     Have you ever seen these comments,

21    perhaps in a different form, about these different

22    transmissions?

23         A     Sure.  I mean, as an example, I

24    probably gave, you know, some of the potential sourcing

25    on convertors, differentials, clutches.  That's

1    probably a comment that comes from some of the work I

2    was doing.

3         Q       My question to you is, for this

4    document -- I might show you some more -- based on what

5    you have there in front of you, the comments, can you

6    help explain where the plant was in terms of its plans

7    for CVT as well as where it was on the CD4E at this

8    time in October of 2000?

9         A       Sure.  The first sentence is a pretty

10   important one actually.  The CD4E volume through 2004

11   model year was basically the exit plan for CD4E.  2004

12   model year would be roughly starting July of 2003 and

13   ending in July of 2005.  So that was -- at the time

14   that was the plan.

15        Q       Okay.  So you had planned in 2000 to

16   have the CD4E go through July 2003 or a later date?

17        A       July -- 2004 model year, so -- it's

18   evolved several times since then but -- which would be

19   roughly introduced in the one -- one -- you know, two

20   quarters, say, ahead of time, so -- and it would

21   balance out roughly one year later.

22        Q       Are we ultimately talking about that

23   you saw the CD4E tailing off in the period?  Is that

24   what we're talking about?

25        A       Not tailing off.  Exiting.  It would be

1    a pretty hard stop actually.

2         Q        And I apologize for being dense.  It

3    might be clear in the transcript, but --

4         A        No.

5         Q        -- it would end in 2004 or 2005?

6         A        It would end --

7         Q        We'll call it the annual year.

8         A        The calendar year would be July of

9    2005.

10        Q        Okay.

11        A        Excuse me.  Excuse me.  It would be

12   July of 2004.  And then July of 2005 we would introduce

13   the new model.  Excuse me.  2004 we would introduce.

14        Q        All right.  This relationship between

15   the CD4E and then these others, CFT23, CFT30, are they

16   --

17        A        The CFT23 and 30 are two CVT models.

18   They're distinct, different products.  And we have a

19   shared floor space in the whole plant that has to

20   accommodate at this time some pretty interesting

21   challenges on what we call the turnaround.  So we had

22   to skinny up the CD4E operations in order to have

23   enough space to prepare and install the CFT.

24        Q        Now, the CD4E was the transmission that

25   was being produced when the plant was owned and

1    operated by Ford, correct?

2         A     Yes.

3         Q     And the CVT was the new transmission

4    that is what you're shooting towards now, right?

5         A     Yes.

6         Q     And the CFT23 and CFT30 are a type of

7    CVT transmissions?

8         A     Yes.  It's the torque output or torque

9    capacity designation.

10        Q     And I think I understand -- was there

11   some bad news about one of these CFTs recently, about

12   whether it's going to go forward or not?

13        A     No.

14             MR. VANWAY:  Steve, I hate to interrupt

15             you while you're on this topic, but I'm

16             expecting my call any minute.  Can we go ahead

17             and break?

18             MR. SIMON:  We can go on break now.

19             That's fine.  I forgot.

20                       (RECESS)

21             MR. SIMON:  We're back on the record.

22             And you understand that you're still under

23             oath, Mr. Newark?

24             THE WITNESS:  Yes.

25   BY MR. SIMON:

1          Q          We were looking at what we've marked as

2     Deposition Exhibit 22.  We were on Bates stamp 900

3     where it has a section called comments.

4          A          Yes.

5          Q          And we were talking about the CD4E.

6     And we were specifically talking about CFT23 and CFT30.

7     Did those launches in 2002 and 2003 respectively occur?

8          A          They have been -- those launches --

9     we're currently launching the 23 this year.

10         Q          It's behind schedule a year?

11         A          Yes.

12         Q          What about the CFT30?

13         A          And the 30 will launch early next year.

14         Q          Now, there's a line of the CFTs that

15    apparently is going to be discontinued or just isn't

16    going to happen?

17         A          It's being delayed.  There's a Ford

18    model that was designed after these two, referred to as

19    the CFT26, and we've just recently announced that that

20    will be delayed a minimum of two years.

21         Q          Which would mean what year is it going

22    to be?

23         A          2007 would be the -- the earliest.

24         Q          And what's that a result of?

25         A          I think a few factors.  One is that

1    we've had some design -- late design changes and some

2    application changes, given the Ford cycle plans and

3    platforms.  Possibly a recognition that we have a lot

4    going on.  I mean, the other side of this story is that

5    we're basically doubling the output of the plant in the

6    next year and so there's a recognition that we've

7    bitten off an awful lot, have a lot in front of us.

8          Q       You're doubling the output of any

9    specific model?

10         A       Well, the combination -- the total

11   output of the plant will roughly double next year, so

12   the CD4E business plus the new CVT business and --

13         Q       Is the -- I'm sorry.

14         A       If you take the 18 months from now,

15   we'll roughly double the output of the plant on a

16   volume basis.

17         Q       Well, that's good news, right?

18         A       It's great news.

19         Q       Okay.  The CD4E represents what

20   percentage of the total volume that the plant produces?

21         A       Today?

22         Q       Yes.

23         A       A hundred percent.

24         Q       You're talking about doubling the

25   output.  Are we talking about doubling the CD4E

1     exclusively?

2          A          No.  The -- when you add the CVT --

3          Q          To the CD4E?

4          A          Right.  The CD4E is pretty well

5     constant, call it 350,000 units a year.  And we will

6     add roughly 300,000 units of CVT by the end of next

7     year.  That's what I'm referring to as doubling.

8          Q          I see.  All right.  When you say the

9     CVT, are you referring to the CFT23?

10          A          23 and 30.

11          Q          Okay.  I've got you.

12          A          So if you look at these volume figures

13     here, yes, there's a very different ramp that -- the

14     current plan is a very positive story.

