## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION, CINCINNATI

| | | |
|---|---|---|
| **EVERETT W. WHISMAN**, et al. | : | |
| Plaintiffs | : | Case No. C-1-02-406 |
| | : | Judge Beckwith |
| v. | | Magistrate Sherman |
| | : | |
| **ZF BATAVIA, LLC, et al.** | : | **PLAINTIFF'S NOTICE OF FILING DEPOSITION TRANSCRIPT OF GERRY PRIEST** |
| | : | |
| Defendants. | : | |
| | : | |

\* \* \* \*

Plaintiffs, Everett W. Whisman, et al. ("Plaintiffs"), submit this Notice that they are filing attached herein the deposition transcript of Gerry Priest.

      Respectfully submitted,

      s/ Stephen A. Simon

      _____
      David M. Cook   (Ohio Bar # 0023469)
      Stephen A. Simon (Ohio Bar #0068268)
      DAVID M. COOK, LLC
      22 West Ninth Street
      Cincinnati, Ohio 45202
      Phone: (513) 721-7500
      Fax:   (513) 721-1178
      e-mail: dcook@dmcllc.com
      Trial Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that on this 17th day of December, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ellen J. Garling
Jeffery L. VanWay
Baker & Hostetler LLP
312 Walnut Street, Ste. 2650
Cincinnati, Ohio 45202
(Attorneys for Ford Motor Co.)

Douglas M. Morehart
Haverkamp, Brinker, Rebold & Rhiel Co. LPA
5856 Glenway Avenue
Cincinnati, Ohio 45238-2079
(Attorney for ZF Batavia)

                                              s/ Stephen A. Simon
                                              _____
                                              ATTORNEY FOR PLAINTIFFS