**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION, CINCINNATI**

**EVERETT W. WHISMAN**, et al.          :

     Plaintiffs                    :          Case No. C-1-02-406

                       :          Judge Beckwith

     v.                              Magistrate Sherman

                       :

**ZF BATAVIA, LLC, et al.**               **PLAINTIFF'S NOTICE OF**
                       :          **FILING DEPOSITION**
                                   **TRANSCRIPT OF HASSAN**
                       :          **SALEH**
     Defendants.

                       :

\*    \*    \*    \*

     Plaintiffs, Everett W. Whisman, et al. ("Plaintiffs"), submit this Notice that they are filing attached herein the deposition transcript of Hassen Saleh.

                              Respectfully submitted,

                              s/ Stephen A. Simon

                          _____
                          David M. Cook   (Ohio Bar # 0023469)
                          Stephen A. Simon (Ohio Bar #0068268)
                          DAVID M. COOK, LLC
                          22 West Ninth Street
                          Cincinnati, Ohio 45202
                          Phone: (513) 721-7500
                          Fax:    (513) 721-1178
                          e-mail: dcook@dmcllc.com
                          Trial Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of December , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ellen J. Garling
Jeffery L. VanWay
Baker & Hostetler LLP
312 Walnut Street, Ste. 2650
Cincinnati, Ohio 45202
(Attorneys for Ford Motor Co.)

Douglas M. Morehart
Haverkamp, Brinker, Rebold & Rhiel Co. LPA
5856 Glenway Avenue
Cincinnati, Ohio 45238-2079
(Attorney for ZF Batavia)

s/ Stephen A. Simon

_____
ATTORNEY FOR PLAINTIFFS

2