## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION, CINCINNATI

| | | |
|---|---|---|
| **EVERETT W. WHISMAN**, et al. | : | |
| Plaintiffs | : | Case No. C-1-02-406 |
| | : | Judge Beckwith |
| v. | | Magistrate Sherman |
| | : | |
| **ZF BATAVIA, LLC, et al.** | : | **PLAINTIFF'S NOTICE OF FILING DEPOSITION TRANSCRIPT OF JEFFREY M. HOWARD** |
| | : | |
| Defendants. | | |
| | : | |

\* \* \* \*

Plaintiffs, Everett W. Whisman, et al. ("Plaintiffs"), submit this Notice that they are filing attached herein the deposition transcript of Jeffrey M. Howard.

Respectfully submitted,

s/ Stephen A. Simon

_____
David M. Cook   (Ohio Bar # 0023469)
Stephen A. Simon (Ohio Bar #0068268)
DAVID M. COOK, LLC
22 West Ninth Street
Cincinnati, Ohio 45202
Phone: (513) 721-7500
Fax:    (513) 721-1178
e-mail: dcook@dmcllc.com
Trial Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that on this 17th day of December , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ellen J. Garling
Jeffery L. VanWay
Baker & Hostetler LLP
312 Walnut Street, Ste. 2650
Cincinnati, Ohio 45202
(Attorneys for Ford Motor Co.)

Douglas M. Morehart
Haverkamp, Brinker, Rebold & Rhiel Co. LPA
5856 Glenway Avenue
Cincinnati, Ohio 45238-2079
(Attorney for ZF Batavia)

                                                s/ Stephen A. Simon
                                                _____
                                                ATTORNEY FOR PLAINTIFFS