IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Everett W. Whisman, et al., | ) |
| | ) |
| Plaintiffs, | ) Case No. C-1-02-406 |
| | ) |
| vs. | ) |
| | ) |
| Ford Motor Company, et al., | ) |
| | ) |
| Defendants. | ) |

<u>O r d e r</u>

For good cause shown, Defendants' joint motion for an extension of time within which to file reply memoranda in support of their motions for summary judgment is hereby **GRANTED**. Defendants may file their reply memoranda on or before January 9, 2004.

**IT IS SO ORDERED.**

<pre>
                                   /s/
                         Sandra S. Beckwith
                         United States District Judge
</pre>