

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION, CINCINNATI

| | | |
|---|---|---|
| EVERETT W. WHISMAN, et al. | : | |
| Plaintiffs | : | Case No. C-1-02-406 |
| | : | Judge Beckwith |
| v. | | Magistrate Sherman |
| | : | |
| ZF BATAVIA, LLC, et al. | : | PLAINTIFFS' NOTICE OF MANUALLY FILING UNDER SEAL THEIR MEMORANDUM IN OPPOSITION TO DEFENDANT FORD'S MOTION FOR SUMMARY JUDGMENT |
| Defendants. | : | |

\* \* \* \*

Plaintiffs, Everett W. Whisman, et al. ("Plaintiffs"), submit this Notice that they are manually filing under seal their Memorandum in Opposition to Defendant Ford Motor Co.'s Motion for Summary Judgment. Plaintiffs are filing this memorandum, and attached exhibits, under seal pursuant to terms of an agreed protective order entered into by the parties in the matter. The deposition testimony referenced in the memorandum, as well as certain exhibits, may contain confidential information of one or both Defendants in this case.

Respectfully submitted,

_/s/ David M. Cook_

David M. Cook    (Ohio Bar # 0023469)
Stephen A. Simon (Ohio Bar #0068268)
DAVID M. COOK, LLC
22 West Ninth Street
Cincinnati, Ohio 45202
Phone: (513) 721-7500
Fax:    (513) 721-1178
e-mail: dcook@dmcllc.com
Trial Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice has been served this 16th day of December, 2003, via regular U.S. mail, postage prepaid, upon counsel for Defendants:

Ellen J. Garling
Jeffery L. VanWay
Baker & Hostetler LLP
312 Walnut Street, Ste. 2650
Cincinnati, Ohio 45202
(Attorneys for Ford Motor Co.)

John J. Hunter
Hunter & Schank Co. LPA
One Canton Square
1700 Canton Avenue
Toledo, Ohio 43264
(Attorneys for ZF Batavia)

Douglas M. Morehart
Haverkamp, Brinker, Rebold & Rhiel Co. LPA
5856 Glenway Avenue
Cincinnati, Ohio 45238-2079
(Attorney for ZF Batavia)

_/s/ David M. Cook_
ATTORNEY FOR PLAINTIFFS