## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION, CINCINNATI

| | | |
|---|---|---|
| **EVERETT W. WHISMAN**, et al. | : | |
| Plaintiffs | : | Case No. C-1-02-406 |
| | : | Judge Beckwith |
| v. | : | |
| **ZF BATAVIA, LLC, et al.** | : | **NOTICE OF FILING SIGNATURE PAGES AND CERTIFICATION IN LIEU OF SIGNATURE PAGES FOR FILED DEPOSITIONS** |
| | : | |
| Defendants. | : | |
| | : | |

\* \* \* \*

Plaintiffs, Everett W. Whisman, et al. ("Plaintiffs"), submit this Notice that they are filing herein the following signature pages and certifications in lieu of signature pages for depositions taken in this matter:

1. Signature page for Martin R. Robbins deposition.

2. Signature page for Gerry Priest deposition.

3. Signature page for Kevin O'Hagan deposition.

4. Signature page for Herbert Huebner deposition.

5. Signature page for Jeffery M. Howard deposition.

6. Certification in lieu of signature page for Hassan Saleh deposition.

7. Certification in lieu of signature page for Dick Newark deposition.

The deposition transcripts for each of the foregoing witnesses were filed on December 17, 2003.

Respectfully submitted,

s/ Stephen A. Simon

_____
David M. Cook   (Ohio Bar # 0023469)
Stephen A. Simon (Ohio Bar #0068268)
DAVID M. COOK, LLC
22 West Ninth Street
Cincinnati, Ohio 45202
Phone: (513) 721-7500
Fax:    (513) 721-1178
e-mail: dcook@dmcllc.com
Trial Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 12$^h$ day of January 2004 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ellen J. Garling
Jeffery L. VanWay
Baker & Hostetler LLP
312 Walnut Street, Ste. 2650
Cincinnati, Ohio 45202
(Attorneys for Ford Motor Co.)

Douglas M. Morehart
Haverkamp, Brinker, Rebold & Rhiel Co. LPA
5856 Glenway Avenue
Cincinnati, Ohio 45238-2079
(Attorney for ZF Batavia)

s/ Stephen A. Simon

_____
ATTORNEY FOR PLAINTIFFS