1                Q        Mm-hmm.

2                A        Yes.

3                Q        Had you heard those complaints before

4        2002?

5                A        No.

6                Q        Did you hear those complaints this

7        year?

8                A        No.

9                         MR. SIMON:  I have no more questions,

10               Mr. Priest.  Thank you very much.

11                         THE WITNESS:  Okay.  You're welcome.

                                    - 0 -

                  (AND FURTHER THE DEPONENT SAITH NAUGHT)

                                    - 0 -

                              Gerry Priest


                        ORIGINAL

to the deposition of

GERRY PRIEST

taken on the 2nd day of October, 2003

PAGE/LINE                              CHANGE

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____