**RIVERSIDE REPORTING**
Certified Court Reporters
P.O. Box 949   Covington, Kentucky  41012
Phone and Fax: KY(859)291-6110  OH(513)574-7017

---

D-E-P-O-S-I-T-I-O-N

of

**HASSAN SALEH**

CERTIFICATION IN LIEU OF SIGNATURE PAGE

I, Susan K. Lee, CVR-CM, do hereby certify that on the 24th day of July, 2003 the deposition of HASSAN SALEH was taken by me, and that the requirement that the deposition be signed was not waived;

That on the 27th day of August, 2003 a letter requesting viewing of said deposition was submitted to John J. Hunter, Jr., counsel for the deponent; that on the 3rd day of November, 2003 a copy of the transcript was sent to the deponent for review and signature;

That as of today's date, the 31st day of December, 2003, the deposition has not been signed, so as to be in compliance with Rule 30 (E).

Therefore, a substantial period of time having elapsed since the date of the initial submission of the deposition for signature, and pursuant to the provisions of Rule 30 (E), Federal Rules of Civil Procedure, this certification is being filed with the court in lieu of signature of witness to the deposition.

Witness, my hand and seal on this, the 31st day of December, 2003.

_Susan K. Lee_
Susan K. Lee, CVR-CM