1       A      In general, yes.  I mean, he's -- he is
2   a line manager and so HR is not his -- you know, his
3   immediate area of responsibility, so as a -- as a line
4   manager, he's, you know, maybe not as technically
5   strong as somebody that works in HR, but he's -- you
6   know, he's been on the policy committee so he's, you
7   know, had a chance to be involved in it.
8              MR. SIMON:  I have no more questions.
9              THE WITNESS:  Okay.
10             MR. SIMON:  Thank you.

- o -

(AND FURTHER THE DEPONENT SAITH NAUGHT)

- o -

*Herbert Huebner* (signature)
Herbert Huebner

ORIGINAL

to the deposition of

HERBERT HUEBNER

taken on the 2nd day of October, 2003

| PAGE/LINE | CHANGE |
|---|---|
| Page 30 lines 23 and 24 | Please review the tape for this section. In lines 10-13 I'm saying that the 1999 bonus was discretionary (was subject to individual performance), and line 23 and 24 seem confusing. |
| Page 49 line 13 | should be "Its collectively bargained" |
| Page 87 line 19 | "portion" should be "proportioned" |