_____
Jeffrey M. Howard

ORIGINAL

ERRATA SHEET

to the deposition of

JEFFREY M. HOWARD

taken on the 3rd day of October, 2003

PAGE/LINE                              CHANGE

_____                    _____

_____                    _____

_____                    _____

_____                    _____

_____                    _____

_____                    _____

_____                    _____

_____                    _____

_____                    _____

_____                    _____

_____                    _____

_____                    _____

_____                    _____

_____                    _____

_____                    _____

_____                    _____