Kevin O'Hagan

ORIGINAL

to the deposition of

KEVIN O'HAGAN

taken on the 2nd day of October, 2003

PAGE/LINE                          CHANGE

_____    _No changes._____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____