1          MR. SIMON:  Mr. Robbins, thank you.

                      - 0 -

      (AND FURTHER THE DEPONENT SAITH NAUGHT)

                      - 0 -


                    _____
                       Martin R. Robbins


                  ORIGINAL

**ERRATA SHEET**

to the deposition of

MARTIN R. ROBBINS

taken on the 3rd day of October, 2003

PAGE/LINE                               CHANGE

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

FORM CSR - LASER   REPORTERS PAPER & MFG. CO.   800-626-6313