**FILED**

.JAN - 9 2004

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION, CINCINNATI**

JAMES BONINI, Clerk
CINCINNATI, OHIO

2:55 P.M.

| | | |
|---|---|---|
| EVERETT W. WHISMAN, et al. | : | Case No. C01-02-406 |
| Plaintiffs, | : | **Judge Beckwith** |
| | : | **Magistrate Sherman** |
| -vs- | | |
| | : | **SUPPLEMENTAL AFFIDAVIT OF** |
| ZF BATAVIA, LLC, et al. | : | **HERBERT HUEBNER** |
| Defendants. | : | |
| | : | John J. Hunter, Jr. (0034602) |
| | : | HUNTER & SCHANK CO., LPA |
| | | One Canton Square |
| | : | 1700 Canton Avenue |
| | | Toledo, OH  43624 |
| | : | (419) 255-4300 |
| | | (419) 255-9121 Fax |
| | : | *jrhunter@hunterschank.com* |

   **NOW COMES** Herbert Huebner and being first duly sworn, states, deposes and avers as follows:

   1. That I have personal knowledge of all matters attested to herein.

   2. That I am the Manager for Benefits, Compensation and Salaried Relations for ZF Batavia, LLC.

   3. That in my Affidavit prepared in connection with the Motion for Summary judgment I indicated that "ZFB employs its own salaried work force of approximately 300 individuals as well as contract employees through both personnel agencies and by independent contracts with individuals."

4. That as further clarification to that point ZF Batavia has and does employ approximately 300 salaried individuals on a both a salaried exempt and salaried non-exempt basis.

Further, affiant sayeth naught.

_____
Herbert Huebner

Sworn to before me and subscribed in my presence this ___8th___ day of ___January___, 2004.

_____
Notary Public

jr/whisman.huebner.affidavit.supplemental.doc

**MILDRED R. APGAR**
Notary Public, State of Ohio
My Commission Expires Feb. 20. 2007

2