IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION, CINCINNATI

| | | |
|---|---|---|
| **EVERETT W. WHISMAN**, et al. | : | |
| Plaintiffs | : | Case No. C-1-02-406 |
| | : | Judge Beckwith |
| v. | : | |
| **ZF BATAVIA, LLC, et al.** | : | **PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF SUMMARY JUDGMENT** |
| Defendants. | : | |

Plaintiffs, Everett W. Whisman, et al. ("Plaintiffs"), submit this opposition to Defendants', ZF Batavia, LLC and Ford Motor Company, Motion for Leave to Submit Supplemental Brief in Support of Summary Judgment. The Court should deny Defendants' motion because the recent Ohio Supreme Court decision cited by Defendants in their supplemental brief is not relevant to a resolution of the pending motions for summary judgment. In the alternative, should the Court grant the motion for leave, Plaintiffs have tendered their Response to Defendants' Supplemental Brief in Support of Summary Judgment, attached to this opposition memorandum as "Exhibit A."

Respectfully submitted,

s/ Stephen A. Simon

_____
David M. Cook (0023469)
Stephen A. Simon (0068268)
David M. Cook, LLC
22 West Ninth Street
Cincinnati, Ohio 45202
Phone: (513) 721-7500
Fax:    (513) 721-1178
Trial Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2004, I electronically filed Plaintiffs' Opposition to Defendants' Motion for Leave to Submit Supplemental Brief in Support of Summary Judgment with the Clerk of Courts using the CM/ECF system which will send notification of such filing to counsel for Defendants.

s/ Stephen A. Simon

_____
ATTORNEY FOR PLAINTIFFS