**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

**Everett W. Whisman, et al.,**
    **Plaintiffs**

-vs-                        Case No.  1:02-cv-406

**Ford Motor Company, et al.,**
    **Defendants**

# JUDGMENT

|   | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
|---|---|---|
| X | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

    **IT IS ORDERED AND ADJUDGED that:** Defendants' motions for summary judgment are GRANTED. Defendant Ford Motor Company's motion to strike deposition exhibits is DENIED AS MOOT. Plaintiffs' motion to strike certain evidence is DENIED AS MOOT.

Date:  June 1, 2004                                  James Bonini, Clerk

                                                            By:  s/Mary C. Brown
                                                                   Mary C. Brown, Deputy Clerk