FILED
JAMES BONINI
CLERK

04 JUN 29 PM 3: 20

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION, CINCINNATI

| | | |
|---|---|---|
| **EVERETT W. WHISMAN**, et al. | : | |
| Plaintiffs | : | Case No. C-1-02-406 |
| | : | Judge Beckwith |
| v. | : | |
| **ZF BATAVIA, LLC** | : | **NOTICE OF APPEAL** |
| and | : | |
| **FORD MOTOR COMPANY** | : | |
| Defendants. | : | |
| | : | |

Notice is hereby given that all Plaintiffs, Everett W. Whisman, Pamela J. Blanco, William DeVito, Jr., Ted Edrington, Charles R. Pearce, Gary W. Vories, E. Donald Williams, James E. Crump, Randall Newsome, Edward L. Stegmann, Dena M. Stevens, Teri Parker, Dennis R. Baker, Ricky D. Ervin and Michael L. Steward, in the above named case, hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Judgment in which the court granted Defendants', ZF Batavia, LLC and Ford Motor Co., motions for summary judgment and denied Plaintiffs' motion to strike as moot, entered by the district court in this action on June 1, 2004.

Dated: June 29th, 2004.

Respectfully submitted,

_____
David M. Cook (0023469)
Stephen A. Simon (0068268)
David M. Cook, LLC
22 West Ninth Street
Cincinnati, Ohio 45202
Phone: (513) 721-7500
Fax:    (513) 721-1178
Trial Attorneys for Plaintiffs

### PRAECIPE

Pursuant to FRAP 3(d), Plaintiffs direct the Clerk of Courts to serve this Notice of Appeal, this 29th day of June, 2004, via regular U.S. mail, postage prepaid, to the Sixth Circuit Court of Appeals Clerk of Courts and upon counsel for Defendants, as follows:

Ellen J. Garling
Jeffery L. VanWay
Baker & Hostetler LLP
312 Walnut Street, Ste. 2650
Cincinnati, Ohio 45202
(Attorneys for Ford Motor Co.)

Douglas M. Morehart
Haverkamp, Brinker, Rebold & Rhiel Co. LPA
5856 Glenway Avenue
Cincinnati, Ohio 45238-2079

and

John J. Hunter
Hunter & Schank Co. LPA
One Canton Square
1700 Canton Avenue
Toledo, Ohio 43264
(Attorneys for ZF Batavia)

_____
ATTORNEY FOR PLAINTIFFS