UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 04-3877

Filed: February 15, 2006

EVERETT W. WHISMAN, et al.,

    Plaintiffs - Appellants

v.

FORD MOTOR COMPANY; ZF BATAVIA, LLC

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 10/26/05 the mandate for this case hereby issues today.

A True Copy.

Attest:

COSTS: NONE

Filing Fee .........$
Printing ..........$

    Total .......$

Nancy Barnes
Deputy Clerk