15          Q          All right.  You can put that one aside

16     and let's hopefully expeditiously look at the following

17     year.  This is 23.  And, again, these are excerpted

18     pages of the business plan.

19          A          Right.

20          Q          Actually is this an entirely different

21     document?  I think the other document you referred to

22     as an annual operating plan and this says business

23     plan.  Is that --

24          A          The Germans call it a WP.  If you look

25     at the date, the 11/01 is actually November of '01.  It

1     typically is prepared in, say, the early third -- or

2     late third, early fourth quarter, so you can see the

3     date of October here.  It is the business plan.

4             Q        So essentially is it the same --

5             A        Yes.

6             Q        -- document as the 2000, just --

7             A        Yes.

8             Q        And, again, for the record, this is not

9     the entire set of documents.  I just chose certain

10    ones.  Well, just kind of generally, with a broad

11    brush, Mr. Newark, I think it's going to start with

12    Bates stamp 857 where it says major accomplishments --

13            A        Okay.

14            Q        Starting where we were with what the

15    plans were in 2000, how have things changed, been

16    modified in regards to the CVT and the CD4E, if at all?

17            A        In this time frame?

18            Q        Yes, starting in 2001.

19            A        Well, I think, you know, you can lay

20    them side by side and do the comparison, but the

21    volumes are different.  There's still two models.  And

22    the accomplishment was -- this doesn't have timing, at

23    least not on this page, but the timing would have also

24    been different.

25            Q        Well, we had talked about the CD4E

1    volume going through the fiscal year -- or the model

2    year 2004.

3            A        Right.

4            Q        Had that plan changed by the time we

5    get to 2001, according to this business plan?

6            A        I don't think so.  It was after that,

7    as I recall.

8            Q        What about in terms of the CVT launch?

9    Had that changed at all?

10           A        The -- that's what I was saying.  If

11   you line up the volume comparison, there's roughly half

12   a million in volume, 400,000 units of volume,

13   difference between these two.

14                    If you read point number one, the

15   agreement was around 588,000.  If you refer to the

16   Exhibit 22 assumption, it was about a million units.

17           Q        Which direction are you going, up or

18   down, then?

19           A        Going down.

20           Q        And what was the reason for that?

21           A        Primarily Ford cycle plans.  I mean,

22   this is a lot of volatility in terms of, you know,

23   which applications are good fits, what products Ford is

24   really going to develop and deliver, you know, where

25   does it -- where does it package well, where doesn't it

 1    package well.

 2          Q       Okay.  Where it says "Planning

 3    Results," let's see, where it says "The CVT delay," do

 4    you see that?

 5          A       Mm-hmm.

 6          Q       Can you explain that sentence?  "The

 7    CVT delay in Job #1 resulted in a favorable profit

 8    impact."  What does that mean?

 9          A       Well, the Job #1 would be the first

10    transmission, saleable transmission.  And the delay,

11    again, I can't piece together exactly the time line

12    between the two documents, but we announced someplace

13    in here roughly an 18-month delay.  And the reason that

14    -- you might say, well, geez, you know, why is that

15    good news, a favorable profit?  But the early years of

16    the CVT are what I call wickedly expensive and so

17    there's a pretty heavy investment and pay-down period.

18          Q       It's not going to be profitable in the

19    first few years?

20          A       Right.  So that's why this statement.

21          Q       Okay.  I think we can move to the next

22    business plan.  This one is Exhibit 24.  You see this

23    one is dated November '02 --

24          A       Right.

25          Q       -- although it says 2003 update.  And

1        then there's a few pages that are excerpted from this

2        larger set of documents.

3                A        And, again, not to be -- the timing of

4        this handwritten comment, 2003 update, do we know --

5                Q        No.  Business plans, after they're

6        created at the end of a calendar year, are they updated

7        in the following year?

8                A        Yes.  And -- and maybe others have told

9        you, but starting roughly in this time period the

10       business plans were extremely volatile, I mean to the

11       point of having, I don't know, a dozen versions in a

12       calendar year.

13               Q        Okay.

14               A        So that's only a caution in terms of

15       the documents and dates and so forth.

16               Q        Let's look at the page that says

17       "Comment" at the top, which is 767.  I think you've got

18       it.

19               A        Yes.

20               Q        I'm not trying to -- I know you don't

21       have all the documents lined up, but just looking at

22       the comment section, can you describe just generally

23       how things changed from 2001 in terms of the CVT and

24       the CD4E?

25               A        Right.  You can see the first

1    designation of the CFT26.  Okay?  And the CFT26 was

2    envisioned as the -- perhaps the third-generation

3    product.  It would eventually obsolete the 23 and the

4    30.  It would become a single high-volume, cost-

5    effective design.  And that's consistent -- the comment

6    "consistent with original business plan vision" is

7    directed at that.

8                    So if you can picture the story of a

9    couple of early models, 23, 30, that are well on their

10   way to being launched, a new model being introduced

11   that will eventually obsolete the two.  And you can see

12   this ICR on point number two is the integrated cost

13   reduction.  And it was a design specifically designed

14   for target cost.

15        Q       Were there any changes during this time

16   period in 2002 regarding the CD4E and how long you

17   expected it to run until its end?

18        A       At some point in this planning process

19   it was extended.  I don't see a document right here,

20   but roughly in late 2002 Ford announced that they

21   intended to extend the CD4E until the year 2010.  But I

22   don't see it referenced in this version.

23        Q       Is there any connection between the

24   CD4E being extended out and the delay in the CVT

25   launch?

1          A          Yes.  It specifically goes to the

2     CFT26.  The application that the CD4E is most dominant

3     in is the Ford Escape vehicle and that was envisioned

4     in roughly the 2005 time period to move to a CFT30 or a

5     cost-reduced version of that which later became known

6     as the CFT26.

7          Q          And Ford is ZF Batavia's single

8     customer, right?

9          A          Ford and their affiliates, yes.

10          Q          In terms of the decision-making at the

11     plant, for significant decision-making that you might

12     make or recommend, is it always a situation where you

13     have to run it by Ford to make sure that they approve?

14          A          No, not really.  I mean, it depends.

15     You know, Ford in this case is a customer, so the

16     appropriate customer application kinds of decisions.

17     But Ford is really in the driver's seat regarding their

18     application intent, so the customer is telling us this

19     is what they want us to do versus us running decisions

20     by them, if I understand your question.

21          Q          Ford ultimately dictates how many

22     transmissions you're going to make?

23          A          Absolutely.

24          Q          Is there any particular policy that you

25     wanted to -- procedure, practice that you wanted to

1    institute at the plant that it was run by Ford and shot

2    down and so you reversed course?

3          A          I'm not sure I understand the question.

4          Q          Is there anything you wanted to do at

5    the plant -- I'm not talking about with respect to a

6    certain individual but just broadly regarding how you

7    make the transmissions or how you handle the salaried

8    workforce or hourly workforce where Ford intervened and

9    said, no, we're going to do it this way?

10          A          Ford has a number of -- I would say

11    more on the hourly side than anything, given the

12    current seconded employees, so Ford has a number of

13    interests that they express on those kinds of topics,

14    you know, regarding how we manage the hourly workforce.

15                    As an example, we wanted to put time

16    clocks in and Ford doesn't think that's a particularly

17    good idea, given that none of the Ford plants in North

18    America have time clocks.  So, you know, they don't

19    support certain things.

20          Q          Are there occasions where you've had

21    some policies regarding the salaried workforce where

22    Ford has intervened?

23          A          The only occasions that I know of is we

24    have some current Ford employees, not transition

25    employees, that Ford has imposed some overtime

1    restrictions on and they want to make sure we're

2    adhering to those.  And they've also had some -- you

3    know, imposed some direction on what types of job

4    assignments, wanting to make sure that ultimately it's

5    a priority to have them assigned at Batavia doing

6    something versus assigned, say, at Sharonville or

7    another Ford plant.  But they have -- you know, there's

8    a half a dozen of those employees.

9         Q    Okay.  I think we're done with those.

10   Actually look at Exhibit 23, which is business plan

11   2001.  If you look at Bates stamp 857, at the very

12   bottom it says "The second factor is the restructuring

13   employees..." do you see that?

14        A    I'm sorry.  The second from the bottom?

15        Q    Where it says "The second factor is the

16   restructuring employees who were added..." and then it

17   continues on the next page.

18        A    Yes.  Okay.

19        Q    I'll give you a second to look at that

20   sentence and that paragraph.  What's that referring to,

21   the restructuring employees?

22        A    We had a -- you can reflect some of the

23   other comments on the CD4E, but we had a turnaround

24   plan -- you can see point number two up above on the

25   accomplishments, but it was a restructuring of the

1     business into a leaner and more of a lean manufacturing

2     system than a mass production system and so we had

3     various resources that made their way into the budgets

4     and were available to us:  consultants, purchase

5     services, a few actual hired positions.  The lean

6     processing manager positions would be an example of

7     that.

8          Q     Well, the restructuring refers to --

9     were you downsizing?

10         A     No.  It was really the CD4E business is

11    longstanding a very unproductive business and part of

12    it's by the design of the process, is it was processed

13    in the early '90s and a lot of it relates to work

14    practices and work ethics and so forth.  So this effort

15    was to reconfigure some lines, break some bottlenecks,

16    bring some new machines in, throw some old machines

17    out, those kinds of activities in order to improve the

18    productivity.

19         Q     All right.  You can put those aside,

20    put those in front of you, Mr. Newark.  Have you seen

21    Deposition Exhibit 16 before?

22         A     Yes, I've seen this.

23         Q     Do you know, what was the motivation

24    behind this policy?

25         A     Well, we had -- as the letter

1    indicates, we had been designated a foreign trade zone,

2    which has a number of restrictions and regulations in

3    terms of how to manage the, I guess, ingress and egress

4    into that trade zone, and so this was our work to

5    ensure that we had compliance with the foreign trade

6    zone requirements.

7          Q    And so per this notice I understand

8    that salaried employees were required to, using an

9    electronic card system, swipe in and swipe out when

10    they were entering and exiting the plant.

11          A    Right.

12          Q    But I understand the hourly employees

13    did not have to swipe the card when they were exiting

14    the plant.

15          A    That's correct.

16          Q    All right.  So is it fair to say that

17    the swiping of the card when one is exiting the plant,

18    that that was not, as far as you know, a practice that

19    the foreign trade zone rules required?

20          A    No.  The foreign -- the foreign trade

21    zone wants to know the -- like I said, the entry and

22    the exit out of the foreign trade zone and I believe

23    the way that we ended up working around the whole

24    situation with the hourly is the hourly -- all hourly

25    employees are entering and exiting every day in the

1    trade zone.  The salaried employees have the option, by

2    the nature of where their work is, that they may enter

3    or they may not enter that zone, and so that's one of

4    the small technical designations that was made.

5              So if you're an hourly employee, we've

6    recorded that you are working in the foreign trade zone

7    and then the timekeeping system, which is not a badge

8    swipe, is the evidence that you were in that zone on

9    this particular day and you did leave on that

10   particular day.  It's -- it's not the badge swipe

11   designation.

12             Q    So how are the salaried employees in a

13   different situation?

14             A         Strictly that they have --

15             MR. HUNTER:  Objection.  Asked,

16             answered already.  But go ahead and answer.

17             THE WITNESS:  The salaried employees --

18             primarily the building is constructed -- the

19             foreign trade zone is the factory operations.

20             It's not the office admin area.  And so the

21             salaried employees have occasion to go into

22             that, whereas the hourly employees are

23             relegated, I guess would be the word, to that.

24   BY MR. SIMON:

25             Q         Although some of the salaried might

1    spend their whole day in the factory operations?

2         A       Yes.  Oh, yes.

3         Q       But they're required to use a swipe

4    card when they're going in and out of the plant

5    regardless?

6         A       Right.

7         Q       Was one of the motivations for this

8    policy -- and the date there is August 29th, 2001 -- is

9    that management wanted to keep track of, for their own

10   reasons, whether salaried employees were in the

11   building when they said they were?

12        A       The -- the other thing that was

13   occurring about the same time was an interest, as I

14   mentioned earlier, to install time clocks for the

15   hourly, and it's a pretty tough argument of why you

16   want to have time clocks for hourly if you don't also

17   have some disciplines with your salaried workforce.  So

18   we were hoping to fundamentally -- I took my badge off

19   as I came in, but we really wanted to have the

20   compliance with the badge requirement to designate that

21   we know who each other personally is -- it's a photo ID

22   badge -- along with where we are in the building.  And

23   it was more -- well, as I said, primarily directed at

24   who is in the foreign trade zone and can we demonstrate

25   reasonable controls over that.

1          Q          But were there reasons beyond the

2   foreign trade zone that management wanted to keep track

3   of where the salaried employees were anyhow?

4          A          No, not really.  I mean, it was a -- it

5   was an incident related to the requirement.  The trade

6   zone -- and, again, I'm not sure.  I assume you're

7   fairly familiar with these, but it's an area that has

8   management responsibilities much like a customs area at

9   the airport and so if you think about the security

10  required of who is in and out of a customs area, that's

11  sort of the responsibility that we bear.

12         Q          Do you see -- let me just direct you to

13  one of the paragraphs.  Do you see the paragraph where

14  it says "Please be advised that salaried time sheets

15  will be audited"?  Do you see that?

16         A          Mm-hmm.

17         Q          And then you see the next sentence

18  where it says "Your manager will be asked to clarify

19  notable differences between them and pay adjustments

20  are a possibility if no justification is forthcoming."

21  So it was your understanding with salaried employees

22  that if the time cards don't line up with the system

23  readouts, that their pay may be docked?

24         A          And that was sort of the threat to get

25  people to be compliant with the -- the card swipe.

1          Q        So it was your understanding that if a

2    salaried employee on, let's say, a Monday puts on his

3    time sheet that he reported to work at 7:00 a.m. and

4    worked eight hours, but, in fact, the electronic card

5    readout shows that he didn't get to work till 8:00

6    a.m., he would lose an hour of pay is what your

7    understanding was?

8          A        Yeah.  And like I say, what the -- the

9    intent behind what we were trying to do was to incent

10   people to be very disciplined on using their badge

11   swipes for security purposes.  And so the threat was,

12   well, you don't do that right and we're going to --

13   we're going to take your pay away and assume that, you

14   know, you didn't clock in the door or didn't activate

15   the door correctly.

16         Q        So in the example I gave they would

17   have lost an hour of pay?

18         A        It could have happened, yes.

19         Q        But you were hoping to make it a

20   deterrent?

21         A        Right, right.

22         Q        So it may have happened to a few

23   people, but you had hoped it would a deterrent, right?

24         A        Right.  I don't think it happened to

25   anybody.

```
 1              Q        Well, do you know for a fact?

 2              A        I don't know for a fact.

 3              Q        Okay.  Exhibit 10.  Let's see if I can

 4      dig it out here.  I'll just show it to you.  I think

 5      I've got those two memorized.  I'm the one who

 6      misplaced my copy.  Just take a second to look at

 7      Exhibit 10 and I'm just going to ask you if you've seen

 8      it before, that sort of thing.

 9              A        Mm-hmm.  Yes, I've seen this.

10              Q        What's the date there on the top, sir?

11              A        March 28th, 2002.

12              Q        And this was a notification of the

13      overtime policy that Len Sennish distributed to

14      salaried employees apparently?

15              A        It was a notification -- this letter, I

16      think, was distributed to all salaried employees, yes.

17              Q        And was that a change in policy as far

18      as you knew?

19              A        Again, I don't -- I wouldn't

20      characterize it as a change in policy.

21              Q        From what you read there, do you

22      understand that the policy regarding casual time is

23      that you are essentially required to do a total of one

24      hour of casual time each day as a salaried.  And only

25      if you work a total of two additional hours, for
```

1    example, ten hours in a given eight-hour day, once you

2    get ten hours, you'll be paid for one hour?

3         A       Right.  I think I said that earlier,

4    yes.

5         Q       Okay.  And that's -- what you've

6    described earlier is reflected in that notice by Mr.

7    Sennish?

8         A       It doesn't mention any of the ten hour

9    kind of stuff.  It basically talks about the nine hour

10   normal, sort of the expectation.

11        Q       But you think it flows from that that

12   you've got to work ten hours in an eight-hour day to

13   get paid the one hour overtime?

14        A       Right.

15        Q       Okay.  You can put that one aside, sir.

16   Are you aware of any -- when I say Ford transitional

17   employees, you know who I'm talking about, right?

18        A       Yes.

19        Q       Are you aware of any Ford transitional

20   employees that after 1999 were allowed to go back to

21   Ford as a Ford employee?

22        A       No, I don't recall any.  You'll

23   probably tell me there were, but I don't recall any.

24        Q       Well, I'll just perhaps refresh your

25   recollection.

 1            A       There you go.

 2            Q       This is Exhibit 25.  Take just a moment

 3    to review that.  I'm not going to ask you great detail,

 4    Mr. Newark.  Just for the record, 25 is an e-mail at

 5    the top that's from Julie Hallauer addressed to Stan

 6    Meyer, Karl Kehr and Dave Adams on January 10th, 2001.

 7    Have you seen this e-mail exchange before?

 8            A       I don't think so.

 9            Q       Does this refresh your recollection

10    that Julie Hallauer was a Ford transitional employee

11    that went back to Ford?

12            A       No.  Actually I'm well aware of Julie

13    leaving Batavia and -- but I think you're telling me

14    she was -- I believed that she was a Ford employee, not

15    a transition.  I didn't realize she was ever a ZF

16    roster.

17            Q       Okay.  All right.

18            A       Apparently she was.

19            Q       She worked with you for a short time?

20            A       Yes.  No, I know Julie.

21            Q       She was a director of the CVT program?

22            A       Mm-hmm.

23            Q       Was she a direct report?

24            A       She reported to Stan Meyer in the sales

25    and planning area.

1          Q       Okay.  And so she worked at the plant
2     for a period of time, but you apparently thought that
3     she was a Ford employee?
4          A       Right.
5          Q       And she ultimately transferred to
6     another Ford plant?
7          A       Right.  Actually it's a -- I think it's
8     a division office.
9          Q       Of Ford?
10         A       Yes.
11         Q       All right.  Done with that one.  Before
12    I show you this document, I just wanted to make sure I
13    understand something.  On the AIP bonus -- the record
14    reflects whatever year you said, but I think it was in
15    2001 going into 2002 that it changed that the AIP
16    bonus, the managers were allowed to consider individual
17    performance.
18         A       Yes.
19         Q       All right.  This is 26.  And I don't
20    think you're on this e-mail exchange either, Mr.
21    Newark, but if you just want to take a moment to look
22    at it, I just have a question about a couple of lines
23    in there.  For the record, it's an e-mail exchange that
24    at the top is December 18th, 2001, from Len Sennish to
25    Herb Huebner and then it also includes an e-mail from

1    Len Sennish to Mark Bugajski.

2        A    Okay.

3        Q    All right.  Do you see in the middle of

4    that document is an e-mail from Mr. Bugajski to Mr.

5    Sennish on December 17th, 2001 that starts off "Len,

6    speaking of non-achievement, the President stopped in

7    today to discuss AIP payments"?  Do you see that

8    paragraph?

9        A    I'm sorry.  Say it again.  The middle

10   paragraph?

11       Q    Yes.  You see the paragraph I'm talking

12   about?

13       A    Yes.  Okay.

14       Q    Okay.  Had Mr. -- and the president

15   refers to Mr. Adams you assume?

16       A    Yes.

17       Q    Did he ever tell anybody that he wanted

18   to change the AIP bonus calculation or distribution so

19   that the people in the operations feel some pain?

20       A    Yes.

21       Q    How did you understand that sentiment?

22       A    It was interesting because I'm the --

23   the senior manager responsible for operations, so I

24   obviously took it pretty personally.  The paradigm or

25   the context in which -- the AIP metrics are safety,

1    quality, delivery and cost, and they're all controlled

2    really exclusively by the performance of the

3    manufacturing or the operations unit.  And so the --

4    the struggles or the non-attainment of various goals

5    that have a financial payout either extends or

6    penalizes every salaried employee in the company so,

7    you know, you read the not-too-flattering comments on,

8    you know, manufacturing pukes and so forth.

9            There was a lot of discussion over, you

10   know, hey, you guys aren't doing your job and so you're

11   costing all of us money and so that was kind of the

12   context.  And then it extended to this feeling anyways

13   of, you know, total compensation and overtime and all

14   that stuff, so --

15           Q      We had talked before about people

16   having AIP bonus cut because of working too much

17   overtime.  To be fair, that kind of stemmed from the

18   top down?

19           A      Well, it was -- I mean, there was

20   clearly a -- a total compensation view.  And, yeah, I

21   would say that it was -- I wouldn't say it was a top

22   down directive, but I would say that there was clearly

23   a consideration and a tone set that, you know, you guys

24   need to step it up some more.

25           Q      I guess what I'm wondering is you had

1    talked about AIP bonus being adjusted so that

2    performance is considered.  Would it be more accurate

3    to characterize the change in AIP bonus that Mr. Adams

4    wanted to make sure some people have a lower AIP bonus

5    because he thought they were working too much overtime

6    and costing the company money?

7         A       I think he felt that.  I think in the

8    deployment we didn't -- as I mentioned earlier, we did

9    not deploy it that way exclusively.  We looked at total

10    compensation, total contribution and performance and

11    made decisions based on that.  So I can assure you it

12    was not deployed as strictly let's look at this guy's

13    overtime and figure out what the AIP is.

14         Q       But the whole issue of the overtime

15    affecting the AIP bonus, that kind of stemmed from Mr.

16    Adams' sentiment that operations people need to feel

17    some pain?

18         A       Well, in fairness, I think in that

19    particular preceding year we missed our salaried

20    overtime budget by about $1,200,000.  We overran at

21    about 100 percent of the budget.  So in fairness to how

22    a president would look at an operations unit, I

23    understand why that would -- would be a pretty strong

24    statement.

25         Q       Did that affect your bonus?

1          A          Absolutely.

2          Q          We had been talking to Mr. Saleh at his

3     deposition about AIP bonuses.  I just want to see if

4     you can help me on the procedure.  He had said that as

5     a manager at his level, he'd make recommendations for

6     what the AIP bonus was.

7          A          Right.

8          Q          He also said that he ultimately didn't

9     know what bonuses people actually got.  And my question

10    to you is:  Are there people who then review what a

11    manager at Mr. Saleh's level recommend and do they make

12    modifications?  And if so, who are those people?

13         A          The -- there's two places that that can

14    occur.  Certain -- if we describe the current practice

15    that we have in place now, Hassan would make a

16    determination of what within the budget that we give

17    him, what the AIP distribution should be by individual,

18    and we would typically have a discussion about criteria

19    and those things.  And then that would eventually roll

20    up to my level, where I would look at all of my

21    department managers -- excuse me -- that I would look

22    at all of the other department managers and, as an

23    example, if one area had a particularly strong

24    performance and wanted to recommend an award higher

25    than what their budget allowed, then obviously some

1    other area has to balance it out.

2              So the first review occurs at my level.

3    And then there's a company-wide review at the TMT and

4    really the policy committee level.  So that's probably

5    the basis behind Hassan's -- 90 percent, 98 percent

6    probably are exactly what the manager recommends, but

7    there are adjustments here and there.

8         Q     Would Mr. Saleh's, given his position

9    in the maintenance department, would you have expected

10    that his bonus would have been reduced based on the

11    overtime in his department?

12        A     Yes.

13        Q     And so ultimately -- you gave a long

14    explanation, I appreciate, about how the AIP bonus is

15    reviewed and so forth.  Who ultimately made the

16    decision about your bonus?

17        A     I would assume it was my boss and

18    probably the other members of the policy committee.

19        Q     Okay.

20        A     Excuse me.  And it's also, at my level,

21    reviewed by the board of directors.

22        Q     This is 27.  Take as long as you need

23    to review that, Mr. Newark.  My question to you is

24    just:  What are these e-mail exchanges about?

25        A     The -- you can tell it was a quick

1      exchange, but it was -- Jeff Busam is an employee that

2      had actually interviewed and was selected for a lean

3      processing manager position, and this was an exchange

4      trying to establish a salary and the equity between

5      Mark Calhoun, who was an existing lean manager, and Jim

6      Cannon, who was also a lean manager.

7              Q       Are those ZFB new hires or are Mr.

8      Calhoun and Mr. Busam Ford transitionals?

9              A       I've got to be careful.  I think -- I

10     believe they're new hires, but I'm not -- I'm not sure.

11     They were both here before I was here.

12             Q       Well, when a ZFB new hire comes in, I

13     mean, are they allowed to negotiate individually the

14     best deal that they can get?

15             A       Hope so.

16             Q       And I think we talked about this

17     earlier, but, I mean, some of the ZFB new hires could

18     come in at a higher level than a Ford transitional for

19     a relatively comparative position; isn't that true?

20             A       I'm not aware -- theoretically it could

21     be true, yes.

22             Q       You're just not aware of any?

23             A       Right.

24             Q       That's all for 27.  You don't have to

25     take these documents out, but we were talking about the

1      business plans.  Are there separate documents that you

2      call time lines that you prepare?

3              A       There is a timing plan maybe that you

4      -- that would look at the launch of vehicles.  Perhaps

5      that's your reference.

6              Q       They're called timing plans?

7              A       Mm-hmm.

8              Q       And do you prepare one annually?

9              A       Again, it's pretty dynamic.  There

10     would be several -- there is not a master time line

11     that is tied to the WP.  There would be several

12     derivatives.  And there's a program timing chart that

13     would look at, for instance, the manufacturing

14     installation work.  There would be a cycle plan that

15     would be Ford's intention of purchasing certain amounts

16     and certain volumes.  There would be a timing plan for

17     the process and product engineering work.  So there --

18     I mean, there's literally thousands of different timing

19     plans that --

20             Q       Are there timing plans that are

21     prepared in relation to CVT?

22             A       That's the bulk of them, are CVT.

23             Q       Are there documents that would go into

24     more detail than the business plans about your time

25     line for the CVT and what needed to happen by a certain

1       date and what the costs were expected and --

2              A        Oh, absolutely.  Absolutely.

3              Q        And would those documents also reflect

4       the personnel that you were assigning?

5              A        Some of them would get into a portion

6       of that.  Typically it would be -- those documents

7       would be the numbers of people, the ramp-up of how many

8       people we need for what time to run production, as an

9       example, or how many engineers we need.

10             Q        Have you ever gone to Ford and quoted

11      them and said, we can do the CVT for, I guess, like $12

12      an hour average for an hourly worker?

13             A        No, no, no.  We've -- we have a

14      pricing, you know, type of quote that you might imagine

15      and we would go to that.  And then our business model

16      would determine sort of our cost allocation.  But no.

17      In fact, you know, again, given our seconded workforce,

18      Ford really controls the -- the labor rates.

19             Q        For the hourlies?

20             A        Right.

21             Q        On the CVT are they mostly -- you have

22      a number of ZFB new hire hourlies, right?

23             A        Yes.

24             Q        Are a disproportionate amount of them

25      being assigned to the CVT versus the Ford hourly?

```
 1          A       I don't think disproportionate.  I
 2   don't know the exact statistics, but I would say 30
 3   percent are Ford and probably 70 percent is ZFB, pretty
 4   well who bids on the jobs.
 5                    MR. SIMON:  Just in terms of documents,
 6             counselors, I might be adding to that list just
 7             documents regarding the timing plans that Mr.
 8             Newark has identified.
 9                    We had asked for time lines in our
10             request and you said I don't know what a time
11             line is.  And I've got business plans.  But we
12             may also just ask for a timing plan that
13             reflects the workforce that was being assigned.
14                    THE WITNESS:  My only advice would be,
15             be very specific on what you want because, I
16             mean, you'll get a dump truck load if you're
17             not careful.  So if you want to know -- I think
18             I heard you mention by name who's being
19             assigned where.
20                    MR. SIMON:  Sure.
21                    THE WITNESS:  And tie that to a time?
22   BY MR. SIMON:
23          Q       That would be reflected on one of the
24   timing plans?
25          A       There's one that I can visualize.  It's
```

1    an engineering map that has all the engineers and the

2    timing of how they are assigned to CVT, as an example.

3                    MR. SIMON:  I'll work on clarifying

4              what we want there.  I just wanted to alert you

5              to it since we were talking about it.

6    BY MR. SIMON:

7         Q      Do you think the Ford transitional

8    employees have been treated fairly?

9         A      Yes.

10        Q      Dave Adams has made comments that

11   reflect that he thinks that the Ford way of doing

12   things isn't the right thing to do; is that right?

13        A      Yeah, I've heard that.

14        Q      Has he ever said that he wanted to get

15   the Ford influence off the plant floor?

16        A      He -- the characterization -- he didn't

17   say it that way.  The characterization has been that,

18   you know, Ford has had a very underperforming plant

19   that was going to be closed and, you know, it had a lot

20   of management practices, a lot of mass production

21   characteristics that just weren't competitive and so

22   the Ford influence is strictly the turnaround

23   expectation and, you know, the context of saying we've

24   got to get rid of the Ford influence is really just to

25   ensure that there's a viable, competitive business

1    going on there.

2         Q    This had come up in an earlier

3    deposition, but have you heard Mr. Adams say that we've

4    got to get some new blood in here to kind of change the

5    culture of the plant?

6         A    Oh, absolutely.  And that was a key

7    strategy.  As the joint venture was -- was put

8    together, there was a -- you know, a clear intent to

9    retain a good portion of Ford workers, this is salaried

10   leadership, bring some German expatriates, and then

11   bring some outsiders, and so it was sort of a three-

12   legged stool as you put the leadership team together.

13        Q    Has he never used a word like the Ford

14   taint or anything like that?

15        A    Ford --

16        Q    The Ford taint on the floor, have you

17   ever heard that before?  Had you ever used that phrase

18   before?

19        A    No.  I thought you said paint.  I'm

20   sorry.

21        Q    No.  I said taint, T-A-I-N-T.

22        A    I understand.  No, I never did.

23        Q    When you came on board in '99, you very

24   early on had conversations with Mr. Adams where he

25   explained we want to bring in some new blood, some new

1    hires?

2           A       Oh, absolutely.

3           Q       And he wanted to try to diminish what

4    had been the Ford influence in the plant?

5           A       I don't -- diminish isn't the right

6    word in my mind.  I think it was really to convert the

7    plant.  I mean, it was -- the plant was going to be

8    closed and changes had to be made.

9           Q       Have you ever made any comments that

10   you think Ford employees have too many benefits?

11          A       No.

12          Q       Mr. Newark, I appreciate this may be

13   difficult, but have you said things to various people,

14   either people you've worked for or people under you,

15   where you've expressed some sort of bias against the

16   way that Ford does things and against Ford employees

17   that are stuck in their ways or anything like that?

18          A       No.  I mean, any -- any disparaging

19   comments I would make would be at the Ford system and,

20   you know, how this was processed, how the Japanese came

21   in and screwed up things and, you know, the whole, you

22   know, management practices.  It wouldn't be directed at

23   a workforce or it's not directed at the, you know, UAW

24   hourly Ford employees or the Ford transition salaried.

25   It's directed at the system that they created and,

1    quite honestly, the tolerance that they had to accept,

2    you know, pretty low standards and low performance.

3         Q       If somebody said that you often make

4    derogatory comments about Ford, they'd be lying or

5    what?

6         A       Yeah, I think they'd be lying.

7         Q       In terms of Ford transitional employees

8    being treated fairly, do you think that Mr. Rick Ervin

9    has been treated fairly?

10        A       Yes.

11        Q       Rick came in at the manager level,

12   right, when you started?

13        A       Yes.

14        Q       And then, I guess, he got moved to HR?

15        A       He's had a variety of assignments since

16   I've been there, but he -- he was actually in the Ford

17   system a superintendent or a MPS, which was more of an

18   administrative kind of a job, a manufacturing planning

19   specialist.  And then he's had lean manufacturing or

20   lean processing and business management

21   responsibilities since I've been there and did also do

22   a training manager assignment in human resources.

23        Q       He's now a lean processing manager; is

24   that right?

25        A       Yes.

1          Q         That's a step down from where he was

2     when he was an MPS, isn't it?

3          A         Actually the lean jobs are a little

4     higher.

5          Q         The stint in HR, I guess, was a bit of

6     a step down, wasn't it?

7          A         I'm not sure how you define a step

8     down.  Are you talking salary-wise, are you talking

9     scope and responsibility?

10         Q         Scope and responsibilities.

11         A         I wouldn't view it that way.  Perhaps

12    he did, but I wouldn't.

13         Q         He's a top performer, isn't he?

14         A         He's an average performer.

15         Q         Well, if you've got problems in certain

16    areas of the plant, isn't he someone that you send over

17    to try and correct?

18         A         No, not really.

19         Q         All right.  You've had conversations

20    with Mr. Ervin and Mr. Adams about the different moves

21    that he's been asked to make, right?

22         A         Yes.

23         Q         And I guess Rick expressed a concern

24    that he thought he was -- he didn't know why he was

25    being treated the way he was.

```
 1          A       Yes.

 2          Q       Did you try to explain to him that --

 3    what did you explain to him, if anything?

 4          A       I'm not sure which move you're

 5    referring to but --

 6          Q       Well, didn't he in the past six months

 7    have a meeting with you and Mr. Adams?

 8          A       Yes.

 9          Q       And he was, I think, being moved to LPM

10    at that point.

11          A       He was in the training manager job at

12    the time, and interestingly, we were moving him into a

13    lean processing manager, where he was the MPS when the

14    joint venture started.

15          Q       In that meeting had he expressed a

16    concern about what was going on?

17          A       It's -- it's -- the reason I'm

18    reflecting on it is that you mentioned that the

19    training manager was a demotion and -- or a step down

20    and at the same time I'm recalling the meeting where we

21    needed him to be a lean processing manager.  Yeah, he

22    was not sure that that was consistent with his skill

23    set, so he viewed that one as a step down.

24          Q       Well, I wasn't saying which one was a

25    step down.
```

```
1          A       Right.

2          Q       I was asking you what you perceived.

3          A       I don't think any of them are step

4    downs and I think the lean -- of all of them, the lean

5    manager would be a step up from the MPS by the way

6    we've restructured the expectations of the job.

7          Q       Apparently he didn't see it that way?

8          A       I would agree with that.

9          Q       Okay.  And you and Mr. Adams tried to

10   assure him that it wasn't a step down, I take it?

11         A       Yes.

12                 MR. SIMON:  Off the record.  We'll just

13             take a quick break and confer with my clients.

14             We're probably just about there.

15                      (RECESS)

16                 MR. SIMON:  We're back on the record.

17             Mr. Newark, I think we're almost done today.

18   BY MR. SIMON:

19         Q       I was just going to ask you:  Have you

20   made any comments to anyone else there at the plant

21   about this lawsuit and did you ever tell somebody that

22   if my clients win the lawsuit, they'll be out of the

23   plant?

24         A       I'm sorry.  If -- I said --

25         Q       Did you ever say that if they win the
```

1    lawsuit, that would be good, then we can get them out

2    of the plant or anything like that at all?

3            A        No.

4            Q        Did you ever discuss outside of your

5    lawyers about -- have you ever discussed with Hassan

6    Saleh or perhaps other managers about what would happen

7    if these group of people, which are 15 employees, if

8    they left the plant?

9            A        No.

10           Q        No conversation like that whatsoever?

11           A        I -- I mean, we have conversations

12   regarding, you know, if people leave or if this person

13   does this or whatever, but nothing wholesale, as I

14   understand your question, to the -- to the people in

15   the lawsuit.

16           Q        I mean, outside of the presence of your

17   lawyers or having nothing to do with anything your

18   lawyers asked you to look into, have you ever made any

19   comments with other people at Ford about anything about

20   this lawsuit?

21           A        You know, I've had some relatively

22   short conversations with folks like Len Sennish and,

23   you know, maybe Mark Bugajski maybe, Herb, as an

24   example.

25           Q        What kind of things have you talked

1    about?

2          A        Just sort of, you know, what's up.  And

3    I really have not known much about this whole lawsuit.

4    I didn't know all the parties involved until this week.

5          Q        Were you concerned that you have this

6    many employees with a lawsuit against you?

7          A        I'm very concerned.

8          Q        Do you think that the situation should

9    have been resolved before there was a lawsuit?

10          A        In general, yes.  I don't know all the

11    -- I'm not aware of all the details, so -- of all the

12    complaints.

13          Q        Well, I mean, but you had heard there

14    was some disgruntlement before the lawsuit was filed,

15    right?

16          A        Yes, yes.

17          Q        Do you know if anyone tried to address

18    those concerns, that disgruntlement, however you want

19    to characterize it, before the lawsuit was filed?

20          A        Well, I like to believe that I have.  I

21    think a lot of us have worked to understand, you know,

22    the changes that are needed and what it takes to turn

23    around the company and those kinds of things.

24                    We had --I mentioned at the outset, you

25    know, it's a pretty significant task we've undertaken

1     to turn the plant around and it's been a lot of hard

2     work by a lot of people and so the whole working

3     conditions, the whole -- you know, to me the overtime,

4     notwithstanding the pay issue, just the hours that

5     people are working and, you know, quality of life.  So

6     there's been a lot of effort to try to understand what

7     it takes to -- the plant is designed and should be

8     running on less than a five-day work week, so --

9          Q     Well, with respect to Exhibit 2, the

10    summary --

11         A     I've got it here.

12         Q     -- brochure, I mean, did you take any

13    steps to try and address people's concerns that they

14    thought the company wasn't living up to what they said

15    in that brochure?

16         A     No.  I actually never heard that there

17    was an issue with, you know, the way people felt, that

18    there were promises or stuff made.  And so I knew there

19    were, you know, transition agreements, if you will, or,

20    you know, a grow in pay kind of thing, but I didn't

21    know that there was a specific set of anything else

22    that people felt like was being violated or reduced or

23    anything.

24         Q     This may be the final question.  With

25    respect to Mr. Saleh then, if he testified that he had

1    a conversation with you about the prospect of these 15

2    employees leaving the plant, your testimony is you just

3    don't recall it?

4           A       I don't recall that.

5           Q       When you had the issue with the

6    overtime last year with the budget, did anyone approach

7    you right after that happened and complain or --

8           A       Oh, yes.

9           Q       Including some of the people in this

10   lawsuit?

11          A       Yeah.  Ron Pearce is one that I

12   remember vocally complaining.  Till this week I didn't

13   know he was in the lawsuit.

14          Q       What did you tell him to try to address

15   his concern?

16          A       I don't recall specifically.  I mean,

17   it would have been the same, you know, budget and we

18   have to get the place fixed and, you know, it's a --

19   it's a very difficult job we're under and, you know, we

20   have got to manage within budgets and learn how to do

21   that.

22                  MR. SIMON:  That was my last question.

23          Thank you very much.

24                  THE WITNESS:  Thank you.

                          - 0 -

               (AND FURTHER THE DEPONENT SAITH NAUGHT)

- 0 -

_____
Dick Newark

C-E-R-T-I-F-I-C-A-T-I-O-N


STATE OF OHIO,

COUNTY OF HAMILTON, To-wit;


      I, Susan K. Lee, CVR-CM, Court Reporter and Notary Public in and for the State of Ohio, do hereby certify;

      That on the 24th day of July, 2003, there appeared before me pursuant to Notice and agreement of counsel, **DICK NEWARK**, as a witness in the previously entitled cause;

      That the said witness was sworn by me and examined to tell the truth, the whole truth, and nothing but the truth in said cause;

      That the deposition was taken by me via Stenomask and electronic recording and the foregoing 111 pages contain a true, full and correct transcription of all the testimony of said witness;

      That the deposition was submitted to counsel for the witness for reading and signature;

      That I am not related to or in any way associated with any of the parties to said cause of action, or their counsel, and that I am not interested in the event thereof.

      IN WITNESS WHEREOF, I have hereunto set my hand this 26th day of August, 2003.


_____
Susan K. Lee, CVR-CM
My commission expires:
August 30, 2